No. 26-11527-E

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

GOOD SAMARITAN MEDICAL CENTER, INC., et al.,

*Plaintiffs-Appellees*,

v.

THE LEAPFROG GROUP,

*Defendant-Appellant*.

On Appeal from the United States District Court
for the Southern District of Florida
No. 9:25-cv-80526 | Hon. Donald M. Middlebrooks

## PLAINTIFFS-APPELLEES' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Helgi C. Walker
Christine M. Buzzard
Robert A. Batista
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036
(202) 955-8500
HWalker@gibsondunn.com
CBuzzard@gibsondunn.com
RBatista@gibsondunn.com

Mary Beth Maloney
  *Counsel of Record*
Lee R. Crain
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000
MMaloney@gibsondunn.com
LCrain@gibsondunn.com

*Attorneys for Plaintiffs-Appellees Good Samaritan Medical Center, Inc.; Delray Medical Center, Inc.; Palm Beach Gardens Community Hospital, Inc.; St. Mary's Medical Center, Inc.; and West Boca Medical Center, Inc.*

No. 26-11527-E, *Good Samaritan Medical Center, Inc. v.*
*The Leapfrog Group*

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1,

the undersigned counsel for Plaintiffs-Appellees Good Samaritan Medical Center,

Inc.; Delray Medical Center, Inc.; Palm Beach Gardens Community Hospital, Inc.;

St. Mary's Medical Center, Inc.; and West Boca Medical Center, Inc. hereby certify

that the following is a complete list of all trial judges, attorneys, persons, associations

of persons, firms, partnerships, or corporations that have an interest in the outcome

of this case, including subsidiaries, conglomerates, affiliates, parent corporations,

any publicly held corporation that owns 10% or more of the party's stock, and other

identifiable legal entities related to a party.

1.   **Batista, Robert A.**:  Counsel for Plaintiffs-Appellees.

2.   **Biggs, Shawna Corrine**:  Counsel for Defendant-Appellant.

3.   **Billek, Maxwell L.**:  Counsel for Defendant-Appellant.

4.   **Blair, Kimberly E.**:  Counsel for Defendant-Appellant.

5.   **Buzzard, Christine M.**:  Counsel for Plaintiffs-Appellees.

6.   **Cardone, Emily**:  Counsel for Plaintiffs-Appellees.

7.   **Chung, Daniel P.**:  Counsel for Plaintiffs-Appellees.

8.   **Crain, Lee R.**:  Counsel for Plaintiffs-Appellees.

No. 26-11527-E, *Good Samaritan Medical Center, Inc. v.*
*The Leapfrog Group*

9. **Delray Medical Center, Inc.**:  Plaintiff-Appellee Delray Medical Center, Inc. is a wholly owned subsidiary of non-party Tenet Florida, Inc.; which is in turn a wholly owned subsidiary of non-party Health Services Network Hospitals, Inc.; which is in turn a wholly owned subsidiary of non-party Tenet Healthcare Corporation.

10. **Duff, Thomas K.**:  Counsel for Defendant-Appellant.

11. **Floch, Brandon Scott**:  Counsel for Plaintiffs-Appellees.

12. **Gibson, Dunn & Crutcher LLP**:  Counsel for Plaintiffs-Appellees.

13. **Good Samaritan Medical Center, Inc.**:  Plaintiff-Appellee Good Samaritan Medical Center, Inc. is a wholly owned subsidiary of non-party Tenet HealthSystem Medical, Inc.; which is in turn a wholly owned subsidiary of non-party Healthcare Network Holdings, Inc.; which is in turn a wholly owned subsidiary of non-party Tenet Healthcare Corporation.

14. **Health Services Network Hospitals, Inc.**:  Non-party Health Services Network Hospitals, Inc. is the parent corporation of non-party Tenet Florida, Inc.; which is in turn the parent corporation of Plaintiffs-Appellees Delray Medical Center, Inc. and West Boca Medical Center, Inc.  Non-party Health Services Network Hospitals, Inc. is a wholly owned subsidiary of non-party Tenet Healthcare Corporation.

No. 26-11527-E, *Good Samaritan Medical Center, Inc. v.*
*The Leapfrog Group*

15. **Healthcare Network Holdings, Inc.**:  Non-party Healthcare Network Holdings, Inc. is the parent corporation of Tenet HealthSystem Medical, Inc.; which is in turn the parent corporation of Plaintiffs-Appellees Good Samaritan Medical Center, Inc., Palm Beach Gardens Community Hospital, Inc., and St. Mary's Medical Center, Inc.  Non-party Healthcare Network Holdings, Inc. is a wholly owned subsidiary of non-party Tenet Healthcare Corporation.

16. **Hvidt, Scott K.**:  Counsel for Plaintiffs-Appellees.

17. **Leapfrog Group, The**:  Defendant-Appellant.

18. **Lustbader, Zachary J.**:  Counsel for Defendant-Appellant.

19. **Maloney, Mary Beth**:  Counsel for Plaintiffs-Appellees.

20. **Marcus, Jeffrey Eldridge**:  Counsel for Plaintiffs-Appellees.

21. **Marcus Neiman & Rashbaum LLP**:  Counsel for Plaintiffs-Appellees.

22. **Marcus Rashbaum Pineiro & Meyers LLP**:  Counsel for Plaintiffs-Appellees.

23. **Matthewman, HON. William**:  U.S. Magistrate Judge assigned to this case.

24. **Middlebrooks, HON. Donald M.**:  U.S. District Judge assigned to this case.

25. **Modi, Kavi V.**:  Counsel for Defendant-Appellant.

No. 26-11527-E, *Good Samaritan Medical Center, Inc. v.*
*The Leapfrog Group*

26. **Nabors, David A.**:  Counsel for Defendant-Appellant.

27. **Neiman Mays Floch & Almeida PLLC**:  Counsel for Plaintiffs-Appellees.

28. **Palm Beach Gardens Community Hospital, Inc.**:  Plaintiff-Appellee Palm Beach Gardens Community Hospital, Inc. d/b/a Palm Beach Gardens Medical Center is a wholly owned subsidiary of non-party Tenet HealthSystem Medical, Inc.; which is in turn a wholly owned subsidiary of non-party Healthcare Network Holdings, Inc.; which is in turn a wholly owned subsidiary of non-party Tenet Healthcare Corporation.

29. **Parks, Allyson E.**:  Counsel for Plaintiffs-Appellees.

30. **Pineiro, Michael Anthony**:  Counsel for Plaintiffs-Appellees.

31. **Quinn Emanuel Urquhart & Sullivan, LLP**:  Counsel for Defendant-Appellant.

32. **Rashbaum, Daniel Lawrence**:  Counsel for Plaintiffs-Appellees.

33. **Reilly, Kevin**:  Counsel for Plaintiffs-Appellees.

34. **Scott, Sydney A.**:  Counsel for Plaintiffs-Appellees.

35. **Shaffer, Derek L.**:  Counsel for Defendant-Appellant.

36. **Simmons, Kevin**:  Counsel for Plaintiffs-Appellees.

No. 26-11527-E, *Good Samaritan Medical Center, Inc. v. The Leapfrog Group*

37. **St. Mary's Medical Center, Inc.**:  Plaintiff-Appellee St. Mary's Medical Center, Inc. is a wholly owned subsidiary of non-party Tenet HealthSystem Medical, Inc.; which is in turn a wholly owned subsidiary of non-party Healthcare Network Holdings, Inc.; which is in turn a wholly owned subsidiary of non-party Tenet Healthcare Corporation.

38. **Sternberg, Jason D.**:  Counsel for Defendant-Appellant.

39. **Takagaki, Marc Aaron**:  Counsel for Plaintiffs-Appellees.

40. **Tenet Florida, Inc.**:  Non-party Tenet Florida, Inc. is the parent corporation of Plaintiffs-Appellees Delray Medical Center, Inc. and West Boca Medical Center, Inc.  Non-party Tenet Florida, Inc. is a wholly owned subsidiary of non-party Health Services Network Hospitals, Inc.; which is in turn a wholly owned subsidiary of non-party Tenet Healthcare Corporation.

41. **Tenet Healthcare Corporation**:  Non-party Tenet Healthcare Corporation is the parent corporation of non-party Healthcare Network Holdings, Inc.; which is in turn the parent corporation of non-party Tenet HealthSystem Medical, Inc.; which is in turn the parent corporation of Plaintiffs-Appellees Good Samaritan Medical Center, Inc., Palm Beach Gardens Community Hospital, Inc., and St. Mary's

No. 26-11527-E, *Good Samaritan Medical Center, Inc. v.*
*The Leapfrog Group*

Medical Center, Inc.  Non-party Tenet Healthcare Corporation is also the parent corporation of non-party Health Services Network Hospitals, Inc.; which is in turn the parent corporation of non-party Tenet Florida, Inc.; which is in turn the parent corporation of Plaintiffs-Appellees Delray Medical Center, Inc. and West Boca Medical Center, Inc.  Non-party Tenet Healthcare Corporation is a publicly traded company on the New York Stock Exchange, Stock (Ticker) Symbol: THC.  Non-party Tenet Healthcare Corporation does not have a parent corporation.  As of the date set forth in non-party Tenet Healthcare Corporation's 2026 Proxy Statement, non-party The Vanguard Group, Inc. held more than 10% of non-party Tenet Healthcare Corporation's publicly traded stock.

42. **Tenet HealthSystem Medical, Inc.**:  Non-party Tenet HealthSystem Medical, Inc. is the parent corporation of Plaintiffs-Appellees Good Samaritan Medical Center, Inc., Palm Beach Gardens Community Hospital, Inc., and St. Mary's Medical Center, Inc.  Non-party Tenet HealthSystem Medical, Inc. is a wholly owned subsidiary of non-party Healthcare Network Holdings, Inc.; which is in turn a wholly owned subsidiary of non-party Tenet Healthcare Corporation.

43. **Vanguard Group, Inc., The**:  As of the date set forth in non-party Tenet Healthcare Corporation's 2026 Proxy Statement, non-party The

No. 26-11527-E, *Good Samaritan Medical Center, Inc. v.*
*The Leapfrog Group*

Vanguard Group, Inc. held more than 10% of non-party Tenet Healthcare Corporation's publicly traded stock.

44.  **Walker, Helgi C.**:  Counsel for Plaintiffs-Appellees.

45.  **West Boca Medical Center, Inc.**:  Plaintiff-Appellee West Boca Medical Center, Inc. is a wholly owned subsidiary of non-party Tenet Florida, Inc.; which is in turn a wholly owned subsidiary of non-party Health Services Network Hospitals, Inc.; which is in turn a wholly owned subsidiary of non-party Tenet Healthcare Corporation.

46.  **Wilson Elser Moskowitz Edelman & Dicker LLP**:  Counsel for Defendant-Appellant.

47.  **Wood, Courtney**:  Counsel for Defendant-Appellant.

48.  **Yang, Betty X**.:  Counsel for Plaintiffs-Appellees.

49.  **Zibas, Jura Christine**:  Counsel for Defendant-Appellant.

No. 26-11527-E, *Good Samaritan Medical Center, Inc. v.*
*The Leapfrog Group*

Dated: May 28, 2026

Respectfully submitted.

/s/ *Mary Beth Maloney*

| | |
|---|---|
| Helgi C. Walker | Mary Beth Maloney |
| Christine M. Buzzard | *Counsel of Record* |
| Robert A. Batista | Lee R. Crain |
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| 1700 M Street, N.W. | 200 Park Avenue |
| Washington, D.C. 20036 | New York, NY 10166 |
| (202) 955-8500 | (212) 351-4000 |
| HWalker@gibsondunn.com | MMaloney@gibsondunn.com |
| CBuzzard@gibsondunn.com | LCrain@gibsondunn.com |
| RBatista@gibsondunn.com | |

*Attorneys for Plaintiffs-Appellees Good Samaritan Medical Center, Inc.; Delray Medical Center, Inc.; Palm Beach Gardens Community Hospital, Inc.; St. Mary's Medical Center, Inc.; and West Boca Medical Center, Inc.*