IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 26-11527

---

GOOD SAMARITAN MEDICAL CENTER, INC., et al.,
Plaintiffs-Appellees,

v.

THE LEAPFROG GROUP,
Defendant-Appellant.

---

Appeal from the United States District Court
for the Southern District of Florida

District Court Docket No. 9:25-CV-80526-DMM

---

# DEFENDANT-APPELLANT THE LEAPFROG GROUP'S UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEY ZACHARY J. LUSTBADER


Jason D. Sternberg
David A. Nabors
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(305) 402-4880
jasonsternberg@quinnemanuel.com
davidnabors@quinnemanuel.com

Derek L. Shaffer
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 13th St NW, Suite 600
Washington, DC 20004
(202) 538-8000
derekshaffer@quinnemanuel.com

*Counsel for Defendant-Appellant*

Pursuant to Fed. R. App. P. 27, Defendant-Appellant The Leapfrog Group respectfully requests that attorney Zachary J. Lustbader be permitted to withdraw as counsel of record for Leapfrog. Mr. Lustbader will not work at Quinn Emanuel Urquhart & Sullivan, LLP after July 9, 2026, and will not be able to act as counsel for Leapfrog after that date. Derek L. Shaffer, Jason D. Sternberg, and David A. Nabors from Quinn Emanuel Urquhart & Sullivan, LLP, who have also appeared as counsel for Leapfrog, will continue to represent Leapfrog.

Leapfrog will not be prejudiced by the withdrawal of Mr. Lustbader as counsel, nor will his withdrawal cause any delay of the proceedings. In accordance with Local Rule 27-1(a)(5), counsel for Leapfrog conferred with counsel for Plaintiffs-Appellees, who stated that they have no objection to the relief sought.

WHEREFORE, Leapfrog respectfully moves the Court to allow attorney Zachary J. Lustbader to withdraw as counsel in this matter.

/s/ *Derek L. Shaffer*
Derek L. Shaffer
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 13th St NW, Suite 600
Washington, DC 20004
(202) 538-8000
derekshaffer@quinnemanuel.com

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 155 words (based on the Microsoft Word word-count function) excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 27(d)(1) because it has been prepared in a proportionately spaced typeface using Microsoft Word in Times New Roman, 14-point type.

/s/ *Derek L. Shaffer*
Derek L. Shaffer
*Attorney for Defendant-Appellant*

## CERTIFICATE OF SERVICE

I, Derek L. Shaffer, a member of the Bar of this Court, hereby certify that on July 10, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Derek L. Shaffer
Derek L. Shaffer
*Attorney for Defendant-Appellant*