No. 26-11527

# United States Court of Appeals for the Eleventh Circuit

GOOD SAMARITAN MEDICAL CENTER, INC., ET AL.,

*Plaintiffs-Appellees*,

v.

THE LEAPFROG GROUP,

*Defendant-Appellant.*

On Appeal From The United States District Court
For The Southern District Of Florida
No. 9:25-cv-80526 (Hon. Donald M. Middlebrooks)

## PLAINTIFFS-APPELLEES' SUPPLEMENTAL APPENDIX VOLUME 4 OF 4

MARY BETH MALONEY
LEE R. CRAIN
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000

JEFFREY B. WALL
*Counsel of Record*
HELGI C. WALKER
CHRISTINE M. BUZZARD
ROBERT A. BATISTA
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
(202) 955-8500
jwall@gibsondunn.com

*Counsel for Plaintiffs-Appellees The Community Hospitals*

# TABLE OF CONTENTS

Docket #/Tab

## Volume 1

District Court Docket Sheet .......... A

Pretrial Stipulation .......... 129

## Volume 2

The Community Hospitals' Pretrial Proposed Findings of Fact and Conclusions of Law .......... 136

Slack Exchange between Melissa Danforth and Alexandra Campione .......... 189-28

Email Exchange between Alexandra Campione and Dr. Patrick Romano re: Proposed Text for Imputation Change .......... 189-55

Email Exchange between Alexandra Campione and Paulina Litter re: New Imputation Denotation .......... 189-84

## Volume 3

2025 Leapfrog Hospital Survey .......... 189-106

## Volume 4

2025 Leapfrog Hospital Survey (cont'd) .......... 189-106

The Leapfrog Group Form 990 .......... 190-7

Slack Exchange between Alexandra Campione and Paige Lipscomb .......... 194-59

Email Exchange between Leah Binder and Ben Choi re: Revised FY24 Forecast .......... 194-122

Webpage – Frequently Asked Questions About The Leapfrog Hospital Safety Grade .......... 195-23

Webpage – How to Use the Grade ........................................................... 195-31

Webpage – Hospital Safety Grade Profile for Delray Medical Center, Fall 2025 (Practices to Prevent Errors) ....................................... 195-53

Webpage – Hospital Safety Grade Profile for Delray Medical Center, Fall 2025 (Doctors, Nurses & Hospital Staff) .............................. 195-54

# TAB 189-106
# (cont'd)

### *Hospital Boarding in the Emergency Department (ED) Boarding Measure Specifications*

**Important Note:** Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

| |
|---|
| **Source:** The Leapfrog Group |
| **Reporting Period: 12 months**<br>• Survey submitted prior to September 1:<br>○ 01/01/2024 – 12/31/2024<br>• Surveys submitted on or after September 1:<br>○ 07/01/2024 – 06/30/2025 |
| **Hospital Boarding in the ED Workbook (Excel):**<br><br>To complete the data collection and respond to questions #4-5, hospitals should download the Hospital Boarding in the Emergency Department Workbook (Excel). This workbook includes five tabs: Instructions, Adult Inpatient Non-Psychiatric, Adult Psychiatric, Pediatric Inpatient Non-Psychiatric, Pediatric Psychiatric. The four tabs can be used to calculate the responses to questions #4b. number of adult patients boarding >4 hours, c. median length of stay (LOS), and d. 90th percentile LOS and questions #5b. number of pediatric patients boarding >4 hours, c. median length of stay (LOS), and d. 90th percentile LOS.<br><br>The workbook is available on the Survey Materials Webpage. |
| **Included Units:**<br>• Dedicated Emergency Department[47] (adult, pediatric, and adult/pediatric) |
| **Question #4, column a:** Total number of adult ED **visits** with an inpatient admission or where the patient was placed in hospital observation status.<br><br>Enter the total number of emergency department (ED) visits during the reporting period for each of the following admission types:<br>**Adult** (18 years of age or older) patients admitted to an inpatient **non-psychiatric bed**<br>**Adult** (18 years of age or older) patients admitted to an inpatient **psychiatric bed**<br><br>**Include:**<br>• Patients with an ED visit that were admitted to the hospital's inpatient setting or placed in hospital observation status.<br><br>**Exclude:**<br>• Patients with an ED visit that were placed in ED observation status.<br>• Patients transferred to another hospital.<br><br>Note: A patient can have multiple ED visits with a hospital admission and/or placed in hospital observation status during the performance period so each patient ED visit with an inpatient admission or placement into hospital observation status is included in the denominator (question #4a).<br><br>***If the number of visits for an adult admission type is less than 10 (in column a), skip columns b, c, and d and then move to the next admission type.*** |
| **Question #4, column b:** Number of ED **visits** indicated in column (a) with a boarding time greater than 4 hours.<br><br>Enter the total number of emergency department (ED) **visits** indicated in column (a) with a boarding time greater than 4 hours for each of the following admission types:<br>**Adult** (18 years of age or older) patients admitted to an inpatient **non-psychiatric bed**<br>**Adult** (18 years of age or older) patients admitted to an inpatient **psychiatric bed** |


© 2025 The Leapfrog Group

**Include:**

- Patients with an ED visit that were admitted to the hospital's inpatient setting or placed in hospital observation status with an ED boarding time that was longer than 4 hours.

**Boarding time** is defined as the difference between the "time from the admission order" to "patient departure from the ED."

**Question #4, column c:** Median number of **hours** spent in the ED for ED visits indicated in column (a).

Enter the median number of hours spent in the ED for ED visits indicated in column (a) for each of the following admission types:

**Adult** (18 years of age or older) patients admitted to an inpatient **non-psychiatric bed**
**Adult** (18 years of age or older) patients admitted to an inpatient **psychiatric bed**

**Include:**

- Hours spent in the ED for patients with an ED visit that were admitted to the hospital's inpatient setting or placed in hospital observation status.

**Hours spent in the ED** is defined as the difference between the "patient arrival time at the ED" to "patient departure from the ED."

**Question #4, column d:** 90th percentile of **hours** spent in the ED for ED visits indicated in column (a).

Enter the 90th percentile of hours spent in the ED for ED visits indicated in column (a) for each of the following admission types:

**Adult** (18 years of age or older) patients admitted to an inpatient **non-psychiatric bed**
**Adult** (18 years of age or older) patients admitted to an inpatient **psychiatric bed**

**Include:**

- Hours spent in the ED for patients with an ED visit that were admitted to the hospital's inpatient setting or placed in hospital observation status.

**Hours spent in the ED** is defined as the difference between the "patient arrival time at the ED" to "patient departure from the ED."

**Question #5, column a:** Total number of pediatric ED **visits** with an inpatient admission or where the patient was placed in hospital observation status.

Enter the total number of emergency department (ED) visits during the reporting period for each of the following admission types:

**Pediatric** (17 years of age or younger) patients admitted to an inpatient **non-psychiatric bed**
**Pediatric** (17 years of age or younger) patients admitted to an inpatient **psychiatric bed**

**Include:**

- Patients with an ED visit that were admitted to the hospital's inpatient setting or placed in hospital observation status.

**Exclude:**

- Patients with an ED visit that were placed in ED observation status.
- Patients transferred to another hospital.

Note: A patient can have multiple ED visits with a hospital admission and/or placed in hospital observation status during the performance period so each patient ED visit with an inpatient admission or placement into hospital observation status is included in the denominator (question #4a).

***If the number of visits for a pediatric admission type is less than 10 (in column a), skip columns b, c, and d.***

**Question #5, column b:** Number of ED **visits** indicated in column (a) with a boarding time greater than 4 hours.

Enter the total number of emergency department (ED) **visits** indicated in column (a) with a boarding time greater than 4 hours for each of the following admission types:
**Pediatric** (17 years of age or younger) patients admitted to an inpatient **non-psychiatric bed**
**Pediatric** (17 years of age or younger) patients admitted to an inpatient **psychiatric bed**

**Include:**

- Patients with an ED visit that were admitted to the hospital's inpatient setting or placed in hospital observation status with an ED boarding time that was longer than 4 hours.

**Boarding time** is defined as the difference between the "time from the admission order" to "patient departure from the ED."

**Question #5, column c:** Median number of **hours** spent in the ED for ED visits indicated in column (a).

Enter the median number of hours spent in the ED for ED visits indicated in column (a) for each of the following admission types:
**Pediatric** (17 years of age or younger) patients admitted to an inpatient **non-psychiatric bed**
**Pediatric** (17 years of age or younger) patients admitted to an inpatient **psychiatric bed**

**Include:**

- Hours spent in the ED for patients with an ED visit that were admitted to the hospital's inpatient setting or placed in hospital observation status.

**Hours spent in the ED** is defined as the difference between the "patient arrival time at the ED" to "patient departure from the ED."

**Question #5, column d:** 90th percentile of **hours** spent in the ED for ED visits indicated in column (a).

Enter the 90th percentile of hours spent in the ED for ED visits indicated in column (a) for each of the following admission types:
**Pediatric** (17 years of age or younger) patients admitted to an inpatient **non-psychiatric bed**
**Pediatric** (17 years of age or younger) patients admitted to an inpatient **psychiatric bed**

**Include:**

- Hours spent in the ED for patients with an ED visit that were admitted to the hospital's inpatient setting or placed in hospital observation status.

**Hours spent in the ED** is defined as the difference between the "patient arrival time at the ED" to "patient departure from the ED."

# Patient Safety Practices Frequently Asked Questions (FAQs)

## *General Questions*

1. **For the purposes of reporting on Section 6 of the Leapfrog Hospital Survey:**

   a. **Frontline caregivers** include, but are not necessarily limited to employed physicians, mid-levels (NPs, PAs), nurses, environmental services staff, allied health professionals, and occupational and physical therapists.

   b. **Service line management** refers to those who manage all functions within a specific service line (e.g., oncology, cardiac, women's, orthopedics). These individuals may be managing a departmental sub-function within a broader department (e.g., cardiac care within the Department of Medicine).

   c. **Midlevel management** includes the intermediate management of an organization that is subordinate to the executive management and responsible for at least two lower levels of staff below them. An example would include a Director of Nursing, who might oversee Nursing Managers, who oversee the nurses who care directly for patients.

   d. **Physician leadership** refers to physicians who serve in a leadership role in the organization. Titles may include positions such as Chief Medical Officer, Vice President for Medical Affairs, Medical Director, and/or Department Chair.

   e. **Nursing leadership** refers to nurses who serve in a leadership role (e.g., Chief Nursing Officer, Vice President/Assistant Vice President of Nursing, Vice President/Assistant Vice President for Clinical Operations, etc.)

   f. **Senior administrative leadership** refers to administrators who are responsible for hospital-wide departments or services (e.g., Chief Executive Officer, Chief Administrative Officer, Chief Nursing Officer, Chief Medical Officer, etc.).

   g. **Patient Safety Officer** refers to the patient safety leader (who may or may not have the title "Patient Safety Officer") who has responsibility for multiple and integrated areas of patient safety. The organization may appoint an officer who may have other assigned duties or may specifically employ a Patient Safety Officer designated with this responsibility. Multiple executives who are responsible for individual areas (i.e., risk, quality, infection prevention, etc.), but do not assess the integrated safety issues, would not qualify.

   h. **Board (governance)** refers to the individual hospital's board of directors, or the board that governs the hospital and can pass policies that impact the hospital, or a system-wide board that governs hospitals in the system, or a committee of the board (such as a board-appointed, hospital-wide Patient Safety and Quality Committee, which includes board members).

   i. **Medical executive committee** refers to a primary governance committee for medical staff. The medical executive committee makes leadership decisions related to medical staff policies, procedures, and rules, with an emphasis on quality control and quality improvement. They also adopt and implement these policies and procedures and are responsible for medical staff appointment and reappointment.

2. **Why is it necessary to continue to review a safe practice once it has been implemented?** All too often in the hectic pace of providing patient care in a hospital, with frequent staff turnover and lots of part-time employees, it is difficult to get a change in practice well-established. Annual review with monitoring and tracking of the safe practices will ensure that they are embedded in the operations of the hospital and not lost in the transition of new staff coming in or part-time employees coming and going.


© 2025 The Leapfrog Group

3. **The phrase "performance reviews or compensation" is used throughout Section 6 within many *Accountable* elements. Do performance reviews and compensation plans need to have specific language about the Safe Practice or can a set of patient safety goals related to the specific Safe Practice be attached?**
A performance review or compensation plan should include specific language about a Safe Practice. A list of Safe Practices and related goals may be incorporated into the performance review and/or compensation plan or formalized programs whereby a measure of success of those activities or programs is tied to individual performance reviews or compensation incentive plans of executives.

Every employee should have a patient safety component included in their annual review. Another option is to include in the employee's competency review (Ongoing Professional Practice Evaluation, Focused Professional Practice Evaluation).

4. **There are several references to hospital budgets throughout Section 6 within many *Ability* elements. How can hospitals meet the intent of these elements?**
The intent of these elements is to verify that actions specific to the Safe Practices have been included in hospital budgets. To meet the intent of these elements, hospitals should ensure that these actions can be identified within a department budget or hospital budget. If the budget includes categories that address the Safe Practice but do not specifically name the Safe Practice, then the intent of the element is met.

Further, if a hospital has not allocated budget dollars for activities tied to a Safe Practice but can document expenses specific to the Safe Practice during the reporting period, the intent of the element is met. Plans to allocate specific budget dollars for a Safe Practice should be incorporated into the next upcoming budget year as an ongoing process.

Hospitals may also document training or education expenditures specific to the Safe Practice or expenditures on educational materials that are specific to the Safe Practice.

Hospitals that have invested in in-house staff educators and who include in their job descriptions the coordination and delivery of training and education to appropriate hospital staff on specific Safe Practices meet the intent of this element. For example, if the position description for an in-house educator, such as the Quality Director, includes the coordination and delivery of in-service training and educational sessions related to improving the culture of safety based on the organization's culture of safety survey results, then the intent of this practice is met. Specific time allocations are not required as long as there is documentation of staff participation through dated meeting minutes or attendance records. Training can be in-person or virtual/ computer-based.

5. **How should staff education be measured?**
Educational meetings should clearly address the subject matter pertinent to adverse events and performance improvement targeted by the specific Safe Practice. Hospitals should track meeting dates, frequency of training sessions provided, attendance records or completion records, and the percentage of the total staff who received the information. Training can be in-person or virtual/ computer-based.

6. **There are several references to developing or implementing Performance Improvement Programs throughout Section 6 within many *Action* elements. How can hospitals meet the intent of these elements?**
At a minimum, performance improvement programs should include **all** the following five criteria:

- **Education** regarding the pertinent adverse event frequency, severity, and/or impact of best practices. These expenses should be budgeted and tracked to meet the budget elements of the Safe Practices.
- **Skill building** in use of performance improvement tools. These expenses should be budgeted and tracked to meet the budget elements of the Safe Practices.


© 2025 The Leapfrog Group

- **Measurement** of process measures or outcomes measures. The "Outcome, Process, Structure, and Patient-Centered Measures" section at the end of each Safe Practice in the NQF Safe Practices for Better Healthcare 2010 Update suggests performance measures that can be used to support measuring and monitoring quality improvement efforts.
- **Process improvement** and interventions.
- **Reporting** of performance outcomes.

A "campaign" such as an awareness campaign would not meet the intent of these elements.

## *NQF Safe Practice #1 – Leadership Structures and Systems FAQs*

7. **1.1a, 1.2b, and 1.2d: Several elements within NQF Safe Practice #1 mention that "regular communication" is required. How does Leapfrog define "regular communication"?**
Regular communication means more than once a year. Some hospitals may discuss these items quarterly or even monthly. Hospitals can document that these communications took place through dated meeting minutes. We would urge hospitals to improve the detail of their board and other meeting minutes to ensure they are able to clearly document that the issues were discussed.

   The discussion of these items can be a general note in the minutes, without specific details. However, hospitals should maintain copies of dated presentations and reports related to these agenda items in order to document adherence to these elements. Meetings can be in-person or virtual.

8. **1.1a: If NQF Safe Practice #4 – Identification and Mitigation of Risks and Hazards has been removed from the Leapfrog Hospital Survey, are hospital boards still expected to communicate regularly regarding risks and hazards?**
Though we are not asking hospitals to report on this Safe Practice, it remains important to communicate the actions you are taking to identify and mitigate risks and hazards to patients to your board.

9. **1.1b: What is meant by "patients and/or families of patients are active participants in the hospital-wide safety and quality committee?"**
To meet the intent of this element, hospitals must have patients and/or families of patients participate on the hospital-wide safety and quality committee. The safety and quality committee should have influence over hospital-wide quality and safety issues, not just a particular department or service line. Hospitals with a system-wide safety and quality committee must have one patient representative per campus on the system-wide safety and quality committee.

   Meetings should be formal, and minutes should be taken. Topics covered should be related to broad oversight of hospital-wide patient safety and quality issues and what is being done to effect changes. An example would be tracking and preventing adverse events.

   In most hospitals, due to the scope of issues discussed at Patient and Family Advisory Council (PFAC) meetings, having a PFAC would not meet the criteria for a safety and quality committee. If your hospital has a PFAC member on the hospital-wide patient safety and quality committee, then your hospital is meeting the intent of this safe practice.

   Patients and/or families of patients can participate in these meetings in person, via conference call, or via video conference. Hospitals do not meet the intent of this element if the patients and/or families of patients are invited but do not regularly attend. It is the responsibility of the hospital to ensure that patients and/or families of patients can provide their perspectives to other committee members during meetings. The patient serving on that committee should have the experience, orientation or training needed to understand and effectively contribute to safety and quality committee issues. Hospitals should identify people who are not Board members or employees to serve on the committee so the participant can represent the views of patients and without conflict. Board members have a fiduciary responsibility to the organization, and therefore may have a potential conflict representing the views of patients and/or families of patients.


© 2025 The Leapfrog Group

Hospitals can document adherence to this element by maintaining committee rosters and meeting minutes with attendance and participation noted. Patients and/or families of patients should have the opportunity to present or co-present a topic, lead or co-lead a discussion, or co-chair the committee, and this should be noted in the meeting minutes. Patients and/or families should have attended at least one meeting prior to Survey submission.

Hospitals in the process of adding patients/families of patients to the hospital-wide safety and quality committee can refer to AHRQ's toolkit for engaging patients and families in hospital improvement work for more information at https://www.ahrq.gov/patient-safety/patients-families/engagingfamilies/index.html.

10. **1.1c: What are some examples of how a hospital can report to the community ongoing efforts <u>and</u> results of these efforts to improve safety and quality?**
Hospitals can utilize several communication vehicles to reach the broader community, including webpages that are prominent from the organization's homepage, electronic newsletters, mailings or annual reports, or an ad in the local paper. The communication must include **both** efforts the hospital is taking to improve safety and quality and the results of those efforts. As the sole focus of the NQF Safe Practices for Better Health Care report is reducing or preventing adverse events (refer to NQF list of adverse events at https://www.qualityforum.org/topics/sres/serious_reportable_events.aspx), patient safety and quality efforts **reported to the community** must have this focus as well. In other words, efforts the hospital is taking to improve safety and quality should be related to reducing or preventing these adverse events and the results of those efforts would be the measurable outcomes.

Meetings where a few community members are present would not meet the intent of this practice as the intent is to reach a larger audience.

Each hospital within the same health care system would need to report the results to the community for each hospital in the system because the results of efforts to improve safety and quality would be different at each hospital.

11. **1.2a, 1.3a, 1.4c: What are the minimum requirements to qualify as a "patient safety program?"**
As part of accreditation through The Joint Commission, hospitals are required to meet standard LD.03.09.01, which identifies the elements that must be included in an integrated patient safety program (see pages 57 – 62 in the Organization Culture and System Performance Expectations chapter of The Joint Commission E-dition). Hospitals that are not accredited by The Joint Commission can use these elements as a guide as well.

12. **1.2d: What is the role of an interdisciplinary patient safety committee?**
An interdisciplinary patient safety committee is an internal hospital committee that oversees the activities defined in the NQF Safe Practice #1 Practice Element Specifications and develops action plans to create solutions and changes in performance.

13. **1.2d: What is an example of team training that is appropriate for caregivers?**
Hospitals can utilize TeamSTEPPS, a comprehensive, evidence-based training program for health care professionals. At a minimum, the elements of basic teamwork training should be met as described on page 96 of the Safe Practices for Better Healthcare– 2010 Update, which is available for download here: http://www.leapfroggroup.org/survey-materials/survey-and-cpoe-materials.

Team training to caregivers would need to be provided and then reported to senior administrative leadership by the interdisciplinary patient safety team to meet the intent of Safe Practice 1.2d.

**14. 1.2e: How can hospitals that have not had any adverse events during the reporting period earn credit for this element?**
First, we urge your hospital to reassess its conclusion that no adverse events occurred; that would be highly unusual. Following the reassessment, if no adverse events were identified **and** the hospital can document that it has policies in place to report such events when they do occur (to a mandatory or voluntary program), the hospital would meet the intent of this element. Please see Section 7A: Never Events for a list of adverse events and components of a Never Events Policy.

**15. 1.4a: What are some examples of how the CEO and senior administrative leadership can be personally engaged in reinforcing patient safety improvements?**
Executive walk-arounds are an example of how the CEO and senior administrative leadership can be personally engaged in reinforcing patient safety improvements. The executive walk-arounds provide staff with visibility and access to senior management. They also provide the CEO and senior administrative leadership with the opportunity to address issues and concerns in various departments in real-time, rather than in monthly meetings. Monthly meetings with staff in a centralized location do not meet the intent of this Safe Practice.

Progress on the implementation of walk-arounds can be measured by tracking the number of walk-arounds performed per unit or clinical area for designated time periods as shown in the calendars of the CEO and senior administrative leadership. Some progressive hospitals have tied incentives to regular executive walk-rounds and to reliable exchange of information on clinical unit performance. Some hospitals have established a feedback loop between the CEO and senior administrative leadership and staff to measure the implementation of performance improvement ideas that were generated during executive walk-arounds.

**16. 1.4b: What are some examples of how the CEO can actively engage leaders from service lines, midlevel management, clinical leadership, and physician leadership in patient safety improvement actions?**
Hospitals can refer to the American College of Healthcare Executives professional policy statement, which includes examples of how leaders should be engaged in patient safety and quality.

**17. 1.4c: What are some examples of how hospitals can engage the medical staff as direct contributors to the patient safety program?**
Examples may include:

- Senior leadership requests time on Medical Staff Department standing agendas to provide patient safety updates and elicit direct feedback on specific areas as well as "what keeps the medical staff up at night."
- Medical staff are invited and encouraged to be active participants in clinical unit meetings where patient safety is addressed.
- The board appoints a community-based active medical staff member to represent the organization on a regional patient safety initiative.

**18. 1.4c: In a hospital where all medical staff is employed, how do we answer this question?**
The intent of this element is to ensure that physicians and medical staff have the opportunity to provide input on the hospital's patient safety plan because often they do not have a significant position in the hierarchal structure of an organization but carry a great deal of influence over how the organization is run. Thus, they are informal leaders who can be change agents and "accelerators or barriers for improvement." If the organization's board and senior administrative leadership seek and document input from physicians and medical staff regarding patient safety programs, the intent of this element has been met.


**© 2025 The Leapfrog Group**

## *NQF Safe Practice #2 – Culture Measurement, Feedback, and Intervention FAQs*

**19. Why are two different reporting periods used in NQF Safe Practice #2?**
Within the *Awareness and Accountability* elements, a 24-month reporting period is used because these elements are related to conducting the culture of safety survey, which is typically conducted every other year. Within the *Ability and Action* elements, a 12-month reporting period is used because these practices are related to follow-up activities that would be completed after the results from the culture of safety survey are available.

**20. 2.1a: What are the requirements to qualify as a "culture of safety survey?"**
Several surveys are readily available that specifically address culture, safety climate, and teamwork. These surveys incorporate all the additional specifications as outlined in NQF Safe Practice #2 (see 2010 NQF Safe Practice Report).

Hospitals that do not use a nationally recognized culture of safety tool must ensure that their culture of safety survey meets Leapfrog's guidelines for what constitutes a valid, consistent, and reliable survey tool. These guidelines were developed in consultation with Leapfrog's Culture of Safety Expert Panel. The guidelines can be found on the Survey and CPOE Materials webpage under supporting materials for Section 6.

A general employee satisfaction survey that has a small component of the survey addressing organizational culture does not qualify.

**21. 2.1a Can an employee engagement survey and nationally recognized culture of safety tool be conducted at the same time?**
Yes, if the culture of safety tool is unaltered and administered in its entirety.

**22. 2.1a: What does "50% of the aggregated care delivered to patients within the hospital" mean?**
As described on page 88 of the NQF Safe Practices for Better Healthcare Report, "a census of units or service areas that in aggregate deliver care to more than 50 percent of the patients receiving care should be surveyed, service lines or units where there is a high patient safety risk should be measured, and there should be a valid sample to allow for unit-level analysis and facilitate improvement."

**23. 2.1b: For reporting individual unit level results, what is the minimum number of responses a hospital should have?**
Most major vendors use a threshold of 5 or more responses and a 40% response rate. For larger units, a lower response rate may be acceptable. If a unit does not meet these thresholds, your hospital could aggregate the results of "like" units together (e.g., medical/surgical units, ICUs, ORs). Hospitals should not combine results across "unlike" units.

**24. 2.1c: What is meant by "like" hospitals? Can hospitals benchmark against those within the same network or system? How would a pediatric hospital benchmark against other pediatric hospitals?**
Hospitals should benchmark their results against hospitals with similar demographics, such as hospital type, number of beds, number of admissions, urban/rural designation, etc. Hospitals in systems or healthcare networks should benchmark throughout the health system, but not within the same region.

Pediatric hospitals utilizing the AHRQ Hospital Survey on Patient Safety Culture can benchmark their results using the AHRQ's User Comparative Database Report (refer to instructions starting on page 29).

25. **2.1d: What is meant by roles and staff levels?**
Roles are job types (e.g., surgeons, nurses, hospitalists, physician assistants, or clinical and non-clinical, etc.). Staff levels are defined within the organization's hierarchy (e.g., senior administrators, directors, managers, etc.).

26. **2.2b: Does performance evaluation criteria for senior administrative leadership need to include the actual targeted response rate to the culture of safety survey?**
Yes. The organization's targeted response rate to the culture of safety survey should be included in performance evaluation criteria for senior administrative leadership. Criteria for using the survey results in improvement efforts should also be included to meet the intent of this element.

27. **2.3a: Which employees should be included in the staff education program? Employees in all units or just those in low-performing units?**
Staff education needs to include education for all levels of staff, from senior administrative and clinical leadership to frontline caregivers. In addition, because all units have opportunities for improvement, the staff education should include all units but can focus on deficiencies of a specific unit or department.

28. **2.1e and 2.4b: What is the difference between 2.1e and 2.4b? Both seem to focus on sharing and discussing the Culture of Safety Survey results.**
While both elements focus on sharing and discussing Culture of Safety Survey results, these elements focus on different audiences and activities, and the result is that different kinds of feedback are collected. Safe Practice 2.1e requires local leaders (e.g., unit/department manager) to engage their unit/departments in a discussion about the survey results, while Safe Practice 2.4b requires senior administrative leadership to engage each sampled unit in a discussion about the survey results and their concerns.

## *Hand Hygiene FAQs*

### Training and Education

29. **Are online training modules acceptable for the purposes of question #1 and question #3?**
Online training modules are acceptable for the purposes of answering question #1 and question #3 if they meet all requirements outlined in the question.

For question #1, the online training must be done at the frequency specified and would need to be delivered and/or developed by a professional with appropriate training and skills. For question #3, the online training must meet all six topics outlined in the question.

Physical demonstration (question #2) **cannot** be done using an online training module.

30. **Can a hospital answer "yes" to the training and education questions #1-3 if the training and education for medical/nursing/pharmacy students is done by the medical/nursing/pharmacy school?**
Yes, you can answer "yes" to questions #1-3 if your hospital, alone, or in combination with other hospitals, has developed a standard orientation/on-boarding curriculum for students that meets all requirements outlined in the training and education questions. Your hospital will need to have continued and ongoing input into the curriculum, but the administration of the training and education for students, including physical demonstration of proper hand hygiene technique, could be conducted by the school.

31. **What are examples of what can count as "physically demonstrating" proper hand hygiene during the initial hand hygiene training?**
Before new individuals to your hospital have contact with patients and the patient care space, they will need to demonstrate proper hand hygiene with soap and water and alcohol-based hand sanitizer. This demonstration could be done as part of other onboarding activities, during occupational health activities as part of the TB test, during department orientations, in small


© 2025 The Leapfrog Group

groups, etc. A group "teach-back" would be acceptable, but with no more than 10 students per one trainer/monitor. An online or in-person "simulation" would not be sufficient for this purpose. Computer-based assessments of an individual's hand hygiene technique are acceptable if the assessment tracks an individual's hand motions, is done without providing instructions to the individual during the assessment, and feedback is given to them at the end.

Hospitals that are starting to implement this component should add physical demonstration to their **initial** training for any **new** individuals who touch patients or who touch items that will be used by patients at their hospital. Leapfrog is not asking hospitals to retroactively train individuals.

### Infrastructure

**32. Is having an electronic system and dashboards that display low product and low battery reports which are used to ensure that the refilling and replacing of dispensers is completed in a timely manner sufficient for meeting the quarterly audit requirements in question #4?**
Yes, if you have ongoing and reliable electronic ways of understanding when product or batteries are low, that would suffice for the audit. The goal is to make sure that supplies are available in soap, alcohol-based hand sanitizer, and paper towel dispensers.

**33. What does Leapfrog mean by "equally accessible to the location of all patients in the room or bed space" for the purposes of question #5?**
Equally means the same distance from any patient's bed, which can be measured in steps. Leapfrog is not looking for an exact distance, but rather the goal is to ensure that hand hygiene can be easily performed regardless of the location of the patient being cared for in the room or bed space.

### Monitoring

**34. Why did Leapfrog select 200 hand hygiene opportunities for monthly monitoring in question #8?**
200 hand hygiene opportunities were chosen as the sample size based on a study by Yin et. al which showed that 180-195 opportunities would need to be monitored to accurately observe a 10% change in hand hygiene compliance (Yin et al.). The additional sample sizes outlined in the measure specifications are for smaller patient care units where monitoring 200 opportunities may not be feasible.

References:
Steed C, Kelly JW, Blackhurst D, Boeker S, Diller T, Alper P, Larson E. Hospital hand hygiene opportunities: where and when (HOW2)? The HOW2 Benchmark Study. American Journal of Infection control. 2011 Feb 1;39(1):19-26.

Jun Yin MS, Heather Schacht Reisinger PhD, Mark Vander Weg PhD, Marin L. Schweizer PhD, Andrew Jesson, Daniel J. Morgan MD MS, Graeme Forrest MD, Margaret Graham, Lisa Pineles MA and Eli N. Perencevich MD MS. Establishing evidence-based criteria for directly observed hand hygiene compliance monitoring programs: a prospective, multicenter cohort study. Infection Control and Hospital Epidemiology Vol. 35, No. 9 2014 Sep, pp. 1163-8.

**35. My hospital uses an electronic compliance monitoring system, but it does not meet all the criteria outlined in questions #12-13. Can I report on the hand hygiene compliance data we collect via direct observation instead?**
Yes. If your hospital also uses direct observation to collect hand hygiene compliance data (not just for coaching/intervention) throughout **all** patient care units (including those with the electronic compliance monitoring system), you can select "yes, using only direct observation" in either question #8, question #9, or question #10 and report on your adherence to the direct observation criteria only. Otherwise, you will need to respond "no" to question #12.

**36. Is Leapfrog encouraging hospitals to implement electronic compliance monitoring? These systems can be costly, and the technology still needs to advance.**
The questions in the hand hygiene standard ask about a variety of strategies that can be used to monitor and improve hand hygiene. Leapfrog is encouraging hospitals to take a multimodal approach. Regarding monitoring, while hospitals can achieve the Leapfrog standard with direct observation alone, Leapfrog is communicating a strong preference for use of electronic monitoring (implemented according to evidence-based principles). In addition to literature suggesting electronic monitoring works better to pinpoint compliance issues, the difference in the sheer number of hand hygiene opportunities covered by the two monitoring strategies represent powerful evidence in favor of electronic monitoring. Electronic monitoring allows facilities to monitor virtually every patient encounter, while direct observation monitors a selection. Based on the evidence, our standard calls for monitoring 200 hand hygiene opportunities per unit per month, which is a small subset of overall hand hygiene opportunities. Even beyond capturing more encounters aligned with the evidence, electronic monitoring alleviates the ethical quandary of an observer watching patient harm without intervening.

As with Computerized Physician Order Entry (CPOE) systems and Bar Code Medication Administration (BCMA) systems, we anticipate that electronic compliance monitoring technology will improve over time and become an important component of a comprehensive hand hygiene program. Electronic monitoring is a routine component of public safety in other industries where compliance is critical, so health care can and should achieve those standards for its patients.

All items included in Section 6D are based on the evidence review and recommendations from Leapfrog's national Hand Hygiene Expert Panel and others. We have included in the Hand Hygiene bibliography several peer-reviewed studies that have examined the benefits of using electronic monitoring systems over direct observation. The bibliography is available at https://ratings.leapfroggroup.org/measure/hospital/2025/handwashing.

**37. How does reporting the number of hand hygiene opportunities monitored in questions #8-10 impact our hospital's scoring?**
Hospitals can earn "Achieved the Standard" by either answering "yes" to question #8 and monitoring 200 hand hygiene opportunities (or at least the number of hand hygiene opportunities outlined based on the unit type in Tables 1-3 of the Hand Hygiene Measure Specifications) each month in each patient care unit and also meeting all other elements of the Monitoring and Feedback domains, as well as meeting all elements in 2 of the 3 remaining domains OR by answering "yes" to question #9 and monitoring at least 100 hand hygiene opportunities (or at least the number of hand hygiene opportunities outlined based on the unit type in Tables 4-6 of the Hand Hygiene Measure Specifications) each month in each patient care unit and also meeting all other elements of the Monitoring domain and all elements in the remaining four domains. Facilities that answer "yes" to question #10 and only monitor 100 hand hygiene opportunities a quarter are only eligible to earn a maximum performance category of "Considerable Achievement" based on their adherence to the elements in the other domains. Hospitals should review the Hand Hygiene scoring algorithm in the 2025 Leapfrog Hospital Survey Scoring Algorithms document for more details.

**38. Are online training modules acceptable for the purposes of training hand hygiene compliance observers in question #15?**
Online training can be used for the initial and recurrent training of hand hygiene compliance observers. Please refer to the Hand Hygiene Measure Specifications for more information on the requirements for the validation of hand hygiene compliance observers.

## Feedback

**39. For the purposes of responding to question #19, what are some examples of how hospital leadership can be held accountable through performance reviews or compensation?**
A performance review or compensation plan should include specific language about hand hygiene performance. A list of hand hygiene practices and related goals may be incorporated into

the performance review and/or compensation plan or formalized programs whereby a measure of success of those activities or programs is tied to individual performance reviews or compensation incentive plans of executives. Examples include meeting targets for hand hygiene compliance rates, having bonuses tied to structural changes like the implementation of electronic compliance monitoring systems, etc. Language pertaining solely to infection control practices and performance would NOT be sufficient.

**Culture**

**40. What are some examples of how patients and visitors can be invited to remind individuals who touch patients or who touch items that will be used by patients to perform hand hygiene?**
Patients and visitors can be invited to remind individuals who touch patients or who touch items that will be used by patients to perform hand hygiene with posters placed in patient care units, bedside placards, buttons worn by the staff, etc.

**41. What are some examples of demonstrating a commitment to hand hygiene improvement as referenced in question #21?**
Some examples of how individuals can demonstrate a commitment to support hand hygiene improvement are written or verbal commitments given during town hall meetings, videos, e-mails from the CEO, public comments to staff, etc. This needs to be a verbal or written commitment that is delivered to those individuals who touch patients or who touch items that will be used by patients.

***Diagnostic Excellence FAQs***

**42. What are examples of a CEO or CMO commitment to reducing errors in diagnosis?**
Examples of a CEO or CMO commitment include verbal remarks at an all-staff "town hall" or "all-hands" meeting, or a segment in an annual report or other publication disseminated to all staff that specifically mentions reducing diagnostic errors.

**43. What are examples of a PFAC having input in or leading initiatives aimed at reducing errors in diagnosis?**
Hospitals can refer to the Patient and Family Advisory Council (PFAC) Toolkit for Exploring Diagnostic Quality for detailed guidance. One common example of an initiative is to consult with the PFAC for input on materials for admitted patients pertaining to diagnosis, such as a resource developed based on needs identified in a patient survey, or a sepsis education campaign targeted at patients visiting the emergency room.

**44. Can our hospital system convene a multidisciplinary team at the system level, instead of individual hospitals assembling teams at their respective facilities?**
Multidisciplinary teams convened to solely focus on reducing diagnostic errors should be specific to individual hospitals in order to closely oversee case analyses, review data specific to individual sites, and be responsive to the individual hospital's leadership.

**45. What pathology reports should be included in our response to question #19? Are inpatient and outpatient reports included?**
A "pathology report" refers to any report that would be signed by a pathologist that diagnoses cancer. In other words, both the first diagnosis of malignancy reports, or a finalized report where resection specimens were examined and included in a signed report, would be included in the assessment of whether there was documented communication between the pathologist and the patient or patient's ordering physician. This applies to inpatients and outpatients alike, as long as the pathologist practicing at your hospital signed the report. If multiple signed reports are issued for a patient in a single year, they should all be included.

**46. What ICD-10 codes should we use to identify diagnoses of colon, lung, or breast cancer?**
Leapfrog has not identified a specific set of ICD-10 codes to use to select these cases.

# Page Intentionally Left Blank


Version 9.1
© 2025 The Leapfrog Group

# SECTION 7: MANAGING SERIOUS ERRORS

This section includes questions and reference information for Section 7: Managing Serious Errors. Please carefully review the questions, endnotes, and reference information (e.g., measure specifications, notes, and frequently asked questions) before you begin. Failure to review the reference information could result in inaccurate responses.

# Section 7: Managing Serious Errors

**Never Events Fact Sheet:** https://ratings.leapfroggroup.org/measure/hospital/2025/responding-never-events

Section 7 includes questions about your hospital's response to Never Events. In addition, Leapfrog collects information via its NHSN Group about five healthcare-associated infections (CLABSI, CAUTI, MRSA, *C. diff.*, and SSI: Colon). Hospitals reporting on Section 7B: Healthcare-Associated Infections are required to join Leapfrog's NHSN Group. Important information and deadlines are available on the Join NHSN Group webpage.

**Each hospital achieving the standard for Never Events:**
Has a policy that includes the nine principles of Leapfrog's Never Events policy and will implement this policy if a "never event" occurs within their hospital.

**Each hospital achieving the standards for Healthcare-Associated Infections:**
1. Has a CLABSI standardized infection ratio of less than or equal to 0.413 for ICU and select ward inpatients.
2. Has a CAUTI standardized infection ratio of less than or equal to 0.427 for ICU and select ward inpatients.
3. Has a MRSA standardized infection ratio of less than or equal to 0.496 for facility-wide inpatients.
4. Has a *C. diff.* standardized infection ratio of less than or equal to 0.621 for facility-wide inpatients.
5. Has an SSI: Colon standardized infection ratio of less than or equal to 0.349 for inpatients following eligible colon procedures.

**Download the 2025 Leapfrog Hospital Survey Scoring Algorithm on the Scoring and Results webpage.**


© 2025 The Leapfrog Group

## 7A: Never Events

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Note:** To earn credit for these questions, hospitals must have a policy in place that addresses the National Quality Forum's list of Serious Reportable Events. All references to "never event" or "serious reportable event" are specific to the National Quality Forum list available at https://www.qualityforum.org/topics/sres/serious_reportable_events.aspx.

**Reporting Period:**
Answer questions #1-9 based on the principles currently included in your hospital's never events policy at the time you submit this section of the Survey.

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

Below are the nine elements which make up The Leapfrog Group's Policy Statement regarding never events.[48] Indicate which of the following principles are included in your hospital's current never events policy.

| | |
|---|---|
| 1) We apologize to the patient[49] and/or family affected by the never event[48]. | ○ Yes<br>○ No |
| 2) We report the event to at least one of the following external agencies[50] within 15 business days of becoming aware that the never event[48] has occurred:<br>• Joint Commission, as part of its Sentinel Events policy;<br>• DNV GL Healthcare;<br>• State reporting program for medical errors; or<br>• Patient Safety Organization (as defined in The Patient Safety and Quality Improvement Act of 2005). | ○ Yes<br>○ No |
| 3) We perform a root cause analysis[51], which at a minimum, includes the elements required by the chosen external reporting agency.<br><br>*If "no," skip questions #6-7. The hospital will be scored as "Limited Achievement."* | ○ Yes<br>○ No |
| 4) We waive all costs directly related to the never event[48].<br><br>*In order to respond "yes" to this question, all costs directly related to the never event must be waived to both the patient and the payor.* | ○ Yes<br>○ No |
| 5) We make a copy of this policy available to patients, patients' family members, and payers upon request. | ○ Yes<br>○ No |
| 6) We interview patients and/or families, who are willing and able, to gather evidence for the root cause analysis[51]. | ○ Yes<br>○ No |
| 7) We inform the patient and/or the patient's family of the action(s) that our hospital will take to prevent future recurrences of similar events based on the findings from the root cause analysis[51]. | ○ Yes<br>○ No |
| 8) We have a protocol in place to provide support for caregivers involved in never events[4848] and make that protocol known to all caregivers and affiliated clinicians. | ○ Yes<br>○ No |
| 9) We perform an annual review to ensure compliance with each element of Leapfrog's Never Events Policy for each never event[48] that occurred.<br><br>*If "no" to any questions #1-8, skip this question and continue to the next subsection.* | ○ Yes<br>○ No |


**© 2025 The Leapfrog Group**
Table of Contents

## 7B: Healthcare-Associated Infections

Hospitals that share a CMS Certification Number must have a unique NHSN ID as required by NHSN. Please carefully review Leapfrog's Multi-Campus Reporting Policy on the Join NHSN Group webpage.

**Specifications:** See ***Healthcare-Associated Infections Measure Specifications*** in the Reference Information beginning on page 269.

**Reporting Period: 12 months**
- June and August Data Downloads: 01/01/2024 – 12/31/2024
- October and December Data Downloads: 07/01/2024 – 06/30/2025

*Leapfrog will update data four times per Survey Cycle for all members of our NHSN group that have provided an accurate NHSN ID in the Hospital Profile and submitted the 2025 Leapfrog Hospital Survey.*

*Visit the Join NHSN Group webpage for important information on deadlines for joining Leapfrog's NHSN Group.*

Hospitals that join* Leapfrog's NHSN Group by the join-by dates, enter a valid NHSN ID in the Profile of the Leapfrog Hospital Survey, and submit the 2025 Leapfrog Hospital Survey will have their data scored and publicly reported.

| | |
|---|---|
| 1) Has your hospital joined Leapfrog's NHSN Group and entered a valid NHSN ID in the Profile so that the standardized infection ratios (SIRs) for each of the following applicable infection measures can be downloaded directly from the CDC's National Healthcare Safety Network (NHSN) for scoring and public reporting:<br>• CLABSI in ICUs and select wards;<br>• CAUTI in ICUs and select wards;<br>• Facility-wide inpatient MRSA Blood Laboratory-identified Events;<br>• Facility-wide inpatient C. diff. Laboratory-identified Events; and<br>• SSI: Colon? | o Yes, the hospital has joined Leapfrog's NHSN Group, accepted Leapfrog's Rights Acceptance Report/Data Rights Template, and entered a valid NHSN ID in the Profile<br>o No, the hospital has not joined Leapfrog's NHSN Group, accepted Leapfrog's Rights Acceptance Report/Data Rights Template, or entered a valid NHSN ID in the Profile and acknowledges that the hospital will be publicly reported as "Declined to Respond" for all five infection measures |

*Hospitals are not required to "re-join" Leapfrog's NHSN Group if they joined and conferred rights in previous Leapfrog Hospital Survey Cycles. However, all hospitals in Leapfrog's NHSN Group must review their Rights Acceptance Report annually (by the published join-by deadlines) to ensure that Leapfrog has access to the data from all of the locations that were active during the reporting period, even if those locations are no longer active, to ensure that Leapfrog obtains the appropriate SIR. Instructions for joining or verifying that you are in Leapfrog's NHSN Group are available in the "NHSN Guidance: Join the Group, Review/Accept Data Rights Template, and Download Reports" document on our Join NHSN Group webpage.

Hospitals that join Leapfrog's NHSN group, but do not provide an accurate NHSN ID in the Hospital Profile or do not submit the 2025 Leapfrog Hospital Survey, will be scored and publicly reported as "Declined to Respond" for each of the five infection measures. Hospitals that have a predicted value <1 for an infection measure, or hospitals whose number of observed MRSA or CDI infections present on admission are above a pre-determined cut-point, will be scored as "Unable to Calculate" for that measure. Hospitals for whom a measure does not apply during the reporting period (e.g., zero device days or procedure days, no applicable locations) will be scored as "Does Not Apply" for that measure. Hospitals that are PPS-Exempt Cancer hospitals, as classified by CMS, will be scored as "Does Not Apply" for CLABSI and CAUTI only.

For all other deadlines, please refer to the "Deadlines and Reporting Periods" table provided in the Healthcare-Associated Infections Measure Specifications, as well as online.


**© 2025 The Leapfrog Group**

**Affirmation of Accuracy**

As the hospital CEO or as an employee of the hospital to whom the hospital CEO has delegated responsibility, I have reviewed this information pertaining to the Managing Serious Errors Section at our hospital, and I hereby certify that this information is true, accurate, and reflects the current, normal operating circumstances at our hospital. I am authorized to make this certification on behalf of our hospital.

The hospital and I understand that The Leapfrog Group, its members, the public and entities and persons who contract or have other business dealing with The Leapfrog Group are relying on the truth and accuracy of this information. The hospital and I also understand that The Leapfrog Group will make this information and/or analyses of this information public through the Survey Results public reporting website, The Leapfrog Group's Hospital Safety Grade, and/or other Leapfrog Group products and services. This information and/or analyses and all intellectual property rights therein shall be and remain the sole and exclusive property of The Leapfrog Group in which The Leapfrog Group retains exclusive ownership. This information does not infringe upon any third-party intellectual property rights or any other third-party rights whatsoever and is free and clear of all encumbrances and liens of any kind. The hospital and I acknowledge that The Leapfrog Group may use this information in a commercial manner for profit. The hospital shall be liable for and shall hold harmless and indemnify The Leapfrog Group from any and all damages, demands, costs, or causes of action resulting from any inaccuracies in the information or any misrepresentations in this Affirmation of Accuracy. The Leapfrog Group and its members and entities and persons who contract or have other business dealing with The Leapfrog Group reserve the right to omit or disclaim information that is not current, accurate or truthful.

Affirmed by ______________________, the hospital's ____________________________.
*(first name and last name)* *(title)*

on ________________________.
*(date)*



Version 9.1
© 2025 The Leapfrog Group

# Section 7: Managing Serious Errors Reference Information

### *What's New in the 2025 Survey*

Leapfrog will continue to obtain healthcare-associated infection (HAI) data directly from the CDC's National Healthcare Safety Network (NHSN). Additionally, Leapfrog will add one new question to Section 7B to confirm that hospitals have completed all the required steps in order for their HAI data to be scored and publicly reported, which include: joining Leapfrog's NHSN Group, entering a valid NHSN ID in the Profile of the Leapfrog Hospital Survey, and submitting the 2025 Leapfrog Hospital Survey.

### *Change Summary Since Release*

None. If substantive changes are made to this section of the Survey after release on April 1, 2025, they will be documented in this Change Summary section.


**© 2025 The Leapfrog Group**

# Section 7B: Healthcare-Associated Infections Measure Specifications

**Important Note:** Hospitals that share a CMS Certification Number must have a unique NHSN ID as required by NHSN. Please carefully review Leapfrog's Multi-Campus Reporting Policy on the Join NHSN Group webpage.

***Checklist for Joining Leapfrog's NHSN Group and Ensuring the Data are Accurate:***

☐ **Join or verify that you are in Leapfrog's NHSN Group by the join-by dates**

- Instructions for joining or verifying that you are in Leapfrog's NHSN Group are available here in the "NHSN Guidance: Join the Group, Review/Accept Data Rights Template, and Download Reports" document.
- Join-by dates are listed in the "Deadlines and Reporting Periods" table below.

☐ **Review and accept Leapfrog's Data Rights Template within NHSN**

- **All hospitals** are required to review and accept the Data Rights Template at least annually before **June 19, 2025,** NHSN join-by date and whenever updates are made to their location mapping in NHSN.
  - Include any locations that were active during the reporting period even if they are currently inactive to ensure that Leapfrog obtains the appropriate SIR.
  - Confirm that you have given Leapfrog access to data from your 2024 NHSN Patient Safety Component - Annual Hospital Survey. Surveillance data from the 2024 NHSN Annual Hospital Survey is used by NHSN to risk adjust SIRs; SIRs cannot be calculated by NHSN or downloaded by Leapfrog if you restrict access to this data.
  - Failure to review and update (as needed) your Data Rights Template may result in Leapfrog pulling incorrect data for your hospital.
- Instructions for reviewing and accepting the Data Rights Template are available here in the "NHSN Guidance: Join the Group, Review/Accept Data Rights Template, and Download Reports" document.

☐ **Generate datasets and download reports within NHSN on the same day as Leapfrog**

- All hospitals are required to (a) generate datasets within NHSN, (b) download CMS IPPS reports, and (c) download a copy of your 2024 Patient Safety Component - Annual Hospital Survey from NHSN on the **same day** that Leapfrog will be downloading the data from NHSN for all current group members.
- Instructions for generating datasets and downloading these reports from NHSN are available here in the "NHSN Guidance: Join the Group, Review/Accept Data Rights Template, and Download Reports" document.
- NHSN data download dates are listed in the "Deadlines and Reporting Periods" table below (please note that there are four NHSN data download dates per Survey Cycle).
- By generating datasets and downloading reports within NHSN on the same day as Leapfrog, hospitals can confirm that their data matches the data Leapfrog has obtained.
- If hospitals do not generate datasets and download reports on the same day as Leapfrog, the Help Desk will not review any discrepancies.

☐ **Review SIRs**

- For verification purposes, hospitals are required to download reports from NHSN on the **same day**, as described above.
- Once Leapfrog has published the healthcare-associated infection Survey Results on the Hospital Details Page, hospitals are urged to compare the Survey Results to their NHSN reports that were pulled on the same day as Leapfrog.
- Dates on which the Survey Results will be available on the Hospital Details page are listed in the "Deadlines and Reporting Periods" table below.

☐ **Report discrepancies**
If, while comparing your NHSN reports to your Leapfrog Hospital Survey Results, you find a discrepancy, you must contact Leapfrog's Help Desk immediately. If you do not contact Leapfrog by the **end of the month** in which scored results are available on your Hospital Details Page (i.e., July, September, November, and January, respectively), the issue will not be investigated by the Help Desk.

***Deadlines and Reporting Periods***

| Join Leapfrog's NHSN Group by | Leapfrog will download data from NHSN for all current group members | Data downloaded from NHSN will be scored and publicly reported for hospitals that have submitted Section 7 by | HAI Reporting Period | Available on Hospital Details Page and Public Reporting Website |
|---|---|---|---|---|
| **June 19, 2025** | June 20, 2025 | June 30, 2025 | 01/01/2024 – 12/31/2024 | July 12, 2025 Hospital Details Page<br><br>July 25, 2025 Public Reporting Website |
| **August 21, 2025** | August 22, 2025 | August 31, 2025 | 01/01/2024 – 12/31/2024 | September 10, 2025* |
| **October 22, 2025** | October 23, 2025 | October 31, 2025 | 07/01/2024 – 06/30/2025 | November 12, 2025* |
| **December 17, 2025**** | December 18, 2025** | November 30, 2025 | 07/01/2024 – 06/30/2025 | January 12, 2026* |

*Available on Hospital Details Page on the same date as public release of Survey Results.

**The Leapfrog Hospital Survey closes on November 30, 2025. The last NHSN data download is on December 18, 2025, to incorporate any facilities and corrections from facilities that joined by the last join date of December 17, 2025.


© 2025 The Leapfrog Group

# Section 7A: Never Events Frequently Asked Questions (FAQs)

1. **When reporting Never Events, what "state reporting program for medical errors" applies in my state?**
Congress has passed legislation requiring all states to develop a reporting program for medical errors. At this time, many states have already enacted or adopted some requirement that hospitals report serious medical errors or similar adverse events to a state agency. Others are still implementing legislation or regulations that define that requirement. States that have developed programs may also define reportable events differently.

2. **What if there is no "state reporting program for medical errors" in my state? Do we still have to report Never Events to meet Leapfrog principles for this policy? To whom?**
Hospitals in states that do not have a state reporting program or requirement in effect can meet the reporting requirement of Leapfrog's principles for implementation of a Never Events policy by reporting all Never Events voluntarily to The Joint Commission, DNV GL Healthcare, or a Patient Safety Organization.

   If there is no state-required reporting program in effect, no available Patient Safety Organization to which your hospital can report, and your hospital is not Joint Commission or DNV GL Healthcare accredited, the Leapfrog requirement for reporting to an external agency is amended. Hospitals must report the Never Event to their governance board and must still perform a root-cause analysis internally of each Never Event to meet Leapfrog's principle for full implementation of its Never Events policy.

3. **The reportable adverse events defined by our state's reporting program don't include all 25 Never Events endorsed by the National Quality Forum (NQF) and adopted in the Leapfrog policy. Will reporting only the state-required reportable events to the state agency suffice for meeting Leapfrog's requirement for reporting Never Events to an external agency? Does our hospital have to report other Never Events, as defined by NQF/Leapfrog, to that state agency even though not required by our state's reporting program?**
Hospitals should report all their state-required reportable events to the state agency. All other Never Events, as defined by NQF's list of Serious Reportable Events, which cannot be reported to the state agency, should be reported to another external agency (e.g., accreditor, Patient Safety Organization), if possible. If reporting those events to another external agency is not possible, the final option is to report those events to the hospital's governance board.

4. **Won't Leapfrog's request to have hospitals apologize to the patient put the hospital at risk for liability?**
Not necessarily. Research indicates that malpractice suits are often the result of a failure on the hospital's part to communicate openly with the patient and apologize for its error. Patients feel the most anger when they perceive that no one is willing to take responsibility for the adverse event that has occurred. A sincere apology from the responsible hospital staff can help to heal the breach of trust between doctor/hospital and patient. (When Things Go Wrong: Responding to Adverse Events. Boston, 2006. Mass Coalition for the Prevention of Medical Errors)

5. **How does Leapfrog define "waive cost?"**
At its core, Leapfrog's approach to never events is about improving patient care. While the policy asks hospitals to refrain from billing either the patient or a third-party payer, such as a health plan or employer company, for any costs directly related to a serious reportable adverse event, Leapfrog understands that, due to the wide array of circumstances surrounding never events, specific details of what constitutes "waiving cost" should be handled on a case-by-case basis by the parties involved. For an example, please see "Lessons learned from implementing a principled approach to resolution following patient harm" by Smith et. al.

6. **Does Leapfrog recommend any resources for hospitals looking to adhere to Leapfrog's Never Events principles?**
Yes, the Agency for Healthcare Research and Quality (AHRQ) has developed and tested the Communication and Optimal Resolution (CANDOR) Toolkit, which outlines a process for hospitals and practitioners to respond to unexpected events in a timely, thorough, and just way. The National Patient Safety Foundation (NPSF) has issued a report titled $RCA^2$: Improving Root Cause Analyses and Actions to Prevent Harm, which examines best practices and provides guidelines to help standardize and improve Root Cause Analysis. In addition, hospitals can download tips and tools for interviewing patients and families for the Root Cause Analysis on the Survey and CPOE Materials webpage.

# Page Intentionally Left Blank


© 2025 The Leapfrog Group

# SECTION 8: PEDIATRIC CARE

This section includes questions and reference information for Section 8: Pediatric Care. Please carefully review the questions, endnotes, and reference information (e.g., measure specifications, notes, and frequently asked questions) before you begin. Failure to review the reference information could result in inaccurate responses.


© 2025 The Leapfrog Group

# Section 8: Pediatric Care

**Pediatric Care Fact Sheet:** https://ratings.leapfroggroup.org/measure/hospital/2025/pediatric-care

**Hospitals that do not care for (or perform CT scans on) patients 17 years of age or younger should respond "no" to question #2 in 8A and 8B and move on to the Affirmation of Accuracy. Your hospital's results will be displayed as "Does Not Apply" on Leapfrog's public reporting website.**

Section 8 includes questions about patient experience (CAHPS Child Hospital Survey) and Computed Tomography (CT) radiation dose for pediatric patients.

**Each hospital achieving the standard for Patient Experience (CAHPS Child Hospital Survey):** Performed in the top quartile for at least 4 of the 5 CAHPS Child Hospital Survey domains (a subset of the 18 total domains), listed below:

- Communication with Parent – Communication about your child's medicines
- Communication with Parent – Keeping you informed about your child's care
- Communication with Child – How well nurses communicate with your child
- Communication with Child – How well doctors communicate with your child
- Attention to Safety and Comfort – Preventing mistakes and helping you report concerns

**Each hospital achieving the standard for Pediatric Computed Tomography (CT) Dose:** Received 75% or more of the possible points based on comparing CT radiation doses across two anatomic areas (head and abdomen/pelvis) and five age strata to national benchmarks.

**Download the 2025 Leapfrog Hospital Survey Scoring Algorithm on the Scoring and Results webpage.**


© 2025 The Leapfrog Group

# 8A: Patient Experience (CAHPS Child Hospital Survey)

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: This subsection is only applicable to hospitals that care for patients 17 years of age or younger. Hospitals that do not care for patients 17 years of age or younger should respond "no" to question #2 in 8A and move on to 8B. Your hospital's results will be displayed as "Does Not Apply" on Leapfrog's public reporting website.

Note 2: To help ensure that the Top Box Scores[52] represent an appropriate sample of patients, hospitals must have at least 100 pediatric acute-care admissions to inpatient units other than a neonatal ICU (NICU). Otherwise, they should respond "Yes, but fewer than 100 pediatric admissions were for non-NICU patients" to question #2 and skip the remaining questions in Section 8A. The hospital will be scored as "Does Not Apply." For example, if your hospital had 600 pediatric acute-care admissions, and 550 of those admissions were to a neonatal ICU, you should respond "Yes, but fewer than 100 pediatric admissions were for non-NICU patients" to question #2 as your hospital only has 50 admissions to inpatient units other than a neonatal ICU.

**Specifications:** See ***Patient Experience (CAHPS Child Hospital Survey) Measure Specifications*** in the Reference Information beginning on page 282.

**Reporting Period: 12 months**
Answer questions #1-12 for the latest 12-month period prior to the submission of this section of the Survey.

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

| | |
|---|---|
| 1) What is the latest 12-month reporting period for which your hospital is submitting responses to this section? 12-month reporting period ending: | ______ *Format: Month/Year* |
| 2) Did your hospital have at least 500 pediatric acute-care admissions during the 12-month period referenced in Section 1, question #5?<br><br>*Refer to your responses to questions #5 and #13 in Section 1A: Basic Hospital Information.*<br><br>*If "no" or "yes, but fewer than 100 pediatric admissions were for non-NICU patients," skip questions #3-12 and continue to the next subsection. The hospital will be scored as "Does Not Apply."* | ○ Yes<br>○ Yes, but fewer than 100 pediatric admissions were for non-NICU patients<br>○ No |
| 3) Has your hospital administered, or started to administer the CAHPS Child Hospital Survey during the reporting period?<br><br>*If "no" to question #3, skip questions #4-12 and continue to the next subsection. The hospital will be scored as "Did Not Measure."* | ○ Yes<br>○ No |
| 4) Did your hospital administer the full CAHPS Child Hospital Survey or a truncated version?<br><br>*If administering a truncated version, hospitals must follow the specifications for truncating the survey provided in the Patient Experience (CAHPS Child Hospital Survey) Measure Specifications.* | ○ Full version<br>○ Truncated version |

| | |
|---|---|
| 5) How many surveys were returned during the reporting period?<br><br>*If less than 100, skip questions #6-12 and continue to the next subsection. The hospital will be scored as "Unable to Calculate Score."* | _____ |
| 6) Which of the following modes were used to administer the survey?<br><br>*Select all that apply.* | ☐ Mail<br>☐ Phone<br>☐ Email<br>☐ Tablet |
| 7) Which of the following times were surveys administered during the reporting period?<br><br>*Select all that apply.* | ☐ Day of discharge<br>☐ After discharge |

In questions #8-12, report your hospital's Top Box Score[52] (rounded to the nearest whole number) from each of the five publicly reported patient experience measures from your 12-month vendor report that matches the reporting period that you selected in question #1.

| | |
|---|---|
| 8) Communication with Parent – Communication about your child's medicines | _____ |
| 9) Communication with Parent – Keeping you informed about your child's care | _____ |
| 10) Communication with Child – How well nurses communicate with your child | _____ |
| 11) Communication with Child – How well doctors communicate with your child | _____ |
| 12) Attention to Safety and Comfort – Preventing mistakes and helping you report concerns | _____ |


© 2025 The Leapfrog Group

# 8B: Pediatric Computed Tomography (CT) Radiation Dose

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: All pediatric patient (ages 17 years and younger) scans performed at your hospital should be included when reporting on this measure, including cases that were never admitted to an inpatient ward.

Note 2: This section is only applicable to hospitals that perform CT scans on patients 17 years of age or younger. Hospitals that do not perform CT scans on patients 17 years of age or younger should respond "no" to question #2 in 8B and move on to the Affirmation of Accuracy. Your hospital's results will be displayed as "Does Not Apply" on Leapfrog's public reporting website.

**Specifications:** See ***Pediatric Computed Tomography (CT) Radiation Dose Measure Specifications*** in the Reference Information beginning on page 283.

**Reporting Period: 12 months**
Answer questions #1-7 based on all cases (or a sufficient sample of them)

- Surveys submitted prior to September 1:
  - 01/01/2024 – 12/31/2024
- Surveys (re)submitted on or after September 1:
  - 07/01/2024 – 06/30/2025

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

**Sufficient Sample:** See ***Pediatric Computed Tomography (CT) Radiation Dose Measure Specifications*** for instructions on identifying a sufficient sample for questions #2-7.

| | |
|---|---|
| 1) 12-month reporting period used: | ○ 01/01/2024 – 12/31/2024<br>○ 07/01/2024 – 06/30/2025 |
| 2) Does your hospital perform CT scans on pediatric patients?<br><br>*If "no" to question #2, skip the remaining questions in Section 8B, and go to the Affirmation of Accuracy. The hospital will be scored as "Does Not Apply."* | ○ Yes<br>○ No |
| 3) Did your hospital calculate its distribution of CT radiation doses for pediatric patients over the reporting period, and do you choose to report those data to this Survey?<br><br>*If "no" to question #3, skip the remaining questions in Section 8B, and go to the Affirmation of Accuracy. The hospital will be scored as "Did Not Measure."* | ○ Yes<br>○ No |
| 4) Which of the following is your hospital using to report the CT radiation dose length product (DLP)?<br><br>*If "manual data collection" is not selected, skip question #5 and continue to question #6.* | ○ Manual Data Collection<br>○ Dose Monitoring Software<br>○ ACR National Radiology Data Registry Report |


© 2025 The Leapfrog Group

| | |
|---|---|
| 5) If using manual data collection, do the responses in questions #6 and #7 represent a sample?<br><br>*If your hospital reviewed all cases for age strata with fewer than 30 encounters and sampled for those age strata with greater than 30 encounters, select "yes."* | ○ Yes<br>○ No |

6) Enter your hospital's 25th, 50th, and 75th percentiles (rounded to the nearest whole number) for CT radiation dose length product (DLP) in **head** scans for pediatric patients for each age stratum standardized to 16cm phantoms.

*If the number of encounters for an age stratum is less than 10 (in column a), skip columns b, c, and d and then move to the next age stratum. If zero, enter "0" in column a. The hospital will be scored as "Unable to Calculate Score" if all age strata have less than 10 encounters.*

| Age Stratum | HEAD | | | |
|---|---|---|---|---|
| | **(a) Number of encounters** | **(b) 25th Percentile** | **(c) 50th Percentile** | **(d) 75th Percentile** |
| < 1 year | | | | |
| 1 - 4 | | | | |
| 5 - 9 | | | | |
| 10 - 14 | | | | |
| 15 - 17 | | | | |

7) Enter your hospital's 25th, 50th, and 75th percentiles (rounded to the nearest whole number) for CT radiation dose length product (DLP) in **abdomen/pelvis** scans for pediatric patients for each age stratum standardized to 32cm phantoms.

*If the number of encounters for an age stratum is less than 10 (in column a), skip columns b, c, and d and then move to the next age stratum. If zero, enter "0" in column a. The hospital will be scored as "Unable to Calculate Score" if all age strata have less than 10 encounters.*

| Age Stratum | ABDOMEN/PELVIS | | | |
|---|---|---|---|---|
| | **(a) Number of encounters** | **(b) 25th Percentile** | **(c) 50th Percentile** | **(d) 75th Percentile** |
| < 1 year | | | | |
| 1 - 4 | | | | |
| 5 - 9 | | | | |
| 10 - 14 | | | | |
| 15 - 17 | | | | |

**Affirmation of Accuracy**

As the hospital CEO or as an employee of the hospital to whom the hospital CEO has delegated responsibility, I have reviewed this information pertaining to the Pediatric Care Section at our hospital, and I hereby certify that this information is true, accurate, and reflects the current, normal operating circumstances at our hospital. I am authorized to make this certification on behalf of our hospital.

The hospital and I understand that The Leapfrog Group, its members, the public and entities and persons who contract or have other business dealings with The Leapfrog Group are relying on the truth and accuracy of this information. The hospital and I also understand that The Leapfrog Group will make this information and/or analyses of this information public through the Survey Results public reporting website, The Leapfrog Group's Hospital Safety Grade, and/or other Leapfrog Group products and services. This information and/or analyses and all intellectual property rights therein shall be and remain the sole and exclusive property of The Leapfrog Group in which The Leapfrog Group retains exclusive ownership. This information does not infringe upon any third-party intellectual property rights or any other third-party rights whatsoever and is free and clear of all encumbrances and liens of any kind. The hospital and I acknowledge that The Leapfrog Group may use this information in a commercial manner for profit. The hospital shall be liable for and shall hold harmless and indemnify The Leapfrog Group from any and all damages, demands, costs, or causes of action resulting from any inaccuracies in the information or any misrepresentations in this Affirmation of Accuracy. The Leapfrog Group and its members and entities and persons who contract or have other business dealings with The Leapfrog Group reserve the right to omit or disclaim information that is not current, accurate or truthful.

Affirmed by ____________________, the hospital's __________________________.
*(first name and last name)* *(title)*

on ______________________.
*(date)*


© 2025 The Leapfrog Group

# Section 8: Pediatric Care Reference Information

### *What's New in the 2025 Survey*

There are no changes to Section 8A: Patient Experience (CAHPS Child Hospital Survey) or Section 8B: Pediatric CT Radiation Dose.

### *Change Summary Since Release*

None. If substantive changes are made to this section of the Survey after release on April 1, 2025, they will be documented in this Change Summary section.


**© 2025 The Leapfrog Group**

# Section 8: Pediatric Care Measure Specifications

### *Patient Experience (CAHPS Child Hospital Survey) Measure Specifications*

**Important Note:** Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Source:** Agency for Healthcare Quality and Research (AHRQ) (NQF #2548)

**Reporting Period:** The latest 12-month period prior to the submission of this section of the Survey. Hospitals can elect to use either survey return date or discharge date to pull reports for this measure.

This section of the Leapfrog Hospital Survey asks hospitals who care for pediatric patients about their results from the CAHPS Child Hospital Survey. The first several questions are designed to learn more about the current administration of the survey. The last five questions collect the "Top Box" [52] score for each of the following five domains:

- Communication with Parent – Communication about your child's medicines
- Communication with Parent – Keeping you informed about your child's care
- Communication with Child – How well nurses communicate with your child
- Communication with Child – How well doctors communicate with your child
- Attention to Safety and Comfort – Preventing mistakes and helping you report concerns

Hospitals using Press Ganey, NRC, or PRC to administer the CAHPS Child Hospital Survey can use the AHRQ CAHPS Crosswalk below to ensure they are reporting on the correct domains. The Crosswalk is designed to help translate the standard vendor report to the AHRQ Domains used in questions #8-12 of the Leapfrog Hospital Survey.

Hospitals that opt to truncate the CAHPS Child Hospital Survey after question 40, which is the last question required to report on the five domains listed above, must ensure that all questions prior to and including question 40 remain in order and unaltered. In addition, hospitals opting to truncate the survey must retain questions 50-54 and 56-57 (in order and unaltered) which ask for the child and survey participant's demographic information. Note: Hospitals that collect information captured in questions 51-52 administratively are not required to retained them.

For more information regarding which questions from the CAHPS Child Hospital Survey correspond to the five domains listed above, visit https://www.ahrq.gov/cahps/surveys-guidance/hp/about/child-survey-measures.html.

**CAHPS Child Hospital Survey Domain Crosswalk**

| AHRQ Domain Name | Press Ganey Domain Name | NRC Domain Name | PRC Domain Name |
|---|---|---|---|
| Communication with Parent – Communication about your child's medicines | **Communication Child's Med** | **Communication About Meds** | **Communication About Medicines** |
| Communication with Parent – Keeping you informed about your child's care | **Informed Child's Care** | **Keeping You Informed About Your Child's Care** | **Keeping Parent Informed** |
| Communication with Child – How well nurses communicate with your child | **Nurses Communicate Child** | **Nurse Communication With Child** | **Nurses – Child** |
| Communication with Child – How well doctors communicate with your child | **Doctors Communicate Child** | **Doctor Communication With Child** | **Doctors – Child** |
| Attention to Safety and Comfort – Preventing mistakes and helping you report concerns | **Prevent Mistakes Rpt Conc** | **Preventing Mistakes and Helping You Report Concerns** | **Preventing Mistakes** |

See FAQs for additional information about responding to the questions in this section.


© 2025 The Leapfrog Group

## *Pediatric Computed Tomography (CT) Radiation Dose Measure Specifications*

**Important Notes:**

Note 1: Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

Note 2: For purposes of this measure, an "encounter" consists of a full examination and any CT scans performed within one hour of each other involving the designated anatomic area (i.e., head or abdomen/pelvis). For example, two CT scans conducted 30-minutes apart on the same patient's head are considered one "encounter." CT scans of the same anatomic area performed with and without contrast are considered one "encounter." Scans of two different anatomic areas performed within one hour would not be considered the same "encounter." Scans of the same anatomic area performed greater than 60 minutes apart would also not be considered the same "encounter."

Note 3: This measure includes two sets of instructions in the table below: one for hospitals using dose monitoring software and one for hospitals that are not using dose monitoring software. Please be sure to use the correct set of instructions.

Note 4: Hospitals performing manual data collection must use the CT Dose Workbook provided on the Survey and CPOE Materials webpage to standardize their CT radiation dose length product (DLP) for head scans to 16cm phantoms and abdomen/pelvis scans to 32cm phantoms.

**Source:** University of California, San Francisco (NQF #2820)

**Reporting Period: 12 months**

- Surveys submitted prior to September 1:
  - 01/01/2024 – 12/31/2024
- Surveys (re)submitted on or after September 1:
  - 07/01/2024 – 06/30/2025

**Hospitals participating in the ACR National Radiology Data Registry:**
Data for this measure can be obtained directly from a special Leapfrog report. See details below.

Hospitals that report to the American College of Radiology (ACR) and receive reports through the National Radiology Data Registry (NRDR) will be able to respond to questions #6-7 in Section 8B using a specialized report that will be made available with the quarterly Dose Index Registry Executive Summary reports. This separate "Leapfrog" report will be available for download through the NRDR portal and will contain data according to the age ranges and measure specifications of the Leapfrog Hospital Survey. **Enter values from the "Leapfrog" tab using the "Table: Pediatric Exams for Leapfrog Survey" and the appropriate percentiles in the Head and Abdomen Pelvis columns rounded to the nearest whole number directly into the Online Hospital Survey Tool.** While this report should be from the most recent 12 months, it does not need to include the full 12 months.

**Hospitals using dose monitoring software:**
Data for this measure can be obtained using dose monitoring software. See instructions below.

**Question #6, column a: Total Number of Encounters**
Using your dose monitoring software, obtain the total number of encounters in **head scans** for each age stratum (<1, 1-4, 5-9, 10-14, 15-17). Enter these values into the Survey.

**Inclusions:**
CT HEAD BRN WO IVCON
CT HEAD WO IVCON
CT PEDS HEAD WO IVCON
CT HEAD
CT PEDS HEAD BRN WO IVCON
CT BRN WO IVCON
CT HEAD BRN
CT HEAD BRN W IVCON
CT HEAD W IVCON


© 2025 The Leapfrog Group

CT HEAD WO & W IVCON
CT HEAD BRN WO & W IVCON
CT BRN WO & W IVCON
CT BRN W IVCON

**Exclusions:**

- Encounters involving facial bones or sinuses
- Encounters where the indication is for a biopsy, including prop studies and stereotactic studies and procedures
- Encounters that cross multiple anatomic areas should be excluded. For example, encounters involving both the head and neck are excluded from the "head" anatomic region.
- Encounters where the documented age is missing or listed as the date of admission (i.e., an accurate birthday could not be obtained and therefore the admission date was used), as is the case for some trauma patients

**Sampling Cases:** Hospitals using dose monitoring software must report on all encounters in the 12-month reporting period.

**Hospitals using Radimetrics Dose Monitoring Software:**

- If your hospital is using unique study instance UIDs for every scan performed, review your data to ensure that any scans performed on the same patient and same anatomic area within a one-hour timeframe are being combined into one encounter. The DLPs for all scans within the one-hour timeframe should be combined and that combined value used to calculate the percentiles reported to Leapfrog.
- If your hospital is NOT using unique study instance UIDs and is combining DLPs for all scans performed on the same patient and same anatomic area within one hour into one study instance UID, no review is required as this adheres to the definition of encounter. However, these hospitals should review any repeat or delayed scans to ensure repeat or delayed scans performed greater than 60 minutes apart are not being combined into the same study instance UID.

**Question #6, columns b, c, and d: 25th, 50th, and 75th Percentiles**
Based on the encounters identified for each age stratum (column a), use your dose monitoring software to calculate the 25th percentile (column b), the 50th percentile (column c), and the 75th percentile (column d) for CT radiation dose length product (DLP) in **head scans standardized to 16cm phantoms**. Enter these values into the Survey rounded to the nearest whole number.

If the number of encounters for an age stratum (i.e., <1 or 1-4, etc.) is less than 10 (column a), skip columns b, c, and d. If the number of encounters for an age stratum is zero, enter "0" in column a, and skip columns b, c, and d. You cannot leave any rows in column a blank.

**Phantom Dose Specifications:**
For head scans, use a 16 cm phantom dose value. The orange box in the screenshot below the table is an example of a Dose Report which shows the phantom dose value used. The phantom dose value is used to estimate the radiation dose to the patient.

**Scout Doses (Topograms)** should not be included when calculating the 25th, 50th, or 75th percentiles.

**Question #7 column a: Total Number of Encounters**
Using your dose monitoring software, obtain the total number of encounters in **abdomen/pelvis** for each age stratum (<1, 1-4, 5-9, 10-14, 15-17). Enter these values into the Survey.

**Inclusions:**
CT ABD PELVIS W IVCON
CT ABD/PEL W IVCON
CT PEDS ABD PELVIS
CT ABD PELVIS WO IVCON
CT ABD/PEL WO IVCON
CT ABD/PEL


© 2025 The Leapfrog Group

CT PEDS ABD/PEL WO IVCON
CT ABD PELVIS WO & W IVCON
CT ABD/PEL WO & W IVCON
CT ABD PELVIS
CT ABD PELVIS WO IVCON

**Exclusions:**

- Encounters where the indication is for a biopsy, including prop studies and stereotactic studies and procedures
- Encounters that cross multiple anatomic areas should be excluded. For example, encounters involving both the chest and abdomen/pelvis are excluded from the "abdomen/pelvis" anatomic region.
- Encounters where the documented age is missing or listed as the date of admission (i.e., an accurate birthday could not be obtained and therefore the admission date was used), as is the case for some trauma patients

**Sampling Cases:** Hospitals using dose monitoring software must report on all encounters in the 12-month reporting period.

**Question #7, columns b, c, and d: 25th, 50th, and 75th Percentiles**
Based on the encounters identified for each age stratum (column a), use your dose monitoring software to calculate the 25th percentile (column b), the 50th percentile (column c), and the 75th percentile (column d) for CT radiation dose length product (DLP) in **abdomen/pelvis scans standardized to 32cm phantoms**. Enter these values into the Survey rounded to the nearest whole number.

If the number of encounters for an age stratum (i.e., <1 or 1-4, etc.) is less than 10 (column a), skip columns b, c, and d. If the number of encounters for an age stratum is zero, enter "0" in column a, and skip columns b, c, and d. You cannot leave any rows in column a blank.

**Phantom Dose Specifications:**
For abdomen/pelvis scans, use a 32cm phantom dose value. The orange box in the screenshot below the table is an example of a Dose Report which shows the phantom dose value used. The phantom dose value is used to estimate the radiation dose to the patient.

**Scout Doses (Topograms)** should not be included when calculating the 25th, 50th, or 75th percentiles.

**Hospitals not using dose monitoring software:**
Data for this measure can be obtained from Dose Reports that come directly from the CT Machine and are sent along with the images to the Picture Archiving and Communications (PACS) used to review the images. See instructions below.

**CT Dose Excel Workbook**
To assist hospitals who do not use dose monitoring software in calculating the responses to questions #6 and #7, Leapfrog has developed a CT Dose Workbook to assist hospitals in standardizing their CT dose data based on these specifications. The workbook includes 12 tabs: Instructions, Summary, and 10 Data Entry tabs for each anatomic area/age stratum combination. The tabs for head scans are red and the tabs for abdomen/pelvis scans are blue. Once you enter your hospital's CT radiation dose length product (DLP) data into the appropriate tab, the workbook will automatically calculate your responses to questions #6 and #7 in the Summary tab, and those values should be entered in the Survey.

The CT Dose Workbook is available on the Survey and CPOE Materials webpage and should be used when reporting on this measure.

**Question #6, column a: Total Number of Encounters**
To determine the total number of encounters in **head scans** for each age stratum (<1, 1-4, 5-9, 10-14, 15-17), you will need to obtain dose reports. See sampling instructions below.

**Inclusions:**
CT HEAD BRN WO IVCON
CT HEAD WO IVCON
CT PEDS HEAD WO IVCON
CT HEAD
CT PEDS HEAD BRN WO IVCON
CT BRN WO IVCON
CT HEAD BRN
CT HEAD BRN W IVCON
CT HEAD W IVCON
CT HEAD WO & W IVCON
CT HEAD BRN WO & W IVCON
CT BRN WO & W IVCON
CT BRN W IVCON

**Exclusions:**
- Encounters involving facial bones or sinuses
- Encounters where the indication is for a biopsy, including prop studies and stereotactic studies and procedures
- Encounters that cross multiple anatomic areas should be excluded. For example, encounters involving both the head and neck are excluded from the "head" anatomic region.
- Encounters where the documented age is missing or listed as the date of admission (i.e., an accurate birthday could not be obtained and therefore the admission date was used), as is the case for some trauma patients

**Sampling Cases:**
Hospitals that are using information stored in the CT Machine have the option of reporting on all encounters or a sample of encounters. Hospitals opting to identify a sample of encounters for this measure should follow these instructions:
- Review your hospital's scans starting on January 15, 2024 (or July 15, 2024 if (re)submitting a Survey on or after September 1, 2025).
- Work sequentially until **a sample of at least 30 encounters per anatomic area and age strata combination** (i.e., head <1; head 1-4, etc.) is reached, or all cases in the reporting period are reviewed, whichever comes first.

**Question #6, columns b, c, and d: 25th, 50th, and 75th Percentiles**
Using your dose reports, enter the phantom dose and **Total DLP (mGY-cm)** for each encounter into each of the 5 "Head" tabs of the CT Dose Workbook. Be sure to review the instructions tab carefully before you begin entering data. The worksheet will automatically standardize your dose data to a 16cm phantom, if necessary. The worksheet will then automatically calculate the total number of encounters, as well as the 25th, 50th, and 75th percentiles for each anatomic area and age stratum.

See the example CT Dose Report from a CT scanner at the end of this table:
- The orange box in the screenshot is an example of a Dose Report which shows the phantom dose value used. The phantom dose value is used to estimate the radiation dose to the patient.
- The red box highlights the Total DLP. Note that your CT scanner may have a differently formatted Dose Report.

**Scout Doses (Topograms)** should not be included when entering the Total DLP for each encounter into the CT Dose Workbook.


© 2025 The Leapfrog Group

**Question #7 column a: Total Number of Encounters**
To determine the total number of encounters in **abdomen/pelvis scans** for each age stratum (<1, 1-4, 5-9, 10-14, 15-17), you will need to obtain dose reports. See sampling instructions below.

**Inclusions:**
CT ABD PELVIS W IVCON
CT ABD/PEL W IVCON
CT PEDS ABD PELVIS
CT ABD PELVIS WO IVCON
CT ABD/PEL WO IVCON
CT ABD/PEL
CT PEDS ABD/PEL WO IVCON
CT ABD PELVIS WO & W IVCON
CT ABD/PEL WO & W IVCON
CT ABD PELVIS
CT ABD PELVIS WO IVCON

**Exclusions:**
- Encounters where the indication is for a biopsy, including prop studies and stereotactic studies and procedures
- Encounters that cross multiple anatomic areas should be excluded. For example, encounters involving both the chest and abdomen/pelvis are excluded from the "abdomen/pelvis" anatomic region.
- Encounters where the documented age is missing or listed as the date of admission (i.e., an accurate birthday could not be obtained and therefore the admission date was used), as is the case for some trauma patients

**Question #7 columns b, c, and d: 25th, 50th, and 75th Percentiles**
Using your dose reports, enter the phantom dose and **Total DLP (mGY-cm)** for each encounter into each of the 5 "Abdomen Pelvis" tabs of the CT Dose Workbook. Be sure to review the instructions tab carefully before you begin entering data. The worksheet will automatically standardize your dose data to a 32cm phantom, if necessary. The worksheet will then automatically calculate the total number of encounters, as well as the 25th, 50th, and 75th percentiles for each anatomic area and age stratum.

See the example CT Dose Report from a CT scanner at the end of this table:
- The orange box in the screenshot is an example of a Dose Report which shows the phantom dose value used. The phantom dose value is used to estimate the radiation dose to the patient.
- The red box highlights the Total DLP. Note that your CT scanner may have a differently formatted Dose Report.


Patient Name: xam no: 30312
Accession Number: Sep 01 2010
Patient ID: LightSpeed VCT
Exam Description: CT CTA CHEST WO & W CO

Dose Report

| Series | Type | Scan Range (mm) | CTDIvol (mGy) | DLP (mGy-cm) | Phantom cm |
|---|---|---|---|---|---|
| 1 | Scout | – | – | – | – |
| 2 | Scout | – | – | – | – |
| 200 | Axial | S223.250-S223.250 | 4.72 | 2.36 | Body 32 |
| 3 | Helical | S348.250-S13.250 | 25.72 | 980.67 | Body 32 |
| 3 | Helical | S519.000-S284.000 | 10.90 | 306.58 | Body 32 |
| | | Total Exam DLP: | | 1289.61 | |

1/1

**Scout Doses (Topograms)** should not be included when entering the Total DLP for each encounter into the CT Dose Workbook.

See FAQs for additional information about responding to the questions in this section.


© 2025 The Leapfrog Group

# Section 8: Pediatric Care Frequently Asked Questions (FAQs)

### *Patient Experience (CAHPS Child Hospital Survey) FAQs*

1. **Why does Leapfrog refer to two different reporting periods in Section 8A question #2: one reporting period which refers to the number of pediatric admissions during the 12 months from Section 1 and one reporting period which refers to the results of our CAHPS Child Hospital Survey?**
   These two reporting periods are different because hospitals that have not historically had 500 pediatric admissions annually may not have begun to administer the CAHPS Survey to their patients and therefore it would not be appropriate to ask these facilities to report on their current results in Section 8A.

2. **Do I need to include neonatal ICU (NICU) discharges when administering the CAHPS Child Hospital Survey and reporting those results to Leapfrog?**
   The Child CAHPS Hospital Survey was designed to be administered to pediatric discharges including NICU discharges. Additional details on fielding the CAHPS Child Hospital Survey can be found here.

   In 2025, hospitals that have been administering the CAHPS survey without including NICU discharges in their sample can report those results to Leapfrog, provided they meet the minimum sample size and timing requirements in the Leapfrog Hospital Survey. However, we are urging those hospitals to begin including NICU discharges-- per the manual guidelines-- immediately, as CAHPS is designed to include those patients. Hospitals that are just starting to administer the survey in 2025 should include NICU discharges in their sample per the sampling framework detailed in the manual.

3. **Can we use other lower cost modes for administering the CAHPS Child Hospital Survey? Survey administration is costly, and our hospital has low response rates.**
   Some hospitals have asked about the use of alternative, lower cost modes of survey administration, such as administering paper surveys at discharge that can then be batched and mailed to a vendor to calculate results. This approach is potentially an opportunity both to lower the cost of administration and to increase response rates.

   Leapfrog's Pediatric Expert Panel has noted that while administering the CAHPS Child Hospital Survey using paper forms at discharge is not on the list of AHRQ-approved modes, hospitals that are trying to find ways to administer the survey and increase response rate should be able to submit results to the 2025 Leapfrog Hospital Survey. That said, the Pediatric Expert Panel has expressed a desire for these different modes to be tested, and so we cannot guarantee that you will be able to submit these results for future Leapfrog Hospital Surveys.

4. **Is Interactive Voice Response (IVR) or texting a link to an online survey an acceptable mode for administering the CAHPS Child Hospital Survey?**
   Hospitals that administer the CAHPS Child Hospital Survey via IVR should select "phone" in question #6. Hospitals that administer the CAHPS Child Hospital Survey by texting a link to an online survey to the patient should select "email."

### *Pediatric Computed Tomography (CT) Radiation Dose FAQs*

5. **Is this measure only applicable to pediatric inpatients, or should all pediatric scans be included?**
   All pediatric patient (ages 17 years and younger) scans should be included when reporting on this measure, including cases that were never admitted to an inpatient ward.


© 2025 The Leapfrog Group

6. **Should multiple phase scans be included in the reporting?**
Yes, the intent of this measure is to capture the entire dose a patient receives, even if this radiation is received over multiple phase scans.

7. **Should any CT encounters involving anatomic areas not listed in the Survey questions (i.e., head or abdomen/pelvis) be included in the reporting?**
No. When reporting CT encounters in the Survey, only encounters involving the head or abdomen/pelvis should be included. Encounters involving any other anatomic area should not be reported. For example, encounters involving both the head and neck are excluded from the "head" anatomic region.

8. **Are the CT doses adjusted for any factors other than age, such as height and weight?**
No, CT doses are only stratified by age and anatomic region. The pediatric CT radiation dose measure is an NQF-endorsed measure, developed so that all hospitals in the country who do pediatric CT scans can report. Its known limitation is that it does not consider patient size (e.g., height and weight) but instead uses age as a proxy for size. Part of the reason is that unless hospitals use dose monitoring software, which not all hospitals currently do due to cost, they would not have this information readily available to them. However, to align with the American College of Radiology (ACR), head scans are standardized to 16cm phantoms and abdomen/pelvis scans are standardized to 32cm phantoms.


**© 2025 The Leapfrog Group**

## *Page Intentionally Left Blank*


© 2025 The Leapfrog Group

# SECTION 9: OUTPATIENT PROCEDURES

This section includes questions and reference information for Section 9: Outpatient Procedures. Please carefully review the questions, endnotes, and reference information (e.g., measure specifications, notes, and frequently asked questions) before you begin. Failure to review the reference information could result in inaccurate responses.


© 2025 The Leapfrog Group

# Section 9: Outpatient Procedures

**Outpatient Procedures Fact Sheet and Bibliography:**
https://ratings.leapfroggroup.org/measure/hospital/2025/care-elective-outpatient-surgery-patients

Section 9 includes questions about the volume and safety of same-day procedures performed in hospital outpatient departments, as well as the experience of patients who had a same-day surgery performed.

**Hospitals will not be able to access Section 9 until the American Medical Association's Terms of Use are completed via the CPT Code Workbook button on the Survey Dashboard, and the appropriate CPT Code Workbook is downloaded.**

**Each hospital achieving the standards for Certified Clinicians Present While Patients Are Recovering:**

1. Has an ACLS certified clinician, plus a second clinician, present at all times and immediately available in the building while adult patients are present in the hospital outpatient department.
2. Has a PALS certified clinician, plus a second clinician, present at all times and immediately available in the building while pediatric patients are present in the hospital outpatient department.

**Each hospital achieving the standard for Patient Follow-up:**
Provided an accurate CCN in the Hospital Profile, reported volume for adult lower gastrointestinal endoscopy procedures in Section 9C, and is in the top quartile of performance for OP-32, Rate of Unplanned Hospital Visits After an Outpatient Colonoscopy, based on responses to the 2022 Leapfrog ASC Survey and Section 9 of the 2022 Leapfrog Hospital Survey submitted by June 30, 2022.

**Each hospital achieving the standard for the Safe Surgery Checklist:**

1. Uses a safe surgery checklist on **all** patients undergoing an applicable procedure (reported on in Section 9C, if applicable) that includes **all** safe surgery checklist elements; **and**
2. Verbalizes **all** safe surgery checklist elements in the presence of the appropriate personnel; **and**
3. Completes an audit on a sufficient sample of patients to document adherence to the checklist; **and**
4. Has documented adherence to the checklist for at least 90% of the patients included in the audit.

**Each hospital achieving the standard for Medication Safety for Outpatient Procedures:**
Has met the 90% target for documenting all three components: home medications, visit medications, and allergies/adverse reaction(s) in the clinical record.

**Each hospital achieving the standard for Patient Experience (OAS CAHPS):**
Performed in the top quartile based on responses to the 2020 Leapfrog ASC and Hospital Surveys submitted by August 31, 2020, for the four OAS CAHPS domains, listed below:

a) Facilities and Staff
b) Communication About Your Procedure
c) Patients' Rating of the Facility
d) Patients Recommending the Facility

**Download the 2025 Leapfrog Hospital Survey Scoring Algorithm on the Scoring and Results webpage.**

# 9A: Basic Outpatient Department Information

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: In order to access this section in the Online Survey Tool, hospitals must complete the American Medical Association's Terms of Use via the CPT Code Workbook button next to Section 9 on the Survey Dashboard and download the appropriate CPT Code Workbook. Instructions for downloading the CPT Code Workbook are available in the Volume of Procedures Measure Specifications. Each hospital must complete these steps even if they are part of a hospital system.

Note 2: This subsection will not be scored but will be used in public reporting.

Note 3: The term "hospital outpatient department" is used to refer to all hospital outpatient departments or areas of the hospital, including areas that are used for **both** inpatient and outpatient procedures, that perform the outpatient procedures listed in Section 9C and that share your hospital's license or CMS Certification Number (CCN). This would include, but is not limited to surgery centers, free-standing hospital outpatient departments, as well as outpatient departments that are located in your hospital or are co-located[31] with your hospital. Hospitals should only include hospital outpatient departments or areas of the hospital that perform the procedures listed in Section 9C in an operating room[53] or procedure room[54].

**Reporting Period: 12 months**

- Surveys submitted prior to September 1:
  - 01/01/2024 – 12/31/2024
- Surveys (re)submitted on or after September 1:
  - 07/01/2024 – 06/30/2025

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

| | |
|---|---|
| 1. 12-month reporting period used: | ○ 01/01/2024 – 12/31/2024<br>○ 07/01/2024 – 06/30/2025 |
| 2. Does your hospital perform any of the procedures listed in Section 9C on an outpatient basis:<br>• **in the hospital** or at a **hospital outpatient department** co-located[31] with the hospital<br>and/or<br>• at a **surgery center or free-standing hospital outpatient department** that shares your hospital's license or CMS Certification Number? | ○ Yes<br>○ No |

*If "no" to question #2, skip the remaining questions in Section 9, including all subsections, and go to the Affirmation of Accuracy.*


Version 9.1
© 2025 The Leapfrog Group

| | |
|---|---|
| 3. Total number of operating rooms [53] used to perform the outpatient procedures listed in Section 9C: | ____ |
| 4. Total number of endoscopic procedure rooms [54] used to perform the outpatient procedures listed in Section 9C: | ____ |


© 2025 The Leapfrog Group

## 9B: Medical, Surgical, and Clinical Staff

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: The term "hospital outpatient department" is used to refer to all hospital outpatient departments or areas of the hospital, including areas that are used for **both** inpatient and outpatient procedures, that perform the outpatient procedures listed in Section 9C and that share your hospital's license or CMS Certification Number (CCN). This would include, but is not limited to surgery centers, free-standing hospital outpatient departments, as well as outpatient departments that are located in your hospital or are co-located[31] with your hospital. Hospitals should only include hospital outpatient departments or areas of the hospital that perform the procedures listed in Section 9C in an operating room[53] or procedure room[54].

Note 2: Hyperlinks throughout these questions refer to the Medical, Surgical, and Clinical Staff FAQs beginning on page 318, as well as to endnotes. FAQ hyperlinks are not included in the Online Survey Tool.

**Reporting Period: 3 months**
Answer questions #1-2 based on the staffing structure currently in place at the time that you submit this section of the Survey. The staffing structure should have been in place for at least the past 3 months and reflect the ordinary staffing structure for each applicable hospital outpatient department.

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

| | |
|---|---|
| 1. Is there an Advanced Cardiovascular Life Support (ACLS) trained clinician[55], as well as a second clinician[55] (regardless of ACLS training), present at all times and immediately available in the building while an adult patient (13 years and older) is present in the hospital outpatient department?<br><br>*Hospitals with more than one hospital outpatient department, including a surgery center or free-standing hospital outpatient department, should respond based on the least intensively staffed location.*<br><br>*Hospitals should report on all hospital outpatient departments or areas of the hospital that perform the outpatient procedures listed in Section 9C and that share the hospital's license or CCN.*<br><br>*Hospitals that did not perform any applicable procedures on patients 13 years and older during the reporting period should select "not applicable; pediatric patients only." The hospital will be scored as "Does Not Apply."* | ○ Yes<br>○ No<br>○ Not applicable; pediatric patients only |


Version 9.1
© 2025 The Leapfrog Group

| | |
|---|---|
| 2. Is there a Pediatric Advanced Life Support (PALS) trained clinician[55], as well as a second clinician[55] (regardless of PALS training), present at all times and immediately available in the building while a pediatric patient (infant through 12 years) is present in the hospital outpatient department?<br><br>*Hospitals with more than one hospital outpatient department, including a surgery center or free-standing hospital outpatient department, should respond based on the least intensively staffed location.*<br><br>*Hospitals should report on all hospital outpatient departments or areas of the hospital that perform the outpatient procedures listed in Section 9C and that share the hospital's license or CCN.*<br><br>*Hospitals that do not care for pediatric patients should select "not applicable; adult patients only" and hospitals that only performed applicable pediatric procedures on pediatric patients 13 years and older during the reporting period should select "not applicable; pediatric patients are all aged 13-17," regardless of the presence of clinicians trained in PALS. The hospital will be scored as "Does Not Apply."* | ○ Yes<br>○ No<br>○ Not applicable; adult patients only<br>○ Not applicable; pediatric patients are all aged 13-17 |


© 2025 The Leapfrog Group

# 9C: Volume of Procedures

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: CPT Codes are provided in downloadable Excel files on the Survey Dashboard. To access the files, click the CPT Code Workbook button next to Section 9. You will be required to complete the American Medical Association's Terms of Use before downloading the Excel file and using the individual CPT codes to query your EHR or billing system. You are only required to complete the Terms of Use once per Survey Cycle (April 1 – November 30).

The CPT Code Workbooks (Excel files) are labeled for Section 3A: Total Hip Replacement, Total Knee Replacement, and Bariatric Surgery for Weight Loss and Section 9C: Volume of Procedures. Please note, if you are part of a hospital system, each hospital will need to complete the Terms of Use. This is a requirement of the American Medical Association.

Note 2: This subsection will not be scored but will be used in public reporting to inform purchasers and consumers about the hospital's experience with the procedure. Additionally, this information will be used to facilitate the search functionality on Leapfrog's public reporting website (i.e., allowing users to search for hospitals that perform the procedure they need on an outpatient basis).

Note 3: The term "hospital outpatient department" is used to refer to all hospital outpatient departments or areas of the hospital, including areas that are used for **both** inpatient and outpatient procedures, that perform the outpatient procedures listed in Section 9C and that share your hospital's license or CMS Certification Number (CCN). This would include, but is not limited to surgery centers, free-standing hospital outpatient departments, as well as outpatient departments that are located in your hospital or are co-located[31] with your hospital. Hospitals should only include hospital outpatient departments or areas of the hospital that perform the procedures listed in Section 9C in an operating room[53] or procedure room[54].

Note 4: Hospitals should only report on procedures they electively perform. If your hospital does not perform the procedure on an outpatient basis or ONLY does so when a procedure is urgent, you should answer "no" and not report on those procedures.

**Specifications:** See ***Volume of Procedures Measure Specifications*** in the Reference Information beginning on page 321.

**Reporting Period: 12 months**

- 01/01/2024 – 12/31/2024

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

| | |
|---|---|
| 1) 12-month reporting period used: | *No response required here. Reporting period automatically 01/01/2024 – 12/31/2024.* |


Version 9.1
© 2025 The Leapfrog Group

| | |
|---|---|
| 2) During the reporting period, were one or more of the following **ophthalmology** procedures performed at your hospital outpatient department(s) on adult and/or pediatric patients:<br>• Anterior segment eye procedures,<br>• Posterior segment eye procedures, or<br>• Ocular adnexa and other eye procedures?<br>*If "no" or "yes, but no longer performs these procedures," skip questions #11-13 below.* | ○ Yes<br>○ Yes, but no longer performs these procedures<br>○ No |
| 3) During the reporting period, were one or more of the following **orthopedic** procedures performed at your hospital outpatient department(s) on adult and/or pediatric patients:<br>• Finger, hand, wrist, forearm, and elbow procedures;<br>• Shoulder procedures;<br>• Spine procedures;<br>• Hip procedures;<br>• Knee procedures;<br>• Toe, foot, ankle, and leg procedures; or<br>• General orthopedic procedures?<br>*If "no" or "yes, but no longer performs these procedures," skip questions #14-16 below.* | ○ Yes<br>○ Yes, but no longer performs these procedures<br>○ No |
| 4) During the reporting period, were one or more of the following **otolaryngology** procedures performed at your hospital outpatient department(s) on adult and/or pediatric patients:<br>• Ear procedures;<br>• Mouth procedures;<br>• Nasal/sinus procedures; or<br>• Pharynx/adenoid/tonsil procedures?<br>*If "no" or "yes, but no longer performs these procedures," skip questions #17-19 below.* | ○ Yes<br>○ Yes, but no longer performs these procedures<br>○ No |
| 5) During the reporting period, were one or more of the following **gastroenterology** procedures performed at your hospital outpatient department(s) on adult patients:<br>• Upper GI endoscopy, or<br>• Lower GI endoscopy?<br>*If "no" or "yes, but no longer performs these procedures," skip questions #20-22 below.* | ○ Yes<br>○ Yes, but no longer performs these procedures<br>○ No |


© 2025 The Leapfrog Group

| | |
|---|---|
| 6) During the reporting period, were one or more of the following **general surgery** procedures performed at your hospital outpatient department(s) on adult patients:<br>• Cholecystectomy and common duct exploration;<br>• Hemorrhoid procedures;<br>• Inguinal and femoral hernia repair;<br>• Other hernia repair;<br>• Laparoscopy;<br>• Lumpectomy or quadrantectomy of breast; or<br>• Mastectomy?<br>*If "no" or "yes, but no longer performs these procedures," skip questions #23-25 below.* | ○ Yes<br>○ Yes, but no longer performs these procedures<br>○ No |
| 7) During the reporting period, were one or more of the following **urology** procedures performed at your hospital outpatient department(s) on adult patients:<br>• Circumcision;<br>• Cystourethroscopy;<br>• Male genital procedures;<br>• Urethra procedures; or<br>• Vaginal repair procedures?<br>*If "no" or "yes, but no longer performs these procedures," skip questions #26-28 below.* | ○ Yes<br>○ Yes, but no longer performs these procedures<br>○ No |
| 8) During the reporting period, was the following **neurological surgery** procedure performed at your hospital outpatient department(s) on adult patients:<br>• Spinal fusion procedures?<br>*If "no" or "yes, but no longer performs this procedure," skip questions #29-31 below.* | ○ Yes<br>○ Yes, but no longer performs this procedure<br>○ No |
| 9) During the reporting period, were one or more of the following **obstetrics and gynecology** procedures performed at your hospital outpatient department(s) on adult patients:<br>• Cervix procedures,<br>• Hysteroscopy, or<br>• Uterus and adnexa laparoscopies?<br>*If "no" or "yes, but no longer performs these procedures," skip questions #32-34 below.* | ○ Yes<br>○ Yes, but no longer performs these procedures<br>○ No |
| 10) During the reporting period, were one or more of the following **plastic and reconstructive surgery** procedures performed at your hospital outpatient department(s) on adult patients:<br>• Breast repair or reconstruction, or<br>• Skin graft/reconstruction procedures?<br>*If "no" or "yes, but no longer performs these procedures," skip questions #35-37 below.* | ○ Yes<br>○ Yes, but no longer performs these procedures<br>○ No |


© 2025 The Leapfrog Group

***Ophthalmology***

11) Total adult and/or pediatric volume for each of the following applicable procedures performed at your hospital outpatient department(s) during the reporting period.

*You cannot leave any blank. If you did not perform one or more of the procedures listed below enter 0 (zero). If you had zero volume for* ***all*** *procedures, go back to question #2 and update your response from "yes" to "no."*

| | (a) *Adult Volume* | (b) *Pediatric Volume* |
|---|---|---|
| **Anterior segment eye procedures** | _____ | |
| **Posterior segment eye procedures** | _____ | |
| **Ocular adnexa and other eye procedures** | _____ | _____ |

12) Where were these **ophthalmology** procedures performed?

*Select all that apply.*

*If only "hospital" is selected, skip question #13 and continue to question #14.*

- ☐ Hospital
- ☐ Surgery center or free-standing hospital outpatient department

13) Please provide the name and city location of each surgery center or free-standing hospital outpatient department performing **ophthalmology** procedures:

| | *Name* | *City* |
|---|---|---|
| **Surgery Center/Free-Standing Hospital Outpatient Department 1** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 2** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 3** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 4** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 5** | | |



Version 9.1
© 2025 The Leapfrog Group

### Orthopedic

14) Total adult and/or pediatric volume for each of the following applicable procedures performed at your hospital outpatient department(s) during the reporting period.

*You cannot leave any blank. If you did not perform one or more of the procedures listed below enter 0 (zero). If you had zero volume for **all** procedures, go back to question #3 and update your response from "yes" to "no."*

| | (a) Adult Volume | (b) Pediatric Volume |
|---|---|---|
| **Finger, hand, wrist, forearm, and elbow procedures** | ____ | ____ |
| **Shoulder procedures** | ____ | ____ |
| **Spine procedures** | ____ | |
| **Hip procedures** | ____ | |
| **Knee procedures** | ____ | ____ |
| **Toe, foot, ankle, and leg procedures** | ____ | ____ |
| **General orthopedic procedures** | ____ | ____ |

15) Where were these **orthopedic** procedures performed?

*Select all that apply.*

*If only "hospital" is selected, skip question #16 and continue to question #17.*

- ☐ Hospital
- ☐ Surgery center or free-standing hospital outpatient department

16) Please provide the name and city location of each surgery center or free-standing hospital outpatient department performing **orthopedic** procedures:

| | Name | City |
|---|---|---|
| **Surgery Center/Free-Standing Hospital Outpatient Department 1** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 2** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 3** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 4** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 5** | | |


Version 9.1
© 2025 The Leapfrog Group

***Otolaryngology***

17) Total adult and/or pediatric volume for each of the following applicable procedures performed at your hospital outpatient department(s) during the reporting period.

*You cannot leave any blank. If you did not perform one or more of the procedures listed below enter 0 (zero). If you had zero volume for* ***all*** *procedures, go back to question #4 and update your response from "yes" to "no."*

| | *(a) Adult Volume* | *(b) Pediatric Volume* |
|---|---|---|
| **Ear procedures** | ____ | ____ |
| **Mouth procedures** | ____ | ____ |
| **Nasal/sinus procedures** | ____ | ____ |
| **Pharynx/adenoid/tonsil procedures** | | ____ |

| | |
|---|---|
| 18) Where were these **otolaryngology** procedures performed?<br>*Select all that apply.*<br>*If only "hospital" is selected, skip question #19 and continue to question #20.* | ☐ Hospital<br>☐ Surgery center or free-standing hospital outpatient department |

19) Please provide the name and city location of each surgery center or free-standing hospital outpatient department performing **otolaryngology** procedures:

| | *Name* | *City* |
|---|---|---|
| **Surgery Center/Free-Standing Hospital Outpatient Department 1** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 2** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 3** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 4** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 5** | | |


© 2025 The Leapfrog Group

## Gastroenterology

20) Total adult volume for each of the following applicable procedures performed at your hospital outpatient department(s) during the reporting period.

*You cannot leave any blank. If you did not perform one or more of the procedures listed below enter 0 (zero). If you had zero volume for **all** procedures, go back to question #5 and update your response from "yes" to "no."*

| | *Adult Volume* |
|---|---|
| **Upper GI endoscopies** | ____ |
| **Lower GI endoscopies** | ____ |

| 21) Where were these **gastroenterology** procedures performed?<br><br>*Select all that apply.*<br><br>*If only "hospital" is selected, skip question #22 and continue to question #23.* | ☐ Hospital<br>☐ Surgery center or free-standing hospital outpatient department |
|---|---|

22) Please provide the name and city location of each surgery center or free-standing hospital outpatient department performing **gastroenterology** procedures:

| | *Name* | *City* |
|---|---|---|
| **Surgery Center/Free-Standing Hospital Outpatient Department 1** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 2** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 3** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 4** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 5** | | |

## General Surgery

23) Total adult volume for each of the following applicable procedures performed at your hospital outpatient department(s) during the reporting period.

*You cannot leave any blank. If you did not perform one or more of the procedures listed below enter 0 (zero). If you had zero volume for **all** procedures, go back to question #6 and update your response from "yes" to "no."*

| | *Adult Volume* |
|---|---|
| **Cholecystectomies and common duct explorations** | ____ |
| **Hemorrhoid procedures** | ____ |
| **Inguinal and femoral hernia repairs** | ____ |
| **Other hernia repairs** | ____ |
| **Laparoscopies** | ____ |
| **Lumpectomies or quadrantectomy of breast procedures** | ____ |
| **Mastectomies** | ____ |

| | |
|---|---|
| 24) Where were these **general surgery** procedures performed?<br>*Select all that apply.*<br>*If only "hospital" is selected, skip question #25 and continue to question #26.* | ☐ Hospital<br>☐ Surgery center or free-standing hospital outpatient department |

25) Please provide the name and city location of each surgery center or free-standing hospital outpatient department performing **general surgery** procedures:

| | *Name* | *City* |
|---|---|---|
| **Surgery Center/Free-Standing Hospital Outpatient Department 1** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 2** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 3** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 4** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 5** | | |


© 2025 The Leapfrog Group

## Urology

| 26) Total adult volume for each of the following applicable procedures performed at your hospital outpatient department(s) during the reporting period.<br><br>*You cannot leave any blank. If you did not perform one or more of the procedures listed below enter 0 (zero). If you had zero volume for **all** procedures, go back to question #7 and update your response from "yes" to "no."* | |
|---|---|
| | *Adult Volume* |
| **Circumcisions** | _____ |
| **Cystourethroscopies** | _____ |
| **Male genital procedures** | _____ |
| **Urethra procedures** | _____ |
| **Vaginal repair procedures** | _____ |

| 27) Where were these **urology** procedures performed?<br><br>*Select all that apply.*<br><br>*If only "hospital" is selected, skip question #28 and continue to question #29.* | ☐ Hospital<br>☐ Surgery center or free-standing hospital outpatient department |
|---|---|

| 28) Please provide the name and city location of each surgery center or free-standing hospital outpatient department performing **urology** procedures: | | |
|---|---|---|
| | *Name* | *City* |
| **Surgery Center/Free-Standing Hospital Outpatient Department 1** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 2** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 3** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 4** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 5** | | |


Version 9.1
© 2025 The Leapfrog Group

***Neurological Surgery***

29) Total adult volume for the following procedure performed at your hospital outpatient department(s) during the reporting period.

*You cannot leave any blank. If you did not perform the procedure listed below, go back to question #8 and update your response from "yes" to "no."*

| | *Adult Volume* |
|---|---|
| **Spinal fusion procedures** | ____ |

30) Where were these **neurological surgery** procedures performed?

*Select all that apply.*

*If only "hospital" is selected, skip question #31 and continue to question #32.*

☐ Hospital
☐ Surgery center or free-standing hospital outpatient department

31) Please provide the name and city location of each surgery center or free-standing hospital outpatient department performing **neurological surgery** procedures:

| | *Name* | *City* |
|---|---|---|
| **Surgery Center/Free-Standing Hospital Outpatient Department 1** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 2** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 3** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 4** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 5** | | |


© 2025 The Leapfrog Group

***Obstetrics and Gynecology***

32) Total adult volume for each of the following applicable procedures performed at your hospital outpatient department(s) during the reporting period.

*You cannot leave any blank. If you did not perform one or more of the procedures listed below enter 0 (zero). If you had zero volume for **all** procedures, go back to question #9 and update your response from "yes" to "no."*

| | *Adult Volume* |
|---|---|
| **Cervix procedures** | _____ |
| **Hysteroscopies** | _____ |
| **Uterus and adnexa laparoscopies** | _____ |

| | |
|---|---|
| 33) Where were these **obstetrics and gynecology** procedures performed?<br>*Select all that apply.*<br>*If only "hospital" is selected, skip question #34 and continue to question #35.* | ☐ Hospital<br>☐ Surgery center or free-standing hospital outpatient department |

34) Please provide the name and city location of each surgery center or free-standing hospital outpatient department performing **obstetrics and gynecology** procedures:

| | *Name* | *City* |
|---|---|---|
| **Surgery Center/Free-Standing Hospital Outpatient Department 1** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 2** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 3** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 4** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 5** | | |


**© 2025 The Leapfrog Group**

***Plastic and Reconstructive Surgery***

35) Total adult volume for each of the following applicable procedures performed at your hospital outpatient department(s) during the reporting period.

*You cannot leave any blank. If you did not perform one or more of the procedures listed below enter 0 (zero). If you had zero volume for **all** procedures, go back to question #10 and update your response from "yes" to "no."*

| | *Adult Volume* |
|---|---|
| **Breast repair or reconstructive procedures** | _____ |
| **Skin graft/reconstruction procedures** | _____ |

36) Where were these **plastic and reconstructive surgery** procedures performed?

*Select all that apply.*

*If only "hospital" is selected, skip question #37 and continue to the next subsection.*

- ☐ Hospital
- ☐ Surgery center or free-standing hospital outpatient department

37) Please provide the name and city location of each surgery center or free-standing hospital outpatient department performing **plastic and reconstructive surgery** procedures:

| | *Name* | *City* |
|---|---|---|
| **Surgery Center/Free-Standing Hospital Outpatient Department 1** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 2** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 3** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 4** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 5** | | |


© 2025 The Leapfrog Group

# 9D: Safety of Procedures

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Note:** The term "hospital outpatient department" is used to refer to all hospital outpatient departments or areas of the hospital, including areas that are used for **both** inpatient and outpatient procedures, that perform the outpatient procedures listed in Section 9C and that share your hospital's license or CMS Certification Number (CCN). This would include, but is not limited to surgery centers, free-standing hospital outpatient departments, as well as outpatient departments that are located in your hospital or are co-located[31] with your hospital. Hospitals should only include hospital outpatient departments or areas of the hospital that perform the procedures listed in Section 9C in an operating room[53] or procedure room[54].

### *Patient Follow-up*

**This section is not applicable to pediatric hospitals.**

**Specifications:** See the ***Patient Follow-up Measure Specifications*** in the Reference Information beginning on page 327.

**Reporting Period: 24 months**
Most recent 24-month reporting period published by CMS.

*Leapfrog will update data three times per Survey Cycle for hospitals that have provided an accurate CCN in the Hospital Profile and submitted Section 9 of the Leapfrog Hospital Survey.*

Leapfrog obtains data for one CMS Hospital Quality Star Rating Program measure directly from CMS' website:

- OP-32: Rate of Unplanned Hospital Visits After an Outpatient Colonoscopy

In order for Leapfrog to obtain the data for this measure, hospitals must provide a valid CMS Certification Number (CCN) in the Hospital Profile and submit Section 9 of the Leapfrog Hospital Survey.

Hospitals that do not perform adult colonoscopy procedures will be scored and publicly reported as "Does Not Apply." Hospitals that do not provide an accurate CCN in the Hospital Profile or do not report data to CMS will be scored and publicly reported as "Unable to Calculate Score." Hospitals that do not respond to questions in Section 9 or do not submit a Leapfrog Hospital Survey will be scored and publicly reported as "Declined to Respond."

Please refer to the Deadlines and Reporting Periods table in the Patient Follow-up Measure Specifications.

## Safe Surgery Checklist for Adult and Pediatric Outpatient Procedures

**Important Notes:**

Note 1: The elements required for each stage of the safe surgery checklist in questions #5-12 are adapted from the WHO Surgical Safety Checklist and the AHRQ Endoscopy Checklist.

Note 2: Question #7 will not be used in scoring or public reporting. Hospitals that do not perform outpatient procedures on adult or pediatric patients will be scored and publicly reported as "Does Not Apply."

Note 3: Hyperlinks throughout these questions refer to the Safe Surgery Checklist for Adult and Pediatric Outpatient Procedures FAQs beginning on page 328, not to endnotes. These hyperlinks are not included in the Online Survey Tool.

**Specifications:** See the ***Safe Surgery Checklist for Adult and Pediatric Outpatient Procedures Measure Specifications*** in the Safety of Procedures Reference Information beginning on page 326.

**Reporting Period: 12 months**
Answer questions #1-9 for the latest 12-month period prior to submission of this section of the Survey.

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

**Sufficient Sample:** See ***Safe Surgery Checklist for Adult and Pediatric Outpatient Procedures Measure Specifications*** for instructions on identifying a sufficient sample for questions #6-9.

| | |
|---|---|
| 1) What is the latest 12-month reporting period for which your hospital is submitting responses to questions #2-9? 12-month reporting period ending: | ________<br>*Format: Month/Year* |
| 2) Does your hospital utilize a safe surgery checklist on every patient, every time one of the applicable procedures in Section 9C is performed?<br><br>*Hospitals with more than one hospital outpatient department, including a surgery center or free-standing hospital outpatient department, should respond based on the location with the fewest processes in place.*<br><br>*If "no" to question #2, skip the remaining questions in Section 9D and continue to the next subsection. The hospital will be scored as "Limited Achievement."* | ○ Yes<br>○ No |
| 3) **Before the induction of anesthesia**, is a safe surgery checklist that includes all the following elements read aloud in the presence of the anesthesia professional and nursing personnel:<br>• Patient ID;<br>• Confirmation of procedure;<br>• Patient consent;<br>• Site marked, if applicable;<br>• Anesthesia/medication check;<br>• Allergies assessed;<br>• Difficult airway/aspiration risk;<br>• Risk of blood loss (only applicable if risk of blood loss is >500ml for adults or >7ml/kg for children); and | ○ Yes<br>○ No |


© 2025 The Leapfrog Group

| | |
|---|---|
| • Availability of devices (applicable to endoscopy procedures only)? | |
| 4) **Before the skin incision and/or before the procedure begins**, is a safe surgery checklist that includes all the following elements read aloud in the presence of the whole surgical team**:**<br>• Clinical team introduction;<br>• Confirmation of patient name, procedure, and, if applicable, surgical/incision site;<br>• Antibiotic prophylaxis, if applicable;<br>• Anticipated Critical Events (i.e., non-routine steps, length of procedure, blood loss, patient-specific concerns, sterility);<br>• Equipment check/concerns; and<br>• Essential imaging available, if applicable? | ○ Yes<br>○ No |
| 5) **Before the patient leaves the operating room and/or procedure room**, is a safe surgery checklist that includes all the following elements read aloud in the presence of the whole surgical team:<br>• Confirmation of procedure performed;<br>• Instrument/supply counts, if applicable;<br>• Specimen labeling, if applicable;<br>• Equipment concerns; and<br>• Patient recovery/management concerns? | ○ Yes<br>○ No |

*If "no" to question #3, #4, or #5, skip the remaining questions in Section 9D and continue to the next subsection. The hospital will be scored as "Limited Achievement."*

*Hospitals performing the audit in Section 3B question #6 and the audit in Section 9D question #6 should audit 15 cases who underwent a procedure included in Section 3A and 15 cases who underwent a procedure included in Section 9C. Hospitals only performing the audit in Section 9D question #6 and not in Section 3B question #6 should audit 30 cases who underwent a procedure included in Section 9C.*

| | |
|---|---|
| 6) Did your hospital perform an audit (either in-person or via the medical record or other EHR data) on a sufficient sample of patients who underwent a procedure included in Section 9C and measure adherence to the safe surgery checklist?<br><br>*Hospitals with more than one hospital outpatient department, including a surgery center or free-standing hospital outpatient department, should select at least one case from each location.*<br><br>*If "no" to question #6, skip the remaining questions in Section 9D and continue to the next subsection. The hospital will be scored as "Limited Achievement."* | ○ Yes<br>○ No |
| 7) How many cases were included in the audit from question #6? | ________<br>*Max value is 100* |
| 8) Which method was used to perform the audit on a sufficient sample in question #6? | ○ In-person observational audit<br>○ Retrospective audit of medical records or EHR data<br>○ Both |


© 2025 The Leapfrog Group

| | |
|---|---|
| 9) Based on your hospital's audit (either in-person or via the medical record or other EHR data) on a sufficient sample of patients who underwent a procedure included in Section 9C, what was your hospitals documented rate of adherence to the safe surgery checklist (i.e., what percentage of the sampled cases had all elements in questions #3, #4, and #5 completed)? | ○ 90%-100%<br>○ 75%-89%<br>○ 50%-74%<br>○ Less than 50% |


**© 2025 The Leapfrog Group**

# 9E: Medication Safety for Outpatient Procedures

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Note:** The term "hospital outpatient department" is used to refer to all hospital outpatient departments or areas of the hospital, including areas that are used for **both** inpatient and outpatient procedures, that perform the outpatient procedures listed in Section 9C and that share your hospital's license or CMS Certification Number (CCN). This would include, but is not limited to surgery centers, free-standing hospital outpatient departments, as well as outpatient departments that are located in your hospital or are co-located[31] with your hospital. Hospitals should only include hospital outpatient departments or areas of the hospital that perform the procedures listed in Section 9C in an operating room[53] or procedure room[54].

**Specifications:** See ***Medication Safety for Outpatient Procedures Measure Specifications*** in the Reference Information beginning on page 330.

**Reporting Period: 12 months**
Answer questions #2-7 based on all cases (or a sufficient sample of them),

- Surveys submitted prior to September 1:
  - 01/01/2024 – 12/31/2024
- Surveys (re)submitted on or after September 1:
  - 07/01/2024 – 06/30/2025

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

**Sufficient Sample:** See ***Medication Safety for Outpatient Procedures Measure Specifications*** for instructions on identifying a sufficient sample for questions #2-7.

| | |
|---|---|
| 1) 12-month reporting period used: | ○ 01/01/2024 – 12/31/2024<br>○ 07/01/2024 – 06/30/2025 |
| 2) Did your hospital perform an audit of clinical records for all patients undergoing those procedures included in Section 9C (or a sufficient sample of them) who were discharged from a hospital outpatient department for the reporting period selected **and** measure adherence to medication documentation guidelines regarding home medications, medications administered during the visit or prescribed at discharge, and medication allergies?<br><br>*If "no" to question #2, skip questions #3-7 and continue to the next subsection. The hospital will be scored as "Did Not Measure."*<br><br>*If "yes, but there were fewer than 30 outpatients discharged for the reporting period," skip questions #3-7 and continue to the next subsection. The hospital will be scored as "Unable to Calculate Score."* | ○ Yes<br>○ No<br>○ Yes, but there were fewer than 30 outpatients discharged for the reporting period |
| 3) Number of cases measured (either all cases or a sufficient sample of them): | _____ |
| 4) Number of cases in question #3 with a list of **all home medication(s)**, including dose, route, and frequency, documented in the clinical record: | _____ |


© 2025 The Leapfrog Group

| | |
|---|---|
| 5) Number of cases in question #3 with a list of **all medication(s) administered during the visit and new medications prescribed at discharge**, including the strength, dose, route, date, and time of administration, documented in the clinical record: | _____ |
| 6) Number of cases in question #3 with a list of **all medication allergies and adverse reaction(s)** documented in the clinical record: | _____ |
| 7) Do the responses in questions #3-6 represent a sample of cases? | ○ Yes<br>○ No |


**© 2025 The Leapfrog Group**

# 9F: Patient Experience (OAS CAHPS)

**This section is not applicable to pediatric hospitals.**

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Note:** The term "hospital outpatient department" is used to refer to all hospital outpatient departments or areas of the hospital, including areas that are used for **both** inpatient and outpatient procedures, that perform the outpatient procedures listed in Section 9C and that share your hospital's license or CMS Certification Number (CCN). This would include, but is not limited to surgery centers, free-standing hospital outpatient departments, as well as outpatient departments that are located in your hospital or are co-located[31] with your hospital. Hospitals should only include hospital outpatient departments or areas of the hospital that perform the procedures listed in Section 9C in an operating room[53] or procedure room[54].

**Specifications:** See ***Patient Experience (OAS CAHPS) Measure Specifications*** in the Reference Information beginning on page 337.

**Reporting Period: 12 months**
Answer questions #1-10 for the latest 12-month period prior to the submission of this section of the Survey.

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

| | |
|---|---|
| 1) What is the latest 12-month reporting period for which your hospital is submitting responses to this section? 12-month reporting period ending: | ____ *Format: Month/Year* |
| 2) Did your hospital have at least 300 eligible discharges [56] during the 12-month period referenced above?<br><br>*If "no" to question #2, skip the remaining questions in Section 9F and go to the Affirmation of Accuracy. The hospital will be scored as "Does Not Apply."* | ○ Yes<br>○ No |
| 3) Has your hospital administered, or started to administer, the entire OAS CAHPS Survey during the reporting period?<br><br>*Hospitals not currently administering the OAS CAHPS Survey should select "no," skip the remaining questions in Section 9F, and go to the Affirmation of Accuracy. The hospital will be scored as "Did Not Measure."* | ○ Yes<br>○ No |
| 4) Total number of months in which your hospital administered the OAS CAHPS Survey during the reporting period. | ____ |
| 5) Total number of returned surveys during the reporting period.<br><br>*If less than 100, skip the remaining questions in Section 9F and go to the Affirmation of Accuracy. The hospital will be scored as "Unable to Calculate Score."* | ____ |


© 2025 The Leapfrog Group

| | |
|---|---|
| 6) Do the responses to the questions in this subsection include discharges from more than one location (e.g., hospital and surgery center or free-standing hospital outpatient department, hospital and multiple free-standing hospital outpatient departments, etc.)? | ○ Yes<br>○ No |

In questions #7-10, report your hospital's Top Box Score[52] (rounded to the nearest whole number) from each of the following patient experience **domains** from your vendor report that matches the reporting period that you selected in question #1.

| | |
|---|---|
| 7) Facilities and Staff | ______<br>*Format: Whole numbers only* |
| 8) Communication About Your Procedure | ______<br>*Format: Whole numbers only* |
| 9) Patients' Rating of the Facility | ______<br>*Format: Whole numbers only* |
| 10) Patients Recommending the Facility | ______<br>*Format: Whole numbers only* |


© 2025 The Leapfrog Group

**Affirmation of Accuracy**

As the hospital CEO or as an employee of the hospital to whom the hospital CEO has delegated responsibility, I have reviewed this information pertaining to the Outpatient Procedures Section at our hospital, and I hereby certify that this information is true, accurate, and reflects the current, normal operating circumstances at our hospital. I am authorized to make this certification on behalf of our hospital.

The hospital and I understand that The Leapfrog Group, its members, the public and entities and persons who contract or have other business dealings with The Leapfrog Group are relying on the truth and accuracy of this information. The hospital and I also understand that The Leapfrog Group will make this information and/or analyses of this information public through the Survey Results public reporting website, The Leapfrog Group's Hospital Safety Grade, and/or other Leapfrog Group products and services. This information and/or analyses and all intellectual property rights therein shall be and remain the sole and exclusive property of The Leapfrog Group in which The Leapfrog Group retains exclusive ownership. This information does not infringe upon any third-party intellectual property rights or any other third-party rights whatsoever and is free and clear of all encumbrances and liens of any kind. The hospital and I acknowledge that The Leapfrog Group may use this information in a commercial manner for profit. The hospital shall be liable for and shall hold harmless and indemnify The Leapfrog Group from any and all damages, demands, costs, or causes of action resulting from any inaccuracies in the information or any misrepresentations in this Affirmation of Accuracy. The Leapfrog Group and its members and entities and persons who contract or have other business dealings with The Leapfrog Group reserve the right to omit or disclaim information that is not current, accurate or truthful.

Affirmed by ______________________, the hospital's ____________________________
*(first name and last name)* *(title)*
on ________________________.
*(date)*

# Section 9: Outpatient Procedures Reference Information

## *What's New in the 2025 Survey*

### Section 9A: Basic Outpatient Department Information

There are no changes to this subsection.

### Section 9B: Medical, Surgical, and Clinical Staff

In response to feedback from participating hospitals and ASCs, Leapfrog is making the following update to Section 9B: Medical, Surgical, and Clinical Staff:

- Question #2, regarding the presence of clinicians trained in Pediatric Advanced Life Support (PALS), will be updated to include a new response option of "Not applicable; pediatric patients are all aged 13-17" to clarify that all pediatric procedures reported on in Section 9C: Volume of Procedures during the reporting period were performed on patients 13 years and older.

There are no changes to the scoring algorithm for Section 9B: Medical, Surgical, and Clinical Staff.

### Section 9C: Volume of Procedures

Leapfrog is adding back five anterior segment eye procedure CPT codes and four lumpectomy or quadrantectomy of breast CPT codes for adult patients that were previously removed in 2024, due to feedback that the procedures continue to be performed in both ambulatory surgery centers and hospital outpatient departments. In addition, Leapfrog is adding three new CPT codes for spinal fusion for adult patients, two new CPT codes for nasal/sinus procedures for both adult and pediatric patients, and one new CPT code for cystourethroscopy for adult patients.

### Section 9D: Safety of Procedures

#### Patient Follow-up

There are no changes to these questions.

#### Safe Surgery Checklist for Adult and Pediatric Outpatient Procedures

There are no changes to these questions.

### Section 9E: Medication Safety for Outpatient Procedures

There are no changes to these questions.

### Section 9F: Patient Experience (OAS CAHPS)

There are no changes to this subsection. However, Leapfrog would like to inform hospitals that they will still be required to report OAS CAHPS results in the Online Survey Tool, despite the data being publicly reported by CMS at data.cms.gov. Current benchmarks used by Leapfrog to score Top Box Scores from four domains included on the OAS CAHPS Survey are based on data from both ASCs and HOPDs. ASCs are not yet required to report their OAS CAHPS results to CMS. Leapfrog plans to incorporate the CMS publicly reported datasets in the future once ASCs are fully included in adjustments of the Top Box Scores.

## *Change Summary Since Release*

None. If substantive changes are made to this section of the Survey after release on April 1, 2025, they will be documented in this Change Summary section.

# Basic Outpatient Department Information Frequently Asked Questions (FAQs)

1. **Our hospital shares a CMS Certification Number (CCN) with other hospitals, and we have many hospital outpatient department locations (e.g., surgery centers, endoscopy centers, free-standing hospital outpatient departments, etc.) all under the same CCN. How should we report on Section 9: Outpatient Procedures?**
As per Leapfrog's Multi-Campus Reporting Policy, all hospital campuses will need to complete their own Leapfrog Hospital Survey unless they are co-located.

   For Section 9: Outpatient Procedures, each hospital campus will need to indicate in Section 9A if they are performing the outpatient procedures listed in Section 9C at their hospital and/or at a surgery center or free-standing hospital outpatient department that shares their hospital's CMS Certification Number (CCN). You should only include those hospital outpatient departments that your hospital refers patients to. The remainder of the questions in Section 9 will need to be answered based on:
   - all hospital outpatient departments in your hospital, including any areas such as inpatient units, where outpatient procedures are performed (as reported in Section 9A question #2); and,
   - all surgery centers and free-standing hospital outpatient departments that share your hospital's CCN (as reported in Section 9A question #3)

   In Section 9C, you will be able to provide total volume across all hospital outpatient department locations (as reported in Section 9A questions #2 and #3) and information for the different outpatient locations where the specific outpatient procedures are performed. All other questions should be answered based on all outpatient locations. If you have different adherence across locations, you should answer based on the least adherent location.

   If all hospital campuses are referring patients to the same surgery centers and free-standing hospital outpatient departments, you would include the information and volume for these locations when responding to Section 9 on all their Leapfrog Hospital Surveys.

2. **How should our hospital report on the number of operating rooms and endoscopic procedure rooms in questions #4-5 if our operating/procedure rooms are used for both inpatient and outpatients? How should we report if we have multiple hospital outpatient departments?**
Hospitals should report on the total number of adult and pediatric operating rooms or procedure rooms if these rooms are used for both inpatient and outpatient procedures. Otherwise, hospitals should only report on the number of operating/procedure rooms that are used for outpatient procedures. If your hospital has multiple hospital outpatient departments, report the total number of adult and pediatric outpatient operating rooms or procedure rooms across all locations. You should only be reporting on operating rooms and procedure rooms that are used to perform the outpatient procedures listed in Section 9C Volume of Procedures.


Version 9.1
© 2025 The Leapfrog Group

# Medical, Surgical, and Clinical Staff Frequently Asked Questions (FAQs)

1. **How does Leapfrog define "immediately available" and "in the building" as it pertains to ACLS and/or PALS trained clinicians?**
   "Immediately available" is defined as being physically present in the building and not engaged in an activity or procedure that cannot be interrupted if hands-on intervention is needed for a patient.

   Leapfrog defines "in the building" as within the hospital outpatient department or surgery center or in an area co-located with the hospital outpatient department or surgery center. Leapfrog defines co-located as a location within "immediate physical proximity," meaning the two locations are physically connected, either by a tunnel, an enclosed bridge, or the locations abut each other so that hallways readily connect.

2. **If a hospital did not perform any outpatient pediatric procedures during the reporting period selected in Section 9C, should they still report on PALS-trained clinicians in Section 9B question #2?**
   No. If your hospital did not report any pediatric discharges for the procedures listed in Section 9C during the reporting period, then you should select "Not applicable; adult patients only" in question #2.

3. **Is the PEARS certification the equivalent of PALS certification for the purposes of responding to question #2?**
   No. PEARS is not the equivalent of or substitution for PALS certification. The PEARS curriculum is focused on recognition of and steps to mitigate pediatric respiratory emergencies, whereas the PALS curriculum informs clinicians how to manage these emergencies, with emphasis on leadership of the care team, and how to perform key air management techniques. Additionally, the PALS curriculum instructs providers on multiple ways to obtain IV access to improve circulatory issues.

4. **How should hospitals report on ACLS/PALS certification if they have more than one hospital outpatient department performing the procedures listed in Section 9C Volume of Procedures?**
   Hospitals with more than one hospital outpatient department are instructed to respond to questions #1-2 based on the location with the <u>least intensive</u> staffing. For example, if one hospital outpatient department has an ACLS trained clinician, as well as a second clinician present at all times and immediately available in the building when adult patients are in the hospital outpatient department, but another hospital outpatient department does not, you should answer "no" to question #1.

5. **If a free-standing pediatric hospital has clinicians trained in PALS but a small percentage of the patient population is over 13, should these clinicians also have ACLS training, or would the PALS training be sufficient?**
   If your hospital outpatient departments are performing procedures on adult and pediatric patients, there should be at least one clinician with ACLS training when adult patients (13 years and older) are recovering and one clinician with PALS training when pediatric patients (infant to 12 years) are recovering. This could mean that some clinicians maintain both certifications or some maintain ACLS, and others maintain PALS.


© 2025 The Leapfrog Group

# Volume of Procedures Measure Specifications

**Important Notes:**

Note 1: Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

Note 2: CPT Codes are provided in downloadable Excel files on the Survey Dashboard. To access the files, click the CPT Code Workbook button next to Section 9. You will be required to complete the American Medical Association's Terms of Use before downloading the Excel file and using the individual CPT codes to query your EHR or billing system. You are only required to complete the Terms of Use once per Survey Cycle (April 1 – November 30).

The CPT Code Workbooks (Excel files) are labeled for Section 3A: Total Hip Replacement, Total Knee Replacement, and Bariatric Surgery for Weight Loss and Section 9C: Volume of Procedures. Please note, if you are part of a hospital system, each hospital will need to complete the Terms of Use. This is a requirement of the American Medical Association.

Note 3: When counting patients for the purposes of identifying total volume in Section 9C, you should only include scheduled outpatient (i.e., admitted and discharged on the same day) procedures performed at your hospital outpatient departments within the reporting period. Include scheduled outpatient procedures with a planned observation or extended recovery stay. Exclude scheduled outpatient procedures with a planned inpatient admission. Exclude emergent/urgent cases, such as procedures for patients that come through the emergency department. To count patient discharges, use the Volume of Procedures Measure Specifications below and the CPT codes available in the Library on the Survey Dashboard.

| |
|---|
| **Source:** The Leapfrog Group, American Medical Association, The Health Care Cost Institute |
| **Reporting Period: 12 months**<br>• 01/01/2024 – 12/31/2024 |
| **Questions #2-10:** Respond "yes" or "no" based on whether your hospital outpatient department(s) performed any of the procedures during the reporting period on adult and/or pediatric patients. The procedures fall within nine specialty areas:<br><br>***Adult Procedures***<br>1. Ophthalmology procedures: anterior segment eye procedures; posterior segment eye procedures; and ocular adnexa and other eye procedures<br>2. Orthopedic procedures: finger, hand, wrist, forearm, and elbow procedures; shoulder procedures; spine procedures; hip procedures; knee procedures; toe, foot, ankle, and leg procedures; and general orthopedic procedures<br>3. Otolaryngology procedures: ear procedures; mouth procedures; and nasal/sinus procedures<br>4. Gastroenterology procedures: upper GI endoscopy; and lower GI endoscopy<br>5. General surgery procedures: cholecystectomy and common duct exploration; hemorrhoid procedures; inguinal and femoral hernia repairs; other hernia repairs; laparoscopy; lumpectomy or quadrantectomy of breast; and mastectomy<br>6. Urology procedures: circumcisions; cystourethroscopy; male genital procedures; urethra procedures; and vaginal repair procedures<br>7. Neurological surgery procedures: spinal fusion procedures<br>8. Obstetrics and gynecology procedures: cervix procedures; hysteroscopy; and uterus and adnexa laparoscopies<br>9. Plastic and reconstructive surgery procedures: breast repair or reconstructive procedures; and skin graft/reconstruction procedures<br><br>***Pediatric Procedures***<br>1. Ophthalmology procedures: ocular adnexa and other eye procedures<br>2. Orthopedic procedures: finger, hand, wrist, forearm, and elbow procedures; shoulder procedures; knee procedures; toe, foot, ankle, and leg procedures; and general orthopedic procedures |

3. Otolaryngology procedures: ear procedures; mouth procedures; nasal/sinus procedures; pharynx/adenoid/tonsil procedures

Respond "yes" if:
- One or more of your hospital outpatient departments performed the procedure on an outpatient basis for the entire reporting period (12 months) and continues to do so
- One or more of your hospital outpatient departments performed the procedure on an outpatient basis during part of the reporting period (less than 12 months) and continues to perform the procedure

Respond "yes, but no longer perform these procedures" if your hospital outpatient departments performed the procedure for all or some of the reporting period, but NO longer performs the procedure

Respond "no" if your hospital outpatient departments do not perform the procedure.

**Questions #11-37**: Based on your responses to questions #2-10, report on the total (a) adult and/or (b) pediatric volume for each procedure (from questions #2-10) during the reporting period:

***Adult Procedures***
1. Ophthalmology procedures: anterior segment eye procedures; posterior segment eye procedures; and ocular adnexa and other eye procedures
2. Orthopedic procedures: finger, hand, wrist, forearm, and elbow procedures; shoulder procedures; spine procedures; hip procedures; knee procedures; toe, foot, ankle, and leg procedures; and general orthopedic procedures
3. Otolaryngology procedures: ear procedures; mouth procedures; and nasal/sinus procedures
4. Gastroenterology procedures: upper GI endoscopy; and lower GI endoscopy
5. General surgery procedures: cholecystectomy and common duct exploration; hemorrhoid procedures; inguinal and femoral hernia repairs; other hernia repairs; laparoscopy; lumpectomy or quadrantectomy of breast; and mastectomy
6. Urology procedures: circumcisions; cystourethroscopy; male genital procedures; urethra procedures; and vaginal repair procedures
7. Neurological surgery procedures: spinal fusion procedures
8. Obstetrics and gynecology procedures: cervix procedures; hysteroscopy; and uterus and adnexa laparoscopies
9. Plastic and reconstructive surgery procedures: breast repair or reconstructive procedures; and skin graft/reconstruction procedures

***Pediatric Procedures***
1. Ophthalmology procedures: ocular adnexa and other eye procedures
2. Orthopedic procedures: finger, hand, wrist, forearm, and elbow procedures; shoulder procedures; knee procedures; toe, foot, ankle, and leg procedures; and general orthopedic procedures
3. Otolaryngology procedures: ear procedures; mouth procedures; nasal/sinus procedures; pharynx/adenoid/tonsil procedures

When calculating total **hospital outpatient department volume for (a) adult and/or (b) pediatric patients** count the number of **patients** discharged from your hospital outpatient department(s) within the reporting period with any one or more of the codes specified for each procedure, subject to the criteria below:
- Only include scheduled outpatient (i.e., admitted and discharged on the same day) procedures performed at your hospital outpatient departments within the reporting period. Include scheduled outpatient procedures with a planned observation or extended recovery stay.
- Exclude scheduled outpatient procedures with a planned inpatient admission. Exclude emergent/urgent cases, such as procedures for patients that come through the emergency department.
- Only the procedure codes provided by Leapfrog should be used to report on the questions in Section 9C.


© 2025 The Leapfrog Group

- If a patient had more than one of the listed procedures performed on the same visit (i.e., repair of dislocating knee cap (CPT: 27422) and repair of superior labrum anterior/posterior (SLAP) lesion (CPT: 29807)), include the patient in the total volume for both procedures.

### *Ophthalmology Measure Specifications*

For ophthalmology procedures, use the CPT codes available via the Survey Dashboard to count **patients** discharged from your hospital outpatient departments who have undergone any of the 3 procedures during the reporting period.

One procedure applies to **both adult and pediatric patients**:
- Ocular adnexa and other eye procedures

Two procedures apply to **adult patients only:**
- Anterior segment eye procedures
- Posterior segment eye procedures

Using the "Ophthalmology_adult" sheet, count the total number of adult (18 years of age or older) patients discharged for each procedure with any of the CPT codes listed. The CPT code can be in any procedure field.

Using the "Ophthalmology_ped" sheet, count the total number of pediatric (17 years of age and younger) patients discharged for each procedure with any of the CPT codes listed. The CPT code can be in any procedure field.

### *Orthopedic Measure Specifications*

For orthopedic procedures, use the CPT codes available via the Survey Dashboard to count **patients** discharged from your hospital outpatient departments who have undergone any of the 7 procedures during the reporting period.

Five procedures apply to **both adult and pediatric patients**:
- Finger, hand, wrist, forearm, and elbow procedures
- Shoulder procedures
- Knee procedures
- Toe, foot, ankle, and leg procedures
- General orthopedic procedures

Two procedures apply to **adult patients only:**
- Spine procedures
- Hip procedures

Using the "Orthopedic_adult" sheet, count the total number of adult (18 years of age or older) patients discharged for each procedure with any of the CPT codes listed. The CPT code can be in any procedure field.

Using the "Orthopedic_ped" sheet, count the total number of pediatric (17 years of age and younger) patients discharged for each procedure with any of the CPT codes listed. The CPT code can be in any procedure field.

### *Otolaryngology Measure Specifications*

For otolaryngology procedures, use the CPT codes available via the Survey Dashboard to count **patients** discharged from your hospital outpatient departments who have undergone any of the 4 procedures during the reporting period.

Three procedures apply to **both adult and pediatric patients**:
- Ear procedures


**© 2025 The Leapfrog Group**

- Mouth procedures
- Nasal/sinus procedures

One procedure applies to **pediatric patients only:**
- Pharynx/adenoid/tonsil procedures

Using the "Otolaryngology_adult" sheet, count the total number of adult (18 years of age or older) patients discharged for each procedure with any of the CPT codes listed. The CPT code can be in any procedure field.

Using the "Otolaryngology_ped" sheet, count the total number of pediatric (17 years of age and younger) patients discharged for each procedure with any of the CPT codes listed. The CPT code can be in any procedure field.

### *Gastroenterology Measure Specifications*

For gastroenterology procedures, use the CPT codes available via the Survey Dashboard to count **patients** discharged from your hospital outpatient departments who have undergone either of the 2 procedures during the reporting period.

Both procedures apply to **adult patients only:**
- Upper GI endoscopy
- Lower GI endoscopy

Using the "Gastroenterology_adult" sheet, count the total number of adult (18 years of age or older) patients discharged for each procedure with any of the CPT codes listed. The CPT code can be in any procedure field.

### *General Surgery Measure Specifications*

For general surgery procedures, use the CPT codes available via the Survey Dashboard to count **patients** discharged from your hospital outpatient departments who have undergone any of the 7 procedures during the reporting period.

All seven procedures apply to **adult patients only**:
- Cholecystectomy and common duct exploration
- Hemorrhoid procedure
- Laparoscopy
- Lumpectomy or quadrantectomy of breast
- Mastectomy
- Inguinal and femoral hernia repair
- Other hernia repair

Using the "General surgery_adult" sheet, count the total number of adult (18 years of age or older) patients discharged for each procedure with any of the CPT codes listed. The CPT code can be in any procedure field.

### *Urology Measure Specifications*

For urology procedures, use the CPT codes available via the Survey Dashboard to count **patients** discharged from your hospital outpatient departments who have undergone any of the 5 procedures during the reporting period.

All five procedures apply to **adult patients only**:
- Circumcision
- Cystourethroscopy


**© 2025 The Leapfrog Group**

- Male genital procedures
- Urethra procedures
- Vaginal repair procedures

Using the "Urology_adult" sheet, count the total number of adult (18 years of age or older) patients discharged for each procedure with any of the CPT codes listed. The CPT code can be in any procedure field.

### *Neurological Surgery Measure Specifications*

For neurological surgery procedures, use the CPT codes available via the Survey Dashboard to count **patients** discharged from your hospital outpatient departments who have undergone the procedure during the reporting period.

One procedure applies to **adult patients only**:
- Spinal fusion procedures

Using the "Neurological surgery_adult" sheet, count the total number of adult (18 years of age or older) patients discharged with any of the CPT codes listed. The CPT code can be in any procedure field.

### *Obstetrics and Gynecology Measure Specifications*

For obstetrics and gynecology procedures, use the CPT codes available via the Survey Dashboard to count **patients** discharged from your hospital outpatient departments who have undergone any of the 3 procedures during the reporting period.

Three procedures apply to **adult patients only**:
- Cervix procedures
- Hysteroscopy
- Uterus and adnexa laparoscopies

Using the "Obstetrics and gynecology_adult" sheet, count the total number of adult (18 years of age or older) patients discharged for each procedure with any of the CPT codes listed. The CPT code can be in any procedure field.

### *Plastic and Reconstructive Surgery Measure Specifications*

For plastic and reconstructive surgery procedures, use the CPT codes available via the Survey Dashboard to count **patients** discharged from your hospital outpatient departments who have undergone either of the 2 procedures during the reporting period.

Two procedures apply to **adult patients only**:
- Breast repair or reconstruction
- Skin graft/reconstruction procedures

Using the "Plastic_reconstruct surg_adult" sheet, count the total number of adult (18 years of age or older) patients discharged for each procedure with any of the CPT codes listed. The CPT code can be in any procedure field.

See FAQs for additional information about responding to questions in this section.


© 2025 The Leapfrog Group

# Volume of Procedures Frequently Asked Questions (FAQs)

1. **How did Leapfrog select these 9 specialties and the procedures in this section of the Survey?**
   Leapfrog worked with the Health Care Cost Institute (HCCI) to identify the most commonly billed surgical procedures in ambulatory surgery centers and hospital outpatient departments for commercially insured adult and pediatric patients. Leapfrog's technical experts then assessed the list of procedures based on their frequency and type of anesthesia used during the procedure. Those selected for the Survey represent the highest volume procedures nationally requiring moderate to general anesthesia (including nerve blocks).

   Please reach out to the Leapfrog Help Desk if you believe additional CPT Codes should be added to the Survey; Leapfrog will take these suggestions to our technical experts.

2. **Should we count patients discharged with a G code for colonoscopy?**
   No. A "G" (HCPCS II) code is used to differentiate between colonoscopies performed for screening purposes rather than for a diagnostic or therapeutic procedure. The Survey only includes major diagnostic and therapeutic procedures.


© 2025 The Leapfrog Group

# Safety of Procedures Measure Specifications

### *Patient Follow-up*

Leapfrog obtains data for one CMS Hospital Outpatient measures directly from CMS' website:

- OP-32: Rate of Unplanned Hospital Visits After an Outpatient Colonoscopy

In order for Leapfrog to obtain the data for this measure, hospitals must provide a valid CMS Certification Number (CCN) in the Hospital Profile and submit Section 9 of the Leapfrog Hospital Survey.

### Deadlines and Reporting Periods

| Data downloaded from CMS will be scored and publicly reported for Hospitals that have submitted Section 9 by | CMS Reporting Period | Available on Hospital Details Page and Public Reporting Website on |
|---|---|---|
| **June 30, 2025** | Most recent 24-month reporting period | July 12, 2025 Details Page<br><br>July 25, 2025 Public Reporting Website |
| **August 31, 2025** | Most recent 24-month reporting period | September 10, 2025 |
| **November 30, 2025** | Most recent 24-month reporting period | December 9, 2025 |

### Review your CMS data for OP-32

- Once Leapfrog has published your hospital's Survey Results on the Hospital Details Page, hospitals are urged to compare the CMS data Leapfrog has obtained with the data published on CMS' website.
- Dates on which the Survey Results will be available on the Hospital Details page are listed in the "Deadlines and Reporting Periods" table above.

If you find a discrepancy while comparing your hospital's data published on the CMS website to the data published on the Hospital Details page, contact Leapfrog's Help Desk immediately.


© 2025 The Leapfrog Group

## Safe Surgery Checklist for Adult and Pediatric Outpatient Procedures

**Important Note:** Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

| |
|---|
| **Source**: The Leapfrog Group, WHO Surgical Safety Checklist and Implementation Manual, AHRQ Endoscopy Checklist |
| **Reporting Period**: **12 months**<br>Latest 12-month period prior to submission of this section of the Survey |
| **Safe Surgery Checklist Workbook (Excel)**<br><br>To complete the data collection and respond to questions #6-9, hospitals should download the Safe Surgery Checklist Workbook (Excel). This workbook includes five tabs: Instructions, Section 3B (Complex Surgery), Section 3B – Data Entry, Section 9D (Outpatient Procedures), and Section 9D – Data Entry. The Section 9D tabs can be used to complete the safe surgery checklist audits for this subsection and to calculate the response for question #9.<br><br>The workbook is available on the Survey Materials Webpage. |
| **Sampling:**<br><br>**For hospitals with one hospital outpatient department that performs the procedures listed in Section 9C and Section 3A and submit both Section 9 and 3:** Hospitals can randomly sample 15 patients (who had one of the procedures included in Section 9C) and measure and report adherence to the safe surgery checklist based on that sample.<br><br>When sampling from a larger population of cases, hospitals that perform procedures across multiple surgical specialties (e.g., general surgery, orthopedics, urology, etc.) included in Section 9C and facilities that perform procedures for both adult and pediatric patients should obtain a representative sample (i.e., include patients who underwent procedures in different surgical specialties and include both adult and pediatric patients, if applicable).<br><br>**For hospitals with multiple hospital outpatient departments that perform the procedures listed in Section 9C and Section 3A and submit both Section 9 and 3:** Hospitals can randomly sample 15 patients (who had one of the procedures included in Section 9C) and measure and report adherence to the safe surgery checklist based on that sample. However, hospital must sample across the various locations where the procedures are being performed, including freestanding hospital outpatient departments or surgery centers, in addition to ensuring that the sample includes patients who underwent procedures in different surgical specialties and both adult and pediatric patients, if applicable.<br><br>**For hospitals with one or multiple hospital outpatient departments that ONLY perform the procedures in Section 9C or that ONLY submit Section 9**: Hospitals must randomly sample 30 patients who had one of the procedures included in Section 9C and report adherence to the safe surgery checklist on that sample. Hospitals that perform the procedures listed in Section 9C and 3A should follow the guidance above. |
| **Question #6: Did your hospital perform an audit (either in-person or via the medical record or other EHR data) on a sufficient sample of patients who underwent a procedure included in Section 9C and measure adherence to the safe surgery checklist?**<br><br>To respond "yes" to question #6, hospitals must measure and document whether all the elements in questions #3, #4, and #5 were verbalized in the presence of the appropriate personnel for each sampled case. Hospitals that completed the audit should respond "yes" to this question regardless of whether the adherence to the checklist was 100%. Hospitals will report on adherence to the checklist in question #9. |


© 2025 The Leapfrog Group

**Question #7: How many cases were included in the audit from question #6?**

Hospitals that perform procedures in both Section 3A and Section 9C, and submit both Section 3 and 9, can randomly sample 15 patients (who had one of the procedures included in Section 9C) and measure and report adherence to the safe surgery checklist based on that sample.

Hospitals that ONLY perform the procedures in Section 3AC, or that ONLY submit Section 9, must randomly sample 30 patients (who had one of the procedures included in Section 9C) and measure and report adherence to the safe surgery checklist based on that sample.

**Question #8: What method was used to perform the audit on a sufficient sample in question #6?**

Hospitals can only perform a retrospective audit by reviewing medical records or EHR data if adherence to the safe surgery checklist is clearly documented in the medical record or EHR and the documentation clearly demonstrates that each element was verbalized in the presence of the appropriate personnel. If hospitals cannot clearly determine whether (a) the checklist element was verbalized and (b) that the appropriate personnel were present via a retrospective audit, an in-person observational audit must be completed.

Hospitals performing in-person observational audits must do so in the latest 12 months prior to Survey submission.

Hospitals performing retrospective audits must audit cases from the latest 12 months prior to Survey submission but can also review any case from Section 9C that was performed in the latest calendar year prior to Survey submission.

**Question #9: Based on your hospital's audit (either in-person or via the medical record or other EHR data) on a sufficient sample of patients who underwent a procedure included in Section 9C, what was your hospitals documented rate of adherence to the safe surgery checklist (e.g., what percentage of the sampled cases had all elements in questions #3, #4, and #5 completed)?**

Based on the audit completed for question #6, determine the total number of patient audits where **all** elements of the safe surgery checklist (included in questions #3, #4, and #5) were read aloud in the presence of the appropriate personnel 1) before the induction of anesthesia, 2) before the skin incision and/or the procedure began, and 3) before the patient left the operating and/or procedure room.

**Included cases:**

- The patient audit shows that **all** elements of the safe surgery checklist, at **all** three time points, were read aloud in the presence of the appropriate personnel.

**Excluded cases:**

- The patient audit does **not** demonstrate that all elements of the safe surgery checklist were read aloud in the presence of the appropriate personnel (i.e., one or more elements of the checklist were not read aloud, or the appropriate personnel were not present during the checklist).
- The patient audit does **not** demonstrate that the safe surgery checklist was read aloud in the presence of the appropriate personnel at all three time points (i.e., before anesthesia, before skin incision, and before the patient leaves).

**Important Note**: If a Safe Surgery Checklist element includes the qualifier "if applicable," hospitals should determine if that element of the checklist was applicable to the patient and procedure being performed. If the element was determined to be "not applicable" to the patient and procedure, it does not count against the total adherence. For example, if your hospital performed a hernia repair, the availability of a device on-site would not be applicable. Therefore, when completing the Safe Surgery Checklist Workbook for this patient, indicate N/A for that element (device on-site) and your hospital would be able to count that case as adherent.


© 2025 The Leapfrog Group

# Safety of Procedures Frequently Asked Questions (FAQs)

### General Questions

1. **How should hospitals report on the processes in Section 9D Safety of Procedures if they have more than one hospital outpatient department performing the procedures listed in Section 9C Volume of Procedures?**
Hospitals with more than one hospital outpatient department are instructed to respond to Section 9D based on the location with the fewest processes in place. For example, if one hospital outpatient department uses a safe surgery checklist on all patients, but another hospital outpatient department does not, you should answer "no" to question #6.

### Patient Follow-up FAQs

2. **Do hospitals need to do anything for Leapfrog to obtain data for the CMS measures?**
Leapfrog will automatically use your hospital's data that are reported to CMS for OP-32 if you provide an accurate CCN in the Hospital Profile and submit Section 9 of the 2025 Leapfrog Hospital Survey. For OP-32, if your hospital does not perform adult lower GI endoscopy procedures, you will be scored as "Does Not Apply." More information is available in the Leapfrog Hospital Survey Scoring Algorithms.

### Safe Surgery Checklist for Adult and Pediatric Outpatient Procedures FAQs

3. **What 12-month reporting period should be used when reporting on this section?**
When responding to the questions in Section 9D, hospitals should enter the month in which they complete their observational in-person or retrospective EHR review audits. If your hospital does not perform an audit, enter the month in which you are completing the Survey.

4. **Does the safe surgery checklist referenced in Section 9D questions #1-9 apply to all procedures, including colonoscopies, endoscopies, etc.?**
Yes, it applies to all procedures in Section 9C questions #2-10. If your hospital outpatient department(s) do not utilize a safe surgery checklist for colonoscopy and/or endoscopy, respond "No" to question #2.

5. **Can different elements of the "Before the induction of anesthesia" checklist (question #3) be performed in different places?**
Yes, hospitals may perform some elements of the pre-anesthesia checklist outside of the operating room. Hospitals may read aloud the following elements in a pre-procedure (preop) area: Patient ID, Confirmation of procedure, Patient consent, Site marked, if applicable, and Allergies assessed.

   Hospitals should not remove conversation prompts as it is harmful to the purpose of the checklist and should continue debriefing and requiring participation of the surgical team members in key moments.

6. **Do we need to perform a "clinical team introduction" if the team already knows each other and/or will be in the operating room together all day?**
Yes. Even if a clinical team knows each other they must perform an introduction stating their name and role at the first procedure of the day. They do not need to reintroduce themselves for the remaining procedures but should confirm everyone was introduced beforehand. However, if any team members change between operations, introductions must be performed again.

7. **Do the Safe Surgery Checklist components included in questions #3, #4, and #5 need to be in one document that would align with the WHO example or can they be in different documents (i.e., pre-anesthesia notes, surgeon H&P, and pre-surgical checklists, etc.)?**
It is possible to have separate checklists for each phase of the surgical procedure (i.e., before the induction of anesthesia, before the skin incision and/or before the procedure begins, and before the patient leaves the operating or procedure room). However, each individual component included in questions #3, #4, and #5 should be listed on the checklist(s) and hospitals should document whether the components were read aloud at the appropriate time with the appropriate members of the surgical team present.

8. **How is "whole surgical team" defined?**
"Whole surgical team" is comprised of the surgeons, anesthesia professionals, nurses, technicians, and other operating room personnel involved in surgery. This is based off the World Alliance for Patient Safety Implementation Manual Surgical Safety Checklist (First Edition).


**© 2025 The Leapfrog Group**

# Medication Safety for Outpatient Procedures Measure Specifications

**Important Note:** Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

| |
|---|
| **Source:** The Leapfrog Group |
| **Reporting Period: 12 months**<br>• Surveys submitted prior to September 1:<br>  o 01/01/2024 – 12/31/2024<br>• Surveys (re)submitted on or after September 1:<br>  o 07/01/2024 – 06/30/2025 |
| **Medication Safety Documentation Workbook (Excel)**<br><br>To complete the data collection for this subsection and respond to questions #3-7, hospitals should download the Medication Safety Documentation Workbook (Excel). This workbook includes seven tabs: Instructions, 2024 Sampling, 2025 Sampling, Home Meds, Visit Meds, Allergies, and Data Entry and can be used to identify patients to sample in order to complete the three clinical record audits, as well as calculate the responses to enter into the Online Hospital Survey Tool for each of the audits.<br><br>This workbook is available on the Survey Materials webpage and should be used when completing this subsection. |
| **Sampling:**<br><br>***For hospitals with one hospital outpatient department that performs the procedures listed in Section 9C:***<br>If you have more than 30 cases that meet the criteria for inclusion in the denominator of the process measures during the time period of the clinical record audit, you may randomly sample 30 of them for the denominator of each documentation guideline, and measure and report adherence based on that sample. When sampling from a larger population of cases, this is the minimum number of cases needed to make a statistically reliable statement of percent adherence to the process guidelines.<br><br>***For hospitals with multiple hospital outpatient departments that perform the procedures listed in Section 9C:***<br>If you have more than 30 cases total (across all hospital outpatient departments) that meet the criteria for inclusion in the denominator of the process measure during the time period of the clinical record audit, you may randomly sample a minimum of 10 cases from the hospital (including any co-located hospital outpatient departments or inpatient areas performing outpatient procedures) and each free-standing hospital outpatient department or surgery center. Hospitals will need to report on a total minimum sample size of at least 30, and measure and report adherence based on that sample. When sampling from a larger population of cases, this is the minimum number of cases needed to make a statistically reliable statement of percent adherence to the process guidelines.<br><br>For example, if you are reporting on your hospital (including multiple areas where outpatient procedures are performed), as well as another hospital outpatient department that is free-standing, you could sample 15 cases from each for a total sample size of 30. If you are reporting on seven locations, you could sample 10 cases from each for a total sample size of 70.<br><br>Note: Hospitals that share a CMS Certification Number (CCN) with other hospitals may use the same sample for reporting on a shared hospital outpatient department location (e.g., surgery center, endoscopy center, free-standing hospital outpatient department, etc.). For example, Hospital A and Hospital B share a CCN and both refer patients to the same gastroenterology center. Hospital A samples 15 cases from their hospital and 15 cases from the gastroenterology center. Hospital B can use the sample of 15 cases from the gastroenterology center in addition to sampling from their hospital when reporting on their own Leapfrog Hospital Survey. |


© 2025 The Leapfrog Group

**Medications:** For the purposes of this measure, a **medication** is a substance that is taken into, or placed onto, the body of a person for one or more of the following reasons:

- as a placebo
- to prevent a disease (e.g., flu vaccine)
- to make a diagnosis (e.g., contrast dye)
- to test for the possibility of an adverse effect
- to modify a physiological, biochemical or anatomical function or abnormality (e.g., heparin/heparin flushes, statins, antihypertensives, etc.)
- to replace a missing factor (e.g., blood product)
- to ameliorate a symptom (e.g., aspirin)
- to treat a disease or condition (including topicals, nasal sprays, eye drops, compounds, inhalants, injectables, patches, etc.)
- to induce anesthesia
- to stabilize or hydrate during medical treatment or procedures (e.g., IV fluids, normal saline, lactated ringers, etc.)
- to provide nutrition (e.g., enteral nutrition products, parenteral nutrition products, breast milk [breast milk applies to BCMA measure only])
- as a supplement (e.g., iron for a patient with iron deficiency anemia or calcium/vitamin D for a patient with osteoporosis)

For the purposes of this measure, the following are **not** considered medications:

- Pre-filled saline flushes and pre-filled heparin flushes (i.e., saline and heparin flushes that come from the manufacturer already filled and are not filled by the hospital's pharmacy)
- Chlorhexidine and alcohol preparation pads
- Intra-op irrigation solutions

**Question #3 (denominator):** Number of cases measured (either all cases or a sufficient sample of them).

Your hospital should perform a clinical record audit of either all adult and/or pediatric patients undergoing those procedures included in Section 9C discharged during the reporting period or a sufficient sample of those patients discharged during the reporting period as described above.

This audit of clinical records can be done retrospectively (anytime during the Survey Cycle of April 1 – November 30).

The total number of clinical records included in your audit is reported in question #3.

**Excluded cases:** Patients discharged from the hospital outpatient departments without having one of the procedures included in Section 9C performed during the reporting period.

**Question #4 (numerator):** Number of cases in question #3 with a list of **all home medication(s),** including dose, route, and frequency, documented in the clinical record.

Determine the total number of clinical records included in the audit (in question #3), where a list of all home medication(s), including dose, route, and frequency, was documented in the clinical record either on the day of the procedure or after a pre-screening phone call (i.e., 1-2 days in advance of the procedure). Records that include documentation that the patient had no home medications should be included.

"Home medications" are defined as medications that the patient was taking prior to admission.

The following home medications may be excluded from the clinical record unless they are clinically relevant* (e.g., herbal supplement that is known to interact with anesthesia):

- as needed (PRN) medications
- topical lotions/creams
- saline nasal spray and artificial tear eye drops
- herbals and supplements and vitamins


© 2025 The Leapfrog Group

- medications prescribed for the purpose of operative prep prior to colonoscopy

Home medications that must be included in the clinical record include clinically relevant* PRN medications such as inhalers, nitroglycerin, analgesics (opioid and non-opioid), muscle relaxants, and sedatives.

**Clinically relevant is defined as any PRN medication that treats a medical condition on the patient's problem list and/or condition they are being treated for during the visit (i.e., reason for the hospital stay).*

**Included cases:**
- The clinical record includes documentation that the patient has no home medications.

**Excluded cases:**
- The clinical record is missing a list of all home medication(s).
- The clinical record is missing dose, route, **or** frequency for a home medication

**Question #5 (numerator):** Number of cases in question #3 with a list of **all medication(s) administered during the visit and new medications prescribed at discharge,** including the strength, dose, route, date, and time of administration, documented in the clinical record.

Determine the total number of clinical records included in the audit (question #3), where a list of all medication(s) administered during the visit and new medications prescribed at discharge, including the strength, dose, route, date, and time of administration, was documented in the clinical record on the day of the procedure.

Local, regional, and general anesthesia medications must only have **total dose, date, and time of administration** documented in the clinical record to be considered complete.

IV solutions must have **strength, dose, route, date, and time of administration** documented in the clinical record to be considered complete. However, if the IV solution only comes in one concentration/strength (such as the LR Injection), the strength can be entered as N/A and the start time and volume of the bag can be documented for dose in order to be considered complete.

New medications prescribed at discharge, but not administered at the hospital must only have **strength, dose, route, and date the medication was prescribed** documented in the clinical record to be considered complete.

**Excluded cases:**
- The clinical record is missing a medication that was administered or prescribed during the visit or at discharge.
- The clinical record is missing strength, dose, route, date, **or** time of administration for a medication administered or prescribed during the visit or at discharge except as described above for anesthesia medications, IV solutions, and prescribed medications.
- The clinical record is missing dose for lidocaine jelly.

**Question #6 (numerator):** Number of cases in question #3 with a list of **all medication allergies and adverse reaction(s)** documented in the clinical record.

Determine the total number of clinical records included in the audit (question #3), where a list of all medication allergies and adverse reaction(s) was documented in the clinical record. Hospitals should only assess medication allergies (i.e., hospitals do not need to assess food or environmental allergies).

**Included cases:**
- The clinical record includes documentation that the patient reported no known allergies.

**Excluded cases:**
- The clinical record does **not** include either a list of allergies and adverse reaction(s) **nor** documentation of no known allergies.


© 2025 The Leapfrog Group

- The clinical record does include a list of allergies but does not include documentation of the adverse reaction(s) for each allergy.

**Important Note:** In addressing allergies and adverse reaction statuses noted as "unknown" in the clinical record, hospitals should assess if:

- "unknown" is used to indicate that the patient (or patient's family) was asked for the adverse reaction status, but they indicated it was not known, in which situation the case should be included in the numerator (question #6); or
- "unknown" is used in the clinical record to indicate that the information is not available because it was not requested or documented by the clinician, in which situation the case should be excluded from the numerator (question #6)

See FAQs for additional information about responding to questions in this section.


© 2025 The Leapfrog Group

# Medication Safety for Outpatient Procedures Frequently Asked Questions (FAQs)

1. **How often do home medications need to be updated in the clinical record for Section 9E question #4?**
   Home medications must be recorded in a pre-screening phone call 1-2 days in advance of the procedure or updated on the day of the clinical procedure (for all procedures included in Section 9C of the 2024 Leapfrog Hospital Survey).

   Patients who are returning for a second or follow-up procedure within 12 months of the initial procedure are not required to have an updated home medication list in their clinical record in order for the record to be counted in the numerator of the home medication audit (i.e., included in the count in question #4). However, in cases of frequent repeated clinical visits, the home medications list should be updated at least once every 12 months.

2. **For medications that only ever have a single route of administration (e.g., orally only), does route have to be documented in the clinical record for questions #4 and #5?**
   No. If there is a medication that can only ever be given via a single route, route does not have to be documented to count the case when responding to questions #4 and #5.

3. **We do medication reconciliation on patients for certain outpatient procedures. Will the medication reconciliation on the procedure day suffice for the "medication audits" requirement in question #4? Or does it have to be a retrospective audit after the procedure day?**
   Leapfrog specifies that, unless all medical records are audited, the clinical record audit should be conducted on a random sample of discharged patients. If your hospital does not perform medication reconciliation before all patients are discharged to ensure that the correct dose, route, and frequency are documented in the clinical record for all home medications this would not meet the requirements of Section 9E.

   Instead, your hospital should randomly sample from all clinical records of discharged outpatients (adults and children) who had the procedures included in Section 9C during the reporting period, not just those records that had medication reconciliation conducted during the same day visit. This audit may occur on the same day as the patient visit or following patient discharge.


© 2025 The Leapfrog Group

# Patient Experience (OAS CAHPS) Measure Specifications

**Important Note:** Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy

**Source:** Developed by Centers for Medicare and Medicaid Services (CMS) using Agency for Healthcare Quality and Research (AHRQ) guidelines. More information available at https://oascahps.org/General-Information/About-OAS-CAHPS-Survey.

**Reporting Period:** The latest 12-month period prior to the submission of this section of the Survey. Hospitals can elect to use either survey return date or discharge date to pull reports for this measure.

This section of the Survey asks hospitals about their results from the OAS CAHPS Survey. The first several questions are designed to learn more about the current administration of the survey. The last four questions collect the Top Box Score[52] for each of the following four domains:

- Facilities and Staff
- Communication About Your Procedure
- Patient's Rating of the Facility
- Patients Recommending the Facility

Hospitals using Press Ganey, NRC, or PRC to administer the OAS CAHPS Survey can use the CMS OAS CAHPS crosswalk below to ensure they are reporting on the correct domains. The crosswalk is designed to help translate the standard vendor report to the CMS domains used in questions #7-10.

**CMS OAS CAHPS Crosswalk**

| CMS Domain Name | Press Ganey Domain Name | NRC Domain Name | PRC Domain Name |
|---|---|---|---|
| Facilities and Staff | **Facility/Personal Treatment** | **About Facilities and Staff** | **Facility and Staff** |
| Communication About Your Procedure | **Communication** | **Communications About Your Procedure** | **Communication** |
| Patient's Rating of the Facility | **Facility Rating 0-10** | **Overall Rating of Facility** | **Overall Facility Rating** |
| Patients Recommending the Facility | **Recommend the Facility** | **Would Recommend Facility** | **Would Recommend** |

**Question #2:** Did your hospital have at least 300 eligible discharges[56] during the 12-month reporting period?

This section of the Survey is designed for hospitals that discharged at least 300 eligible patients during the reporting period. Hospitals that discharged fewer than 300 eligible patients should respond "no," skip the rest of the questions, and move on to the Affirmation of Accuracy.

Eligible discharges include discharges for adult patients (ages 18 years and older) who had both medically and non-medically necessary outpatient surgeries and/or procedures. A detailed description of patient sampling criteria, including a list of OAS CAHPS-eligible surgeries and procedures, is available in the Protocols and Guidelines Manual, version 9.0 at https://oascahps.org/Survey-Materials.

| |
|---|
| **Question #3:** Has your hospital administered, or started to administer, the entire OAS CAHPS Survey, during the reporting period?<br><br>The OAS CAHPS survey includes questions about patients' experiences with their preparation for the surgery or procedure, check-in processes, cleanliness of the facility, communications with the facility staff, discharge from the facility, and preparation for recovering at home. The survey also includes questions about whether patients received information about what to do if they had possible side effects during their recovery. OAS CAHPS is designed to be national in scope and requires standardized administration protocols.<br><br>If your hospital shares a CMS Certification Number (CCN) with another hospital that administers the OAS CAHPS survey, only include results from hospital outpatient departments used to report on Section 9: Outpatient Procedures. |
| **Question #4:** Total number of months in which your hospital administered the OAS CAHPS Survey during the reporting period.<br><br>It is recommended that hospitals (or their survey vendor) sample over a 12-month period and ensure an even distribution of patients is sampled over the 12-month period. However, Leapfrog will accept OAS CAHPS results from hospitals that have administered the survey over a period of time less than 12 months if they have at least 100 returned surveys. |
| **Question #5:** Total number of returned surveys during the reporting period.<br><br>It is recommended that hospitals (or their survey vendor) administer the survey to a large enough sample in order to achieve 300 returned surveys in a 12-month reporting period. However, Leapfrog will accept OAS CAHPS results from hospitals that have at least 100 returned surveys. All returned surveys from eligible patient discharges, regardless of completeness and date of return, should be included. |
| **Question #6:** Do the responses to the questions in this subsection include discharges from more than one location (e.g., hospital and surgery center or free-standing hospital outpatient department, hospital and multiple free-standing hospital outpatient departments, etc.)?<br><br>Indicate "yes" if your OAS CAHPS results include eligible patient discharges from multiple locations (e.g., hospital and surgery center or free-standing hospital outpatient department, hospital and multiple free-standing hospital outpatient departments, etc.). Otherwise indicate "no." |
| **Questions #7-10:** In questions #7-10, report your hospital's Top Box Score[52] (rounded to the nearest whole number) from each of the following patient experience domains from your 12-month vendor report that matches the reporting period selected in question #1. Hospitals should not use domain scores that are publicly reported on the CMS Hospital Compare website as these scores have been risk adjusted. Hospitals should report results from all hospital outpatient departments.<br><br>These four questions capture the Top Box Score for each of the four domains of patient experience: facilities and staff, communication about your procedure, patients' rating of the facility, and patients recommending the facility.<br><br>The following questions from the OAS CAHPS Survey are included in each domain:<br><br>Facilities and Staff<br>Q3: Did the check-in process run smoothly?<br>Q4: Was the facility clean?<br>Q5: Were the clerks and receptionists at the facility as helpful as you thought they should be?<br>Q6: Did the clerks and receptionists at the facility treat you with courtesy and respect?<br>Q7: Did the doctors and nurses treat you with courtesy and respect?<br>Q8: Did the doctors and nurses make sure you were as comfortable as possible? |


© 2025 The Leapfrog Group

Communication About Your Procedure
Q1: Before your procedure, did your doctor or anyone from the facility give you all the information you needed about your procedure?
Q2: Before your procedure, did your doctor or anyone from the facility give you easy to understand instructions about getting ready for your procedure?
Q9: Did the doctors and nurses explain your procedure in a way that was easy to understand?
Q10: Anesthesia is something that would make you feel sleepy or go to sleep during your procedure. Were you given anesthesia?
Q11: (If 'Yes' to Q10) Did your doctor or anyone from the facility explain the process of giving anesthesia in a way that was easy to understand?
Q12: (If 'Yes' to Q10) Did your doctor or anyone from the facility explain the possible side effects of the anesthesia in a way that was easy to understand?

Patients' Rating of the Facility
Q23: Using any number from 0 to 10, where 0 is the worst facility possible and 10 is the best facility possible, what number would you use to rate this facility?

Patients Recommending the Facility
Q24: Would you recommend this facility to your friends and family?

Please note that question numbers are taken from the OAS CAHPS Survey, which you can download at https://oascahps.org/Survey-Materials.

See FAQs for additional information about responding to questions in this section.


© 2025 The Leapfrog Group

# Patient Experience (OAS CAHPS) Frequently Asked Questions (FAQs)

1) **We share a CMS Certification Number (CCN) with another hospital that participates in the OAS CAHPS Survey. How can we report on results from the OAS CAHPS Survey that are specific to our outpatient department?**
While OAS CAHPS results are reported to CMS using a single CMS Certification Number, hospitals with more than one location (i.e., components, strata) must specify to their vendor where eligible surgeries occurred, so the vendor can properly sample patients. Vendors have the ability to provide OAS CAHPS results for a particular set of locations upon request. Hospitals should report results to Leapfrog from only those components included in their Section 9 responses.

2) **Isn't 300 returned surveys the minimum sample size recommended by CMS?**
Yes, however, Leapfrog has received feedback that many hospitals and ambulatory surgery centers have only recently started to administer the survey. In order to ensure as many hospitals and ambulatory surgery centers as possible are able to report on this subsection, we have reduced the minimum sample size for reporting results to the Leapfrog Hospital and ASC Surveys to 100 returned surveys. This will help ensure that hospitals and ASCs that have made the investment to administer the Survey are able to earn credit for doing so. Additionally, this minimum sample size aligns with Section 8A of the Leapfrog Hospital Survey, which asks about the CAHPS Child Hospital Survey, and with the CMS requirement for the CAHPS Child Hospital Survey.

   If possible, however, it is recommended that hospitals (or their survey vendor) administer the survey to a large enough sample in order to achieve 300 returned surveys in a 12-month reporting period.

3) **We administer our own patient experience survey to collect specific information about our patient's experience. Can we report the results from our hospital's patient experience survey?**
No, hospitals can only report the results of the official OAS CAHPS Survey on Section 9F of the Leapfrog Hospital Survey.

   However, according to the OAS CAHPS Protocols and Guidelines Manual, survey vendors and ASCs/HOPDs may choose to add up to 15 supplemental questions after the 'core' OAS CAHPS Survey questions that are personalized to the hospital/vendor. More information on these supplemental questions, including restrictions and required approval, may be reviewed on pages 20-22 of the CMS OAS CAHPS Survey Protocols and Guidelines Manual, which is available for download here: https://oascahps.org/Survey-Materials. Please note, the responses to these supplemental questions will not be reported on the Leapfrog Hospital Survey.


© 2025 The Leapfrog Group

# Endnotes

[1] ***Acute-Care Units***
Include units used for short-term, acute-care medical, surgical, medical/surgical (including telemetry), as well as obstetrical, intensive, and step-down/progressive care.

Exclude units used for short and long-term psychiatric care, rehabilitation, observation, or sub-acute care (e.g., skilled nursing facility, hospice extended care, sub-acute eating disorder treatment, extended care facility, or residential substance abuse treatment), and swing bed units.

[2] ***CMS Certification Number (CCN)***
A CMS Certification Number (CCN) is issued by the Centers for Medicare and Medicaid Services (CMS) to financial reporting entities, which may be individual hospitals or a group of hospitals, for the purpose of reimbursement. While Leapfrog does ask each campus of a multi-hospital system to submit an individual Survey, hospitals within the system may be assigned the same CMS Certification Number and therefore should have the same CCN reported in this field. CCNs are six digits; with the first two digits representing the state in which the hospital is located. Hospitals that do not receive Medicare reimbursement may not have a CMS Certification Number and should not have a CCN reported in this field. Leapfrog pre-populates this field in the Online Hospital Survey Tool. If the hospital's CCN is different from the one shown online, please contact the Help Desk.

[3] ***National Health Safety Network (NHSN) ID***
A NHSN ID is issued by the Centers for Disease Control and Prevention and is used as a unique identifier for facilities participating in NHSN surveillance activities. Each hospital within a system, even if they share a CCN, must report separately to NHSN and should have their own NHSN ID if they are located separately. Please see the NHSN instructions available at http://www.leapfroggroup.org/survey-materials/join-nhsn. NHSN IDs are five digits. Leapfrog pre-populates this field in the Online Hospital Survey Tool for hospitals that provided a valid NHSN ID, joined our NHSN Group, and submitted the 2024 Leapfrog Hospital Survey. If the hospital NHSN ID is different from the one shown online, please update accordingly.

In order to be scored and publicly reported for any of the five applicable infection measures and to have the hospital's teaching status represented, hospitals must: (1) provide an accurate NHSN ID in the Profile, (2) join Leapfrog's NHSN Group by the appropriate deadline, and (3) submit the 2025 Leapfrog Hospital Survey by the appropriate deadline.

[4] ***Vermont Oxford Network (VON) Transfer Code***
A Vermont Oxford Network (VON) Transfer Code is issued by the Vermont Oxford Network and is used as a unique identifier for hospitals reporting data through the VON Nightingale Internet Reporting System. Each hospital has their own VON Transfer Code, which can be found at https://public.vtoxford.org/transfer-codes/. VON Transfer Codes are four, five, or seven digits. Leapfrog pre-populates this field in the Online Hospital Survey Tool Profile for hospitals that provided a valid VON Transfer Code in 2024. If the hospital's VON Transfer Code is different from the one shown online, please update accordingly.

[5] ***Federal Tax Identification Number (TIN)***
Enter the TIN that your hospital uses for billing purposes. *The number is a nine-digit number (e.g., 098765432) and must conform precisely to this format – be sure to enter any leading 0.* If your hospital has more than one TIN, use the one that would most typically be used for UB-04 claims filed with commercial health insurance plans for inpatient hospital stays.


© 2025 The Leapfrog Group

[6] ***National Provider Identifier (NPI)***
The NPI is a Health Insurance Portability and Accountability Act (HIPAA) Administrative Simplification Standard. The NPI is a unique identification number of covered health care providers. The NPI is a 10-position, intelligence-free numeric identifier (10-digit number). This means that the numbers do not carry other information about healthcare providers, such as the state in which they live or medical specialty. Leapfrog pre-populates this field in the Online Hospital Survey Tool. If the hospital's NPI is different from the one shown online, please contact the Help Desk.

[7] ***State***
Your hospital is assigned to a state based on the CMS Certification Number assigned (or identifier specially issued by the Leapfrog Help Desk) to your hospital. If your hospital is incorrectly assigned to a state, contact the Help Desk to resolve the discrepancy.

[8] ***Tips for Entering Web Addresses***
This address becomes the link attached to your hospital's name in the public release of Survey Results. Enter it exactly as you wish it to be and test it.

- Do not exit out of the Online Hospital Survey Tool to go to the Web page of interest while you are entering data into the Survey or some of your Survey entries may be lost.
- Instead, minimize (but don't close) the Survey window and any other windows that are open, then open your internet browser in a separate window. Find the Web page whose address you wish to enter and Copy/Paste the entire address into the Survey entry. **The http:// prefix needs to be included.**
- If entering the Web page address manually, be careful to type it correctly, without embedded spaces. Forward (/) or backward (\) slashes may be used. Don't forget the "www." if that is part of the address. **The http:// prefix needs to be included.**
- Make sure to use .org, rather than .com, if that's the domain for your hospital's website.
- Although many hospitals elect to enter the address for the home page of their hospital website, consider pointing it to a page specific to patient safety, the Leapfrog safety practices, or other quality improvement activities that you want to communicate to your community.

[9] ***Healthcare System or Integrated Delivery Network***
Healthcare Systems or Integrated Delivery Networks (IDN) are central organizations that own, lease, or sponsor two or more hospitals with the goal of providing coordinated patient care. Pediatric, specialty, and rehabilitation hospitals are included as hospitals in this definition. IDNs may belong to a larger parent system. Leapfrog pre-populates this field in the Online Hospital Survey Tool and only uses the field internally (e.g., it will not be shared publicly). If the IDN displayed in the Online Survey Tool is incorrect, please contact the Help Desk.

[10] ***Licensed Acute-Care Beds***
If your state does not license bed types or if acute-care beds are currently staffed higher than the number of licensed beds, enter the number of staffed beds from question #3. If the number of licensed beds has changed in the last year, indicate the average or other number most representative of your operating bed capacity over the last year.

Include short-term, acute-care medical, surgical, medical/surgical (including telemetry), obstetrical, and intensive care beds, as well as step-down/progressive care beds as licensed by your state.

Exclude beds licensed or used for short and long-term psychiatric care, rehabilitation, observation, or sub-acute care (e.g., skilled nursing facility, hospice extended care, sub-acute eating disorder treatment, extended care facility, or residential substance abuse treatment) and swing beds.


© 2025 The Leapfrog Group

[11] ***Staffed Acute-Care Beds***
Include licensed beds regularly in operation, whether currently occupied by a patient or not. If the number has changed over the last year, indicate the average or other number most representative of your operating bed capacity over the last year.

[12] ***Total Adult Acute-Care Admissions***
Include adult (aged 18 years and older) acute-care medical, surgical, and medical/surgical (including telemetry), obstetrical, and intensive care admissions. Include transfers from other hospitals. Include admissions directly to an ICU, even if counted in question #9. Include admissions to step-down/progressive units.

Exclude short and long-term psychiatric care, rehabilitation, observation, or sub-acute care (e.g., skilled nursing facility, hospice extended care, sub-acute eating disorder treatment, extended care facility, or residential substance abuse treatment) admissions and admissions to swing units.

[13] ***Total Pediatric Acute-Care Admissions***
Include pediatric (ages 17 years and younger) acute-care medical, surgical, medical/surgical (including telemetry), and intensive care admissions. Include transfers from other hospitals. Include admissions directly to an ICU or neonatal ICU (NICU), even if counted in question #10 or #13. Include admissions to step-down/progressive units.

Exclude newborn admissions to the nursery and pediatric patients admitted for maternity care, short and long-term psychiatric care, rehabilitation, observation, or sub-acute care (e.g., skilled nursing facility, hospice extended care, sub-acute eating disorder treatment, extended care facility, or residential substance abuse treatment) and admissions to swing units. Exclude admissions for patients that were transferred to another facility.

[14] ***General Medical, Surgical, Medical/Surgical, and Neuro ICUs***
Include general medical, surgical, medical/surgical, and neuro ICUs (medical and surgical). Exclude ICUs "dedicated exclusively" to patients with specialized conditions (e.g., cardiac, burn, trauma, neonatal, etc.) unless the same ICU is used for both specialized intensive care patients as well as general medical, surgical, medical/surgical, or neuro intensive care patients. "Dedicated exclusively" means that general medical, surgical, medical/surgical, or neuro intensive care patients are not also cared for in these specialized units (except in rare overflow situations). Exclude intermediate care or telemetry/step-down/progressive units.

For the purposes of reporting on adult and pediatric ICU admissions in Section 1A: Basic Hospital Information questions #9 and #10, include admissions to general medical, surgical, medical/surgical, and neuro ICUs (medical and surgical), whether directly admitted to the unit or transferred to the unit from another area of your hospital (e.g., post-operatively). Include transfers from other hospitals as admissions to your hospital. Include the number of admissions that include an ICU stay, not the number of patient trips to the ICU.

[15] ***Licensed ICU Beds***
If your state separately designates ICU beds, indicate the number of licensed beds in adult and pediatric general medical, surgical, medical/surgical, and neuro ICUs (medical and surgical). If your state does not license ICU beds or if the number of staffed ICU beds is currently higher than the number of licensed ICU beds, enter the number of staffed ICU beds from question #8. See endnote #14 for more information.

Exclude beds "dedicated exclusively" to patients with specialized conditions (e.g., cardiac, burn, trauma, neonatal). "Dedicated exclusively" means that general medical, surgical, medical/surgical, or neuro intensive care patients are not also cared for in these specialized units (except in rare overflow situations). Exclude beds used for step-down/progressive care.


**© 2025 The Leapfrog Group**

[16] ***Staffed ICU Beds***
Indicate the number of ICU beds from question #7 that are regularly in operation, whether currently occupied by a patient or not. If the number has changed over the last year, indicate the average or other number most representative of your operating ICU capacity over the last year. See endnote #14 for more information.

[17] ***Neonatal ICUs***
Include any level neonatal ICU (NICU), i.e., Level II/III, Level III, or Level IV. Exclude neonatal nurseries (Level I and Level II). For more information about what is considered a NICU, please refer to the CDC's definitions of Neonatal Units on p. 15-12 to 15-15 of the following document: http://www.cdc.gov/nhsn/PDFs/pscManual/15LocationsDescriptions_current.pdf.

For the purposes of reporting on NICU admissions in Section 1A: Basic Hospital Information question #13, include admissions to any level NICU, even if counted in question #5. Include transfers from other hospitals as admissions to your hospital. Exclude admissions for patients that were transferred to another facility.

[18] ***CPOE Linked to Pharmacy, Laboratory, ADT Information***
The ability of a CPOE system to catch the majority of common, serious prescribing errors depends on proper identification of patients (ADT information), current and recent pharmacy orders and drug dispensing history, and access and integration of key laboratory results for the patient. CPOE systems that are not linked to those other systems or do not reflect that current information accurately about the patient are not likely to catch serious prescribing errors.

[19] ***Medical, Surgical, and Medical/Surgical Units***
An exact definition on which units would be included in general medical, surgical, or medical/surgical cannot be provided because each hospital is laid out differently. For information about what is considered a general medical, surgical, or medical/surgical unit, please refer to the CDC's definitions of Medical Ward, Medical/Surgical Ward, and Surgical Ward on p. 15-17 to 15-20 of the following document: http://www.cdc.gov/nhsn/PDFs/pscManual/15LocationsDescriptions_current.pdf. The flowchart on p. 15-3 can also be used to help define units in your hospital. Units for patients from a specific service type (e.g., burn, cardiac) and observation units must be excluded. Include telemetry units (defined on p. 15-20 of the above referenced document).

For the purposes of reporting on Sections 2C: BCMA and 6C: Hand Hygiene, include both single and mixed acuity medical, surgical, medical/surgical, and telemetry units, as well as step-down/progressive beds in a dedicated medical, surgical, or medical/surgical unit.

For the purposes of reporting on Section 5C: Nursing Workforce, hospitals must reference the unit definitions and acuity definitions in the measure specifications.

[20] ***Step-down/Progressive Units***
A single acuity unit in which at least 90% of the patients are at a lower level of acuity than patients in a critical care unit, yet at a higher level of acuity than that which is provided in a general care unit. These units may be called progressive care, intermediate care, direct observation, or transitional care units. Telemetry alone is not an indicator of acuity level. To classify as a step-down unit, the telemetry patients must require a higher level of nursing intensity than is available on medical, surgical, and medical/surgical units.

[21] ***Labor and Delivery Units***
Include all antepartum and postpartum units. Nursery units, OR units, and procedural areas must be excluded.


© 2025 The Leapfrog Group

[22] ***Pre-Operative or Post-Anesthesia Care Units***
For reporting on Section 2C: BCMA include all pre-operative and post-anesthesia care units (PACUs) located in or co-located with your hospital. For reporting on Section 6C: Hand Hygiene, include all pre-operative and post-anesthesia care units (PACUs) located in or co-located with your hospital, as well as those located in free-standing hospital outpatient departments that perform the outpatient procedures listed in Section 9: Outpatient Procedures and that share your hospital's license or CMS Certification Number. This includes combined pre-operative and post-anesthesia care units as well. If the hospital distinguishes between post-anesthesia phases within its PACU(s) (i.e., Phase I, Phase II, and Phase III recovery), all phases must be included when reporting.

Pre-operative units include areas where patients are prepared for an inpatient or outpatient surgical or diagnostic procedure, (i.e., where patients have their medical histories reviewed with their care team and receive physical examinations to determine risk factors and other information relevant to the surgery or procedure).

PACUs include areas where patients are watched after an inpatient or outpatient surgical or diagnostic procedure that required anesthesia or sedation and where hospital staff (e.g., nurses, anesthesiologists, and other support services) monitor patient recovery from anesthesia or sedation by keeping track of vitals and providing pain management.

[23] ***Certified Pharmacy Technician***
A certified pharmacy technician would include a pharmacy technician that has earned either the ASHP Medication History-Taking Certificate or the Pharmacy Technicians Certification Board's (PTCB) Medication History Certificate.

[24] ***Sampling for Medication Reconciliation***
The sample must contain at least 30 patients from a 6-month reporting period. Sampling is limited to medical, medical/surgical units and step-down/progressive units (adult only). Patients that were discharged or expired before the Gold Standard Medication History could be obtained must be excluded from the sample. Patients that do not have discharge orders written during the reporting period must also be excluded from the sample. A sampling worksheet is available in the Medication Reconciliation Workbook for those who would like assistance in obtaining a random sample of patients.

[25] ***Gold Standard Medication History***
The Gold Standard Medication History is the list of medications that the patient was taking prior to admission. Within 24 hours after admission, a trained pharmacist, pharmacy resident, or certified pharmacy technician must interview each patient selected for the 6-month sample and obtain the Gold Standard Medication History. Note that this is in addition to, and separate from, any pre-admission medication list that was created as part of normal care. Best practices for collecting the Gold Standard Medication History can be found in the "Other Supporting Materials" for Section 2 on our website.

[26] ***Discrepancies in Gold Standard Medications***
For each Gold Standard Medication, there may be up to two unintentional discrepancies: a discrepancy in admission orders and a discrepancy in discharge orders. For example, if a medication on the Gold Standard Medication History is ordered for a patient on admission with the incorrect dose, this counts as one discrepancy. If this medication is ordered on discharge for the same incorrect dose, this counts as a second discrepancy. The number of unintentional discrepancies is a count of medication orders where an unintentional discrepancy occurred. You should not count the number of errors associated with the same medication order (e.g., a discrepancy in the dose and frequency in the same medication in admission orders counts as one discrepancy).


© 2025 The Leapfrog Group

[27] ***Unintentionally Ordered Additional Medications***
Count medications where a patient was not taking (and was not supposed to be taking) a certain medication, but the medical team incorrectly thought the patient was taking the medication and therefore ordered it on admission and/or discharge. Count each medication once, regardless of whether it was ordered on admission, discharge, or both.

[28] ***Discrepancies Due to Unintentionally Ordered Additional Medications***
For each unintentionally ordered additional medication, there may be up to two discrepancies: unintentionally ordered at admission, unintentionally ordered at discharge, or both. For example, if a medication is unintentionally ordered at admission, then this counts as one discrepancy. If the same medication is also ordered at discharge, then this counts as a second discrepancy.

[29] ***Data Completeness Requirement for the STS Mitral Valve Repair/Replacement (MVRR) Composite Score***
Participants are excluded from the analysis if they have fewer than 36 isolated MVRR procedures in the patient population. Please find more information in the NQF-endorsed measure specifications, available at https://www.sts.org/quality-safety/performance-measures/descriptions#MVRRComposite.

[30] ***High-Risk Deliveries Electively Admitted***
Includes deliveries with:
- *expected* birth weight <1500 grams; or
- gestational age at least 22 weeks but <32 weeks.

Not all women at risk for delivery of babies with these conditions are known beforehand to be at risk. Therefore, deliveries in which these high-risk conditions were unknown prior to admission are not considered electively admitted high-risk deliveries.

If your hospital admits deliveries where these conditions are known prior to admission, then your hospital electively admits high-risk deliveries and you must answer "yes" to question #1; otherwise, answer "no."

[31] ***Co-located***
A location within "immediate physical proximity" of the hospital would be considered a co-located location or unit, e.g., a co-located neonatal ICU (NICU) or co-located hospital outpatient location. "Immediate physical proximity" means the two locations must be physically connected, either by a tunnel, an enclosed bridge, or the locations abut each other so that the hallways readily connect.

[32] ***Very low birth weight babies***
Complicated newborns are those infants with a birth weight <1500 grams. If your hospital has a neonatal ICU (or is co-located with a hospital that has a neonatal ICU) that admits or accepts transfers of neonates with these conditions, you must answer "yes" to question #2.

[33] ***VON's Death or Morbidity Measure***
This measure is collected and calculated by the Vermont Oxford Network and includes patients who have died or are known to have one or more of the following: severe intraventricular hemorrhage (SIVH); chronic lung disease (CLD); necrotizing enterocolitis (NEC); pneumothorax; any late infection (bacterial, fungal, or coagulase negative staph); or cystic periventricular leukomalacia (PVL).

[34] ***All Critical Care Patients***
**"All critical care patients"** means all general medical, surgical, medical/surgical, and neuro ICU patients including critical care patients in mixed acuity units.

[35] ***Managed or Co-Managed***
The intensivist, when present (whether on-site or via telemedicine), is authorized to diagnose, treat, and write orders for a patient in the ICU on the intensivist's own authority. Examples of co-management include, but are not limited to, communication on patient status between the intensivist and hospitalist on a daily basis, intensivists co-develop care plans for all ICU patients, etc. Mandatory consults or daily rounds by an intensivist are not sufficient to meet the managed/co-managed requirement. However, an ICU need not be closed to meet this requirement.

[36] ***Certified in Critical Care Medicine***
A physician who is "certified in Critical Care Medicine" is a board-certified physician who is additionally certified in the subspecialty of Critical Care Medicine. Certification in Critical Care Medicine is awarded by the American Boards of Internal Medicine, Surgery, Anesthesiology, Pediatrics, and Emergency Medicine, as well as the American Osteopathic Board (AOS).

"Neurointensivists" include any physician that meets at least one of the following paths:

- Physicians who are board-certified in their primary specialty and who are additionally certified in the subspecialty of Neurocritical Care Medicine. Certification in Neurocritical Care Medicine is awarded by the United Council for Neurologic Subspecialties (UCNS) or by the American Board of Psychiatry and Neurology, Inc. (ABPN). Physicians who have not yet passed a certifying exam, either through UCNS or ABPN, are considered to be equivalent to a physician "certified in Neurocritical Care Medicine" for up to 3 years after they are eligible to take either: (1) the UCNS exam (UCNS currently offers a "grandfathering" option for their "Practice Track" for exam eligibility) or (2) the ABPN exam (ABPN currently offers a "grandfathering" or practice pathway track for exam eligibility, which will last until 2026). These options provide a 3-year grace period for clinicians to take and pass the necessary exams. To qualify for the grace period, hospitals and/or clinicians will need to provide clear documentation of what their eligibility dates were to sit for one or both of these exams.
- Physicians who are board-certified in their primary specialty and who are additionally credentialed by the American Board of Neurological Surgery (ABNS) through their Recognition of Focused Practice in Neurocritical Care. Physicians who have not yet passed the ABNS Neurocritical Care RFP exam are considered to be equivalent to a physician "certified in Neurocritical Care Medicine" for up to 3 years after they are eligible to take the exam. This provides a 3-year grace period for clinicians to take and pass the necessary exam. To qualify for the grace period, hospitals and/or clinicians will need to provide clear documentation of what their eligibility dates were to sit for the exam.

**Expanded Definition of Certified in Critical Care Medicine**
On an interim basis, three other categories of physicians are considered by Leapfrog to be equivalent to a physician "certified in Critical Care Medicine" for the purpose of meeting the standard:

- Physicians who completed training prior to availability of subspecialty certification in critical care in their specialty (1987 for Internal Medicine, Surgery, Anesthesiology, Pediatrics and 2013 for Emergency Medicine), who are board-certified in their specialty, and who have provided at least six weeks of full-time ICU care annually. (The weeks need not be consecutive weeks.)
- Physicians who have finished their fellowship in Critical Care Medicine, but have not yet passed an existing board-certifying exam, are considered to be equivalent to a physician "Certified in Critical Care Medicine" for up to three years after completion of the fellowship. This provides the physician an adequate window to take her/his boards and re-take if necessary.
- Physicians who are board-certified in their primary specialty and have completed a critical care fellowship at an ACGME-accredited program, but are ineligible to sit for a board-certifying exam in Critical Care in either their primary specialty or subspecialty because their training occurred under two separate certifying boards, are considered to be equivalent to a physician "Certified in


© 2025 The Leapfrog Group

Critical Care Medicine" if they are board-certified in their primary specialty and have provided at least six weeks of full-time ICU care annually. (The weeks need not be consecutive weeks.)

Physicians who have let their board certification lapse are not considered to be "Certified in Critical Care Medicine."

[37] ***Ordinarily and Exclusively Present in the ICU***
**"Ordinarily present in the ICU"** refers to direct on-site presence in the ICU of an intensivist during the 4-hour or 8-hour period. While it need not be the same intensivist for the entire 4-hour or 8-hour period, it is expected that the ICU(s) are primarily staffed by dedicated ICU intensivists who are ordinarily and exclusively present in the ICU(s). "Presence" does *not* mean staffed part-time by multiple physicians who are not ordinarily and exclusively dedicated to the ICU, *nor* does it mean the cumulative time that one or more intensivists spend in the unit visiting, rounding, consulting, or responding to pages.

The standard allows for normally expected intensivist activities outside of the ICU related to their responsibilities in the ICU (e.g., evaluating patients proposed for ICU admission), as long as intensivists are ordinarily present in the ICU and return immediately when paged. An intensivist present in one ICU immediately adjacent to another can be considered present in both units as long as they can respond to demands in both units as if they would if both units were one larger unit. For the purposes of this Survey, "adjacent" units are those units that can be reached within 5 minutes. While tele-intensivists can be used to meet the presence requirement, some on-site intensivist presence is still necessary to meet the Leapfrog specifications.

**"Exclusively"** means that when the physician is in the ICU, they have no concurrent clinical responsibilities to non-ICU patients.

[38] ***Intensivist Presence via Telemedicine***
To meet the Leapfrog ICU requirement for intensivist presence in the ICU via telemedicine, a hospital must be able to document that it fulfills **all** the following 10 key features based on a modification of the approach reported in Critical Care Medicine (Rosenfeld, B. et al. "Intensive care unit telemedicine: Alternate paradigm for providing continuous intensivist care," *Critical Care Medicine*, Vol. 28, No. 1, pp. 3925-3931).

1. A physician certified in critical care medicine (see endnote #36) who is physically present in the ICU ("on-site intensivist") performs a comprehensive review of each ICU patient each day and establishes and/or revises the care plan. The on-site intensivist must be available by phone to answer any questions from the tele-intensivist related to the established or revised care plan.

   The tele-intensivist, who must also be a physician certified in critical care medicine (see endnote #36), has immediate access to information regarding the on-site intensivist's care plan at the time the management responsibility is transferred to the tele-intensivist by the on-site intensivist.

   When care is transferred back to the on-site intensivist, the tele-intensivist must communicate any changes to the care plan to the on-site intensivist. Hospitals relying on electronic hand-offs must ensure that physician sign-in and sign-out of reports is being recorded. In addition, these reports should be monitored as one way to audit compliance with the hand-off process described above.

2. When an intensivist is not on-site in the ICU managing or co-managing all ICU patients, a tele-intensivist is continuously monitoring and able to manage all ICU patients for the remaining 24 hours per day, 7 days per week. "Continuously monitoring" means the tele-intensivist has no other concurrent responsibilities, is immediately available to communicate with ICU staff, and is continuously in the physical presence of the tele-ICU's patient monitoring and communications equipment. "Manage" means authorized to diagnose, treat, and write orders for a patient in the ICU


© 2025 The Leapfrog Group

on the intensivist's own authority.

3. The tele-intensivist's care is proactive, with routine visualization and physiological review of all patients at a frequency appropriate to their severity of illness.

4. The tele-intensivist has immediate access to key patient data, including:
   a) physiologic bedside monitor data (in real-time);
   b) laboratory orders and results;
   c) medications ordered and administered; and,
   d) notes, radiographs, ECGs, etc. on demand.

5. Bedside cameras are physically available in each ICU. If cameras are not mounted in each patient room within the unit, then at least one dedicated bedside camera must be available for every five beds in the ICU, plus a dedicated back-up camera in each ICU. If ICUs are located on different floors of the hospital, each ICU on each floor must have its own set of dedicated cameras if they are not mounted in every room. "Dedicated" means that the cameras are on the unit for the sole purpose of patient care. Personal devices (e.g., personal phones, tablets, etc.) would not meet this requirement.

6. The tele-intensivist must be able to turn on each bedside camera to visualize patients, with sufficient clarity to assess breathing pattern and communicate with on-site personnel at the bedside in real time.

7. Within five minutes of a request for assistance being initiated by hospital staff, the tele-intensivist's patient workload ordinarily permits the tele-intensivist to complete a comprehensive visual and physiological assessment of any patient.

8. Data links between the ICU and the tele-intensivist are reliable (>98% up-time) and secure (HIPAA compliant).

9. Written standards for remote care are established and include, at a minimum:
   a) tele-intensivists are certified by a national medical specialty board in critical care medicine;
   b) tele-intensivists are licensed to practice in the legal jurisdiction in which the ICU is located;
   c) tele-intensivists are credentialed in each hospital to which he/she provides remote care (can be special telemedicine credentialing);
   d) activities of the tele-intensivist are reviewed within the hospital's quality assurance committee structure;
   e) there are explicit written policies regarding roles and responsibilities of both the on-site intensivist and the tele-intensivist;
   f) ICU staff are educated regarding the function, roles, and responsibilities of the tele-intensivist; and
   g) there is an established written process to ensure effective communication between the ICU staff and the tele-intensivist.

10. The tele-intensivist documents patient care activities and this documentation is incorporated into the patient record.

[39] ***Quantified Analysis of Response Times***
Hospitals can monitor the response times of intensivists, "effectors," and clinical pharmacists in multiple ways, as long as the data collection process is non-biased and scientific.

As an example, hospitals can have the ICU staff maintain an exception log in the ICU(s) on six randomly sampled days per year. On those days, ICU nurses could record:


**© 2025 The Leapfrog Group**

- For question #7, the number of calls/pages/texts made to the intensivist when they were not present in the unit (whether on-site or via telemedicine) and the number of times the intensivist's response time exceeded 5 minutes
- For question #8, the number of calls/pages/texts made to a physician, physician assistant, nurse practitioner, or FCCS-certified nurse or intern "effector" and the number of times these individuals did not reach the patient at the bedside within 5 minutes
- For question #13, the number of calls/pages/texts made to the clinical pharmacist on days when they were not rounding on-site in the unit and the number of times the clinical pharmacist's response time exceeded 5 minutes

Hospitals can then estimate whether they meet the 95% timely response standards by dividing the total number of log exceptions by the total number of calls/pages/texts per day.

Hospitals may exclude low-urgency calls/pages/texts, if the notification device system can designate low-urgency calls/pages/texts, or if the hospital has an alternative scientific method for documenting high-urgency calls/pages/texts that are not returned within 5 minutes.

The six randomly selected days can be conducted over the course of a year prior to submission of Section 5 of the Survey. If resubmitting responses to Section 5, six new randomly selected days must be sampled in the three-month reporting period prior to resubmission.

Hospitals that use telemedicine to cover 'call' for the on-site intensivist should review endnote #41. Hospitals that have an effector that is dedicated 24/7 to the ICU (as defined as being within a 5 min walk to the ICU) should review endnote #42.

[40] ***FCCS-Certified Nurse or Intern "Effector"***
FCCS certificates are awarded to nurses and doctors upon their successful completion of a brief course developed by the Society for Critical Care Medicine to improve/confirm critical care knowledge and skills. For more information visit https://www.sccm.org/Education-Center/Educational-Programming/Fundamentals/Fundamental-Critical-Care-Support.

At present, this is the only such course recommended by The Leapfrog Group's expert advisory panel. Intensivists and any other physicians who are certified in critical care medicine (or eligible based on residency training or fellowship) need not also be FCCS certified.

Physicians, physician assistants, and nurse practitioners also are not required to be FCCS certified, but they must meet the criteria specified in endnote #42 to serve as the responder/"effector."

[41] ***Use of Tele-intensivists to Cover Calls***
Hospitals that use telemedicine to cover 'call' for the on-site intensivist are able to answer "yes" to question #7 if: (1) the telemedicine service meets all ten of the requirements outlined in endnote #38; and (2) the hospital has an 'effector' (physician/PA/NP/FCCS certified nurse or intern) on-site during that time period to carry out the tele-intensivist's orders and can reach the ICU patient within 5 minutes, 95% of the time.

[42] ***Physician/PA/NP serving as the Responder/"Effector"***
Physicians/PAs/NPs (includes Clinical nurse Specialists, Nurse Anesthetists, or NPs) serving as the responder in the ICU must meet the following criteria:

1. Be a graduate with a training license from an ACGME accredited training program or have an active state license to practice as a physician, nurse practitioner, or physician assistant in the state in which the patient is located.
2. Have privileges to provide medical services in the unit (i.e., ICU) and for patients of the age range approved in advance by the hospital's governing body (e.g., medical staff committee, chief


© 2025 The Leapfrog Group

medical officer, chief nursing officer, etc.), as specified by the institutions internal policies (bylaws).

3. Carry out the intensivist's orders and instructions, under the intensivist's guidance, when they are serving in a responder role.

If the effector is dedicated 24/7 to the ICU (as defined as being within a 5 min walk to the ICU), then hospitals can indicate "yes" to meeting the response time requirement (5 min response; 95% of the time) in question #8, in lieu of conducting a response time audit.

[43] ***Modified Intensivist Presence via Telemedicine***
To earn reduced credit on the Leapfrog ICU standard for intensivist presence in the ICU via telemonitoring, a hospital must affirm that its telemonitoring intensivist presence fulfills the following nine key features based on a modification of the approach reported in Critical Care Medicine (Rosenfeld, B. et al. "Intensive care unit telemedicine: Alternate paradigm for providing continuous intensivist care," *Critical Care Medicine*, Vol. 28, No. 1, pp. 3925-3931). Note that, as with other Leapfrog specifications, these features must be met under ordinary circumstances.

1. When an intensivist is not on-site in the ICU managing or co-managing all ICU patients, a tele-intensivist is continuously monitoring and able to manage all ICU patients for the remaining 24 hours per day, 7 days per week. "Continuously monitoring" means the tele-intensivist has no other concurrent responsibilities, is immediately available to communicate with ICU staff, and is continuously in the physical presence of the tele-ICU's patient monitoring and communications equipment. "Manage" means authorized to diagnose, treat, and write orders for a patient in the ICU on the intensivist's own authority.

2. The tele-intensivist's care is proactive, with routine visualization and physiological review of all patients at a frequency appropriate to their severity of illness.

3. The tele-intensivist has immediate access to key patient data, including:
   a) physiologic bedside monitor data (in real-time);
   b) laboratory orders and results;
   c) medications ordered and administered; and,
   d) notes, radiographs, ECGs, etc. on demand.

4. Bedside cameras are physically available in each ICU. If cameras are not mounted in each patient room within the unit, then at least one dedicated bedside camera must be available for every five beds in the ICU, plus a dedicated back-up camera in each ICU. If ICUs are located on different floors of the hospital, each ICU on each floor must have its own set of dedicated cameras if they are not mounted in every room. "Dedicated" means that the cameras are on the unit for the sole purpose of patient care. Personal devices (e.g., personal phones, tablets, etc.) would not meet this requirement.

5. The tele-intensivist must be able to turn on each bedside camera to visualize patients, with sufficient clarity to assess breathing pattern and communicate with on-site personnel at the bedside in real time.

6. Within five minutes of a request for assistance being initiated by hospital staff, the tele-intensivist's patient workload ordinarily permits the tele-intensivist to complete a comprehensive visual and physiological assessment of any patient.

7. Data links between the ICU and the tele-intensivist are reliable (>98% up-time) and secure (HIPAA compliant).

8. Written standards for remote care are established and include, at a minimum:


© 2025 The Leapfrog Group

a) tele-intensivists are certified by a national medical specialty board in critical care medicine;
b) tele-intensivists are licensed to practice in the legal jurisdiction in which the ICU is located;
c) tele-intensivists are credentialed in each hospital to which he/she provides remote care (can be special telemedicine credentialing);
d) activities of the tele-intensivist are reviewed within the hospital's quality assurance committee structure;
e) there are explicit written policies regarding roles and responsibilities of both the on-site intensivist and the tele-intensivist;
f) ICU staff are educated regarding the function, roles, and responsibilities of the tele-intensivist; and
g) there is an established written process to ensure effective communication between the ICU staff and the tele-intensivist.

9. The tele-intensivist documents patient care activities and this documentation is incorporated into the patient record.

[44] ***Individuals who touch patients or who touch items that will be used by patients***
This would include individuals who are formally engaged by the hospital to help support the patient care process. This would include both direct and indirect care providers that are likely to have contact with patients in a patient care unit, enter a patient care unit, touch items that will be used by patients in a patient care unit, or interact with patient fluids (e.g., blood, specimens) in a patient care unit, such as doctors, mid-levels, nurses, pharmacists, environmental services staff, phlebotomists, laboratory techs, etc. This would also include students and volunteers. These individuals must be trained to identify and perform proper hand hygiene for the specific indications/moments (see WHO's 5 Moments for Hand Hygiene, CDC's Guideline for Hand Hygiene) that are relevant to their work.

Administrative workers that only perform office duties and do not touch patients or touch items that will be used by patients in a patient care unit would not be included in this definition. Patients and their visitors would also not be included in this definition. While patients and their loved ones are important parts of the patient care process, they are not formally engaged by the hospital for this work. Vendors would also not be included.

[45] ***Professional with Appropriate Training and Skills***
This would include staff formally trained in Infection Control or Infectious Diseases, whose tasks include dedicated time for staff training. In some settings, this could also be medical or nursing staff involved in clinical work, with dedicated time to acquire thorough knowledge of the evidence for and correct practice of hand hygiene.

At a minimum, the trainer must have an understanding of the information and concepts presented in the WHO Guidelines on Hand Hygiene in Health Care and the Hand Hygiene Technical Reference Manual.

[46] ***Diagnostic Process***
A process that starts with the patient's first engagement with the health care system and ends with clinicians either communicating a timely and correct diagnosis or learning from a diagnostic error or near miss that contributed to the patient's clinical outcomes. In that timeframe, clinicians and others involved in caring for the patient gather information, integrate and interpret that information, formulate a diagnosis, communicate the diagnosis to the patient, and develop a plan of care based on the diagnosis (adapted from the National Academy of Medicine's Improving Diagnosis in Health Care, 2015).


© 2025 The Leapfrog Group

[47] ***Dedicated Emergency Department***
A dedicated emergency department is an area of the hospital that meets any one of the following criteria:

- Licensed by the state as an emergency department,
- Holds itself out to the public as providing emergency care, or
- During the preceding calendar year, at least one-third of its outpatient visits were for the treatment of emergency medical conditions.

For the purposes of reporting on the Survey, only include emergency departments that are located in your hospital. Exclude free-standing emergency departments.

[48] ***Never Event***
In 2011, the National Quality Forum released a list of 29 events that they termed "serious reportable events," extremely rare medical errors that should never happen to a patient. Often termed "never events," these include errors such as surgery performed on the wrong body part or on the wrong patient, leaving a foreign object inside a patient after surgery, or discharging an infant to the wrong person. This is an update of NQF's original 2002 and 2006 reports. Please see NQF's "Never Events" list at https://www.qualityforum.org/topics/sres/serious_reportable_events.aspx. Hospitals may not earn credit for this question if they have only implemented a policy that includes the Center for Medicare and Medicaid (CMS) Never Events.

[49] ***Apology to the Patient***
While Leapfrog recognizes that on very rare occasions "never events" can occur that are not the fault of care systems or clinical care staff, given the high level of trust patients place in health care providers, Leapfrog feels it is appropriate for caregivers to apologize when a patient within their care setting suffers a serious event.

As the National Quality Forum identified in their 2002, 2006, and 2011 Serious Reportable Events Report, given the serious nature of these events, it is reasonable for hospitals to initially assume that the adverse event was due to the referenced course of care. And while further investigation and/or root cause analysis of the unplanned event may be needed to confirm or refute the presumed relationship, delaying an apology to the patient is not treating the patient with compassion and sympathy.

[50] ***Reporting Never Events to External Agencies***
If your hospital is not accredited by The Joint Commission or DNV GL Healthcare, is located in a state without a state-wide reporting program for medical errors, AND there is no available Patient Safety Organization to which your hospital can report medical errors, the hospital should report the event to the Board of Trustees. Full implementation of the Never Events policy still requires the hospital to conduct a root cause analysis of the event.

[51] ***Root Cause Analysis***
The National Patient Safety Foundation published a set of best practices and guidelines in its report "RCA$^2$ Improving Root Cause Analysis and Action to Prevent Harm." The report can be found at http://www.ihi.org/resources/Pages/Tools/RCA2-Improving-Root-Cause-Analyses-and-Actions-to-Prevent-Harm.aspx.

[52] ***Top Box Score***
The percent of survey respondents who chose the most positive score for a given item. Looking at the **top box** is an approach to understand the number of responses with a strong sentiment.

For the CAHPS Child Hospital Survey "Global Rating – Recommend hospital" domain, responses of 9 and 10 are included in the top box score. For the "Global Rating – Recommend hospital" domain,

responses of "Definitely yes" are included in the top box score. For all other domains included in Section 8A, the top box score is the percent of survey respondents choosing "Always."

For the OAS CAHPS Survey "Patients' Rating of the Facility" domain, responses of 9 or 10 are included in the top box score. For the "Patients Recommending the Facility" domain, responses of "Definitely yes" are included in the top box score. For all other domains included in Section 9F, the top box score is the percent of survey respondents choosing "Yes, definitely."

[53] ***Operating Rooms***
If your state designates and licenses operating rooms, enter the number of operating rooms licensed by your state that are used to perform the outpatient procedures listed in Section 9C. If your state does not designate and license operating rooms, enter the number of operating rooms used to perform the outpatient procedures listed in Section 9C that meet the following definition from the 2018 FGI Guidelines: a room that meets the requirements of a restricted area, is designated and equipped for performing surgical or other invasive procedures, and has the environmental controls for an OR as indicated in ASHRAE 170. An aseptic field is required for all procedures performed in an OR.

More information about the 2018 FGI Guidelines can be found at https://www.fgiguidelines.org/wp-content/uploads/2017/08/SLS17_FGI_ExamProcedureOperatingImaging_170721.pdf.

Hospitals must include the total number of operating rooms that are used to perform the outpatient procedures listed in Section 9C, including operating rooms that are used for both inpatient and outpatient procedures.

[54] ***Endoscopic Procedure Rooms***
If your state designates and licenses procedure rooms, enter the number of procedure rooms licensed by your state that are used for endoscopies listed in Section 9C. If your state does not designate and license procedure rooms, enter the number of procedure rooms that are used for endoscopies listed in Section 9C that meet the following definition from the 2018 FGI Guidelines: a room designated for the performance of patient care that requires high-level disinfection or sterile instruments and some environmental controls but is not required to be performed with the environmental controls of an operating room.

More information about the 2018 FGI Guidelines can be found at https://www.fgiguidelines.org/wp-content/uploads/2017/08/SLS17_FGI_ExamProcedureOperatingImaging_170721.pdf.

Hospitals must include the total number of procedure rooms that are used to perform the endoscopies listed in Section 9C, including procedure rooms that are used for both inpatient and outpatient procedures.

[55] ***Clinician***
A clinician refers to a physician, physician assistant (PA), nurse practitioner (NP), certified registered nurse anesthetist (CRNA), nurse (RN or MSN), or respiratory therapist.

[56] ***Eligible Discharges***
Discharged adult patients (ages 18 years and older) who had both medically and non-medically necessary outpatient surgeries and/or procedures are eligible to complete the OAS CAHPS Survey. A detailed description of patient sampling criteria, including a list of OAS CAHPS-eligible surgeries and procedures is available in the Protocols and Guidelines Manual, version 9.0 at https://oascahps.org/Survey-Materials.


© 2025 The Leapfrog Group

*The 2025 Leapfrog Hospital Survey is a publication of The Leapfrog Group. The Survey cannot be copied, distributed, or used without the written permission of The Leapfrog Group for any purpose other than an individual hospital's participation in the Survey.*

# TAB 190-7

Form **990**

# Return of Organization Exempt From Income Tax

**Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)**

Do not enter social security numbers on this form as it may be made public.

**Go to www.irs.gov/Form990 for instructions and the latest information.**

OMB No. 1545-0047

**2023**

**Open to Public Inspection**

Department of the Treasury
Internal Revenue Service

**A For the 2023 calendar year, or tax year beginning 07-01-2023 , and ending 06-30-2024**

**B** Check if applicable:
- ☐ Address change
- ☐ Name change
- ☐ Initial return
- ☐ Final return/terminated
- ☐ Amended return
- ☐ Application pending

**C** Name of organization
THE LEAPFROG GROUP

Doing business as

Number and street (or P.O. box if mail is not delivered to street address)
1775 K STREET NW 400

Room/suite

City or town, state or province, country, and ZIP or foreign postal code
WASHINGTON, DC 20006

**D Employer identification number**
52-2359517

E Telephone number
(202) 292-6713

**G** Gross receipts $ 8,356,867

**F** Name and address of principal officer:
LEAH BINDER
1775 K STREET NW 400
WASHINGTON, DC 20006

**H(a)** Is this a group return for subordinates? ☐ Yes ☑ No

**H(b)** Are all subordinates included? ☐ Yes ☐ No
If "No," attach a list. See instructions.

**H(c)** Group exemption number

**I** Tax-exempt status: ☑ 501(c)(3) ☐ 501(c) ( ) (insert no.) ☐ 4947(a)(1) or ☐ 527

**J Website:** WWW.LEAPFROGGROUP.ORG

**K** Form of organization: ☑ Corporation ☐ Trust ☐ Association ☐ Other

**L** Year of formation: 2001

**M** State of legal domicile: DC

## Part I Summary

**Activities & Governance**

1 Briefly describe the organization's mission or most significant activities:
TO INITIATE IMPROVEMENTS IN THE SAFETY AND OVERALL VALUE OF HEALTH CARE TO CONSUMERS.

2 Check this box ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets.

| | | | |
|---|---|---|---|
| 3 | Number of voting members of the governing body (Part VI, line 1a) | 3 | 17 |
| 4 | Number of independent voting members of the governing body (Part VI, line 1b) | 4 | 17 |
| 5 | Total number of individuals employed in calendar year 2023 (Part V, line 2a) | 5 | 22 |
| 6 | Total number of volunteers (estimate if necessary) | 6 | 50 |
| 7a | Total unrelated business revenue from Part VIII, column (C), line 12 | 7a | 0 |
| b | Net unrelated business taxable income from Form 990-T, Part I, line 11 | 7b | 0 |

| | | Prior Year | Current Year |
|---|---|---|---|
| **Revenue** | | | |
| 8 | Contributions and grants (Part VIII, line 1h) | 1,722,124 | 2,496,336 |
| 9 | Program service revenue (Part VIII, line 2g) | 5,784,729 | 5,790,016 |
| 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d ) | 49,402 | 43,878 |
| 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 0 | 26,637 |
| 12 | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 7,556,255 | 8,356,867 |
| **Expenses** | | | |
| 13 | Grants and similar amounts paid (Part IX, column (A), lines 1–3 ) | 0 | 0 |
| 14 | Benefits paid to or for members (Part IX, column (A), line 4) | 0 | 0 |
| 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 4,090,405 | 4,028,459 |
| 16a | Professional fundraising fees (Part IX, column (A), line 11e) | 0 | 0 |
| b | Total fundraising expenses (Part IX, column (D), line 25) 350,992 | | |
| 17 | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) | 3,885,262 | 4,327,751 |
| 18 | Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 7,975,667 | 8,356,210 |
| 19 | Revenue less expenses. Subtract line 18 from line 12 | -419,412 | 657 |

| | **Net Assets or Fund Balances** | Beginning of Current Year | End of Year |
|---|---|---|---|
| 20 | Total assets (Part X, line 16) | 7,552,764 | 6,571,627 |
| 21 | Total liabilities (Part X, line 26) | 5,803,995 | 4,821,749 |
| 22 | Net assets or fund balances. Subtract line 21 from line 20 | 1,748,769 | 1,749,878 |

## Part II Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

**Sign Here**

Signature of officer | 2025-04-10 Date

LEAH BINDER PRESIDENT & CEO
Type or print name and title

PX-824.0

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN P00238304 |
|---|---|---|---|---|
| Firm's name DEMBO JONES PC | | | Firm's EIN 52-1073331 | |
| Firm's address 6116 EXECUTIVE BLVD SUITE 500 NORTH BETHESDA, MD 20852 | | | Phone no. (301) 770-5100 | |

May the IRS discuss this return with the preparer shown above? See Instructions. ☑ Yes ☐ No

**Part III Statement of Program Service Accomplishments**

Check if Schedule O contains a response or note to any line in this Part III . . . . . . . . . . . . . . ☐

**1** Briefly describe the organization's mission:

TO TRIGGER GIANT LEAPS FORWARD IN THE SAFETY, QUALITY, AND AFFORDABILITY OF U.S. HEALTH CARE BY USING TRANSPARENCY TO SUPPORT INFORMED HEALTH CARE DECISIONS AND PROMOTE HIGH-VALUE CARE.

**2** Did the organization undertake any significant program services during the year which were not listed on the prior Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☑ **No**

If "Yes," describe these new services on Schedule O.

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program services? . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☑ **No**

If "Yes," describe these changes on Schedule O.

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported.

**4a** (Code: ) (Expenses $ 3,663,443 including grants of $ ) (Revenue $ 272,914 )

RATINGS: LEAPFROG FIELDS A VOLUNTARY SURVEY OF HOSPITALS AND AMBULATORY SURGERY CENTERS ON QUALITY AND SAFETY PRACTICES. THE SURVEYS INVOLVE MEASURE DEVELOPMENT AND ARE UPDATED ANNUALLY. THE HOSPITAL SURVEY ALSO INCLUDES A TOOL TO EVALUATE SYSTEMS FOR COMPUTERIZED PHYSICIAN ORDER ENTRY OF PHARMACEUTICALS. IN ADDITION, THE DATA FROM THE HOSPITAL SURVEY ARE COMBINED WITH DATA FROM OTHER SOURCES TO FURTHER UNDERSTAND HOSPITAL QUALITY AND SAFETY. THE ORGANIZATION PUBLICLY RATES U.S. HOSPITALS ON THEIR SAFETY IN AN INITIATIVE CALLED THE LEAPFROG HOSPITAL SAFETY GRADE.

**4b** (Code: ) (Expenses $ 2,064,535 including grants of $ ) (Revenue $ 5,469,784 )

COMMUNICATIONS: LEAPFROG COLLECTS, ANALYZES AND DISSEMINATES HEALTH CARE DATA ON QUALITY AND SAFETY TO CONSUMERS AND PURCHASERS TO HELP THEM MAKE DECISIONS ON WHERE TO SEEK CARE. HEALTH CARE PROVIDERS ALSO FIND THE INFORMATION USEFUL FOR THEIR OWN IMPROVEMENT PROGRAMS AND THE OPPORTUNITY TO BENCHMARK AGAINST THEIR PEERS. LEAPFROG WORKS WITH PRINT, RADIO, TELEVISION, DIGITAL AND SOCIAL MEDIA PLATFORMS TO SPREAD INFORMATION ABOUT ITS HEALTH CARE RATINGS AND REPORTS.

**4c** (Code: ) (Expenses $ 1,439,172 including grants of $ ) (Revenue $ 73,955 )

MEMBERSHIP: LEAPFROG WORKS WITH EMPLOYERS AND PURCHASERS OF HEALTH CARE TO ENCOURAGE TRANSPARENCY FROM THE HEALTH CARE COMMUNITY AND EDUCATE EMPLOYEES ON THE SAFEST AND HIGHEST QUALITY PROVIDERS. LEAPFROG ALSO COLLECTS DUES FROM AN ADVISORY COMMITTEE OF HEALTH CARE-FOCUSED COMPANIES WHO OFFER ADVICE AND SUGGESTIONS TO LEAPFROG BUT DO NOT HAVE A GOVERNING ROLE.

**4d** Other program services (Describe in Schedule O.)
(Expenses $ including grants of $ ) (Revenue $ )

**4e** **Total program service expenses** 7,167,150

**Part IV Checklist of Required Schedules**

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* | 1 | Yes | |
| 2 | Is the organization required to complete *Schedule B, Schedule of Contributors*? See instructions. | 2 | Yes | |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* | 3 | | No |
| 4 | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* | 4 | Yes | |
| 5 | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Rev. Proc. 98-19? *If "Yes," complete Schedule C, Part III* | 5 | | No |
| 6 | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D,* Part I | 6 | | No |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* | 7 | | No |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D,* Part III | 8 | | No |
| 9 | Did the organization report an amount in Part X, line 21 for escrow or custodial account liability; serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* | 9 | | No |
| 10 | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi endowments? *If "Yes," complete Schedule D, Part V* | 10 | | No |
| 11 | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X, as applicable. | | | |
| a | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D,* Part VI. | 11a | Yes | |
| b | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* | 11b | | No |
| c | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* | 11c | | No |
| d | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* | 11d | Yes | |
| e | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | 11e | Yes | |
| f | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* | 11f | Yes | |
| 12a | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* | 12a | | No |
| b | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* | 12b | Yes | |
| 13 | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | 13 | | No |
| 14a | Did the organization maintain an office, employees, or agents outside of the United States? | 14a | | No |
| b | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* | 14b | | No |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* | 15 | | No |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* | 16 | | No |
| 17 | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I.* See instructions. | 17 | | No |
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* | 18 | | No |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* | 19 | | No |
| 20a | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* | 20a | | No |
| b | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | 20b | | |
| 21 | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* | 21 | | No |

**Part IV Checklist of Required Schedules** *(continued)*

| | | | Yes | No |
|---|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* | 22 | | No |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5, about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* | 23 | Yes | |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* | 24a | | No |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? | 24b | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? | 24c | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? | 24d | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L,* Part I | 25a | | No |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L,* Part I | 25b | | No |
| 26 | Did the organization report any amount on Part X, line 5 or 22 for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* | 26 | | No |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L,* Part III | 27 | | No |
| 28 | Was the organization a party to a business transaction with one of the following parties (see the Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* | 28a | | No |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* | 28b | | No |
| c | A 35% controlled entity of one or more individuals and/or organizations described in line 28a or 28b? *If "Yes," complete Schedule L, Part IV* | 28c | | No |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* | 29 | | No |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* | 30 | | No |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | 31 | | No |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* | 32 | | No |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* | 33 | Yes | |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* | 34 | | No |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | 35a | | No |
| b | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* | 35b | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* | 36 | | No |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* | 37 | | No |
| 38 | Did the organization complete Schedule O and provide explanations on Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O. | 38 | Yes | |

**Part V Statements Regarding Other IRS Filings and Tax Compliance**

Check if Schedule O contains a response or note to any line in this Part V ☐

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| 1a | Enter the number reported in box 3 of Form 1096. Enter -0- if not applicable | 1a | 33 | | | |
| b | Enter the number of Forms W-2G included on line 1a. Enter -0- if not applicable | 1b | 0 | | | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? | | | 1c | Yes | |

Case 9:25-cv-80526-DMM Document 190-7 Entered on FLSD Docket 02/02/2026 Page 5 of 37
USCA11 Case: 26-11527 Document: 60-4 Date Filed: 11/20/2026 Page: 118 of 210

**Part V Statements Regarding Other IRS Filings and Tax Compliance** *(continued)*

| | | | | Yes | No |
|---|---|---|---|---|---|
| 2a | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return | 2a 22 | | | |
| b | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? | | 2b | Yes | |
| 3a | Did the organization have unrelated business gross income of $1,000 or more during the year? | | 3a | | No |
| b | If "Yes," has it filed a Form 990-T for this year? *If "No" to line 3b, provide an explanation in Schedule O* | | 3b | | |
| 4a | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? | | 4a | | No |
| b | If "Yes," enter the name of the foreign country: See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | | |
| 5a | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? | | 5a | | No |
| b | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | | 5b | | No |
| c | If "Yes," to line 5a or 5b, did the organization file Form 8886-T? | | 5c | | |
| 6a | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? | | 6a | | No |
| b | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? | | 6b | | |
| 7 | **Organizations that may receive deductible contributions under section 170(c).** | | | | |
| a | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? | | 7a | | No |
| b | If "Yes," did the organization notify the donor of the value of the goods or services provided? | | 7b | | |
| c | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? | | 7c | | No |
| d | If "Yes," indicate the number of Forms 8282 filed during the year | 7d | | | |
| e | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | | 7e | | No |
| f | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? | | 7f | | No |
| g | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? | | 7g | | |
| h | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? | | 7h | | |
| 8 | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? | | 8 | | |
| 9 | **Sponsoring organizations maintaining donor advised funds.** | | | | |
| a | Did the sponsoring organization make any taxable distributions under section 4966? | | 9a | | |
| b | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? | | 9b | | |
| 10 | **Section 501(c)(7) organizations.** Enter: | | | | |
| a | Initiation fees and capital contributions included on Part VIII, line 12 | 10a | | | |
| b | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | 10b | | | |
| 11 | **Section 501(c)(12) organizations.** Enter: | | | | |
| a | Gross income from members or shareholders | 11a | | | |
| b | Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.) | 11b | | | |
| 12a | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | | 12a | | |
| b | If "Yes," enter the amount of tax-exempt interest received or accrued during the year. | 12b | | | |
| 13 | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | |
| a | Is the organization licensed to issue qualified health plans in more than one state? **Note.** See the instructions for additional information the organization must report on Schedule O. | | 13a | | |
| b | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans | 13b | | | |
| c | Enter the amount of reserves on hand | 13c | | | |
| 14a | Did the organization receive any payments for indoor tanning services during the tax year? | | 14a | | No |
| b | If "Yes," has it filed a Form 720 to report these payments? *If "No," provide an explanation in Schedule O* | | 14b | | |
| 15 | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? If "Yes," see the instructions and file Form 4720, Schedule N. | | 15 | | No |
| 16 | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? If "Yes," complete Form 4720, Schedule O. | | 16 | | No |
| 17 | **Section 501(c)(21) organizations.** Did the trust, or any disqualified or other person engage in any activities that would result in the imposition of an excise tax under section 4951, 4952, or 4953? If "Yes," complete Form 6069. | | 17 | | |

**Part VI** **Governance, Management, and Disclosure.** *For each "Yes" response to lines 2 through 7b below, and for a "No" response to lines 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.*
Check if Schedule O contains a response or note to any line in this Part VI ☑

**Section A. Governing Body and Management**

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year | **1a** | 17 | | |
| | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. | | | | |
| **b** | Enter the number of voting members included in line 1a, above, who are independent | **1b** | 17 | | |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? | **2** | | | No |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? | **3** | | | No |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? | **4** | | | No |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets? | **5** | | | No |
| **6** | Did the organization have members or stockholders? | **6** | | | No |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? | **7a** | | | No |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? | **7b** | | | No |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | | |
| **a** | The governing body? | **8a** | | Yes | |
| **b** | Each committee with authority to act on behalf of the governing body? | **8b** | | Yes | |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses in Schedule O* | **9** | | | No |

**Section B. Policies** (*This Section B requests information about policies not required by the Internal Revenue Code.*)

| | | | Yes | No |
|---|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates? | **10a** | | No |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? | **11a** | Yes | |
| **b** | Describe on Schedule O the process, if any, used by the organization to review this Form 990. | | | |
| **12a** | Did the organization have a written conflict of interest policy? *If "No," go to line 13* | **12a** | Yes | |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? | **12b** | Yes | |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe on Schedule O how this was done* | **12c** | Yes | |
| **13** | Did the organization have a written whistleblower policy? | **13** | Yes | |
| **14** | Did the organization have a written document retention and destruction policy? | **14** | Yes | |
| **15** | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| **a** | The organization's CEO, Executive Director, or top management official | **15a** | Yes | |
| **b** | Other officers or key employees of the organization | **15b** | Yes | |
| | If "Yes" to line 15a or 15b, describe the process on Schedule O. See instructions. | | | |
| **16a** | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? | **16a** | | No |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? | **16b** | | |

**Section C. Disclosure**

**17** List the states with which a copy of this Form 990 is required to be filed
AL , AR , CA , FL , GA , HI , IL , KS , KY , MD , MA , MI , MN , MS , NH , NJ , NM , NY , ND , OR , PA , RI , SC , TN , UT , WV , WI , CT

**18** Section 6104 requires an organization to make its Form 1023 (1024 or 1024-A, if applicable), 990, and 990-T (section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.
☐ Own website ☐ Another's website ☑ Upon request ☐ Other (explain in Schedule O)

**19** Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.

**20** State the name, address, and telephone number of the person who possesses the organization's books and records:
LEAH BINDER THE LEAPFROG GROUP 1775 K STREET NW 400 WASHINGTON, DC 20006 (202) 292-6713

Case 9:25-cv-80526-DMM Document 190-7 Entered on FLSD Docket 02/02/2026 Page 7 of 37
USCA11 Case: 26-11527 Document: 60-4 Date Filed: 11/20/2026 Page: 120 of 210

**Part VII** **Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees and Independent Contractors**

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . . ☐

**Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

- List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.
- List all of the organization's **current** key employees, if any. See the instructions for definition of "key employee."
- List the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (box 5 of Form W-2, box 6 of Form 1099-MISC, and/or box 1 of Form 1099-NEC) of more than $100,000 from the organization and any related organizations.
- List all of the organization's **former** officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.
- List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See the instructions for the order in which to list the persons above.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee): Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | (D) Reportable compensation from the organization (W-2/1099-MISC/1099-NEC) | (E) Reportable compensation from related organizations (W-2/1099-MISC/1099-NEC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| (1) LINDA SCHWIMMER<br>VICE CHAIR | 3.00 | X | | X | | | | 0 | 0 | 0 |
| (2) JOHN G ZERN<br>TREASURER | 3.00 | X | | X | | | | 0 | 0 | 0 |
| (3) SALLY WELBORN<br>SECRETARY | 3.00 | X | | X | | | | 0 | 0 | 0 |
| (4) MICHELLE MARTIN<br>CHAIR | 3.00 | X | | X | | | | 0 | 0 | 0 |
| (5) IRENE FRASER<br>BOARD MEMBER | 1.00 | X | | | | | | 0 | 0 | 0 |
| (6) DOLORES MITCHELL<br>BOARD MEMBER | 1.00 | X | | | | | | 0 | 0 | 0 |
| (7) AARON SCHRADER<br>BOARD MEMBER | 1.00 | X | | | | | | 0 | 0 | 0 |
| (8) RAQUEL C BONO<br>BOARD MEMBER | 1.00 | X | | | | | | 0 | 0 | 0 |
| (9) MAUREEN RYAN<br>BOARD MEMBER | 1.00 | X | | | | | | 0 | 0 | 0 |
| (10) LINA WALKER<br>BOARD MEMBER | 1.00 | X | | | | | | 0 | 0 | 0 |
| (11) G RUMAY ALEXANDER<br>BOARD MEMBER | 1.00 | X | | | | | | 0 | 0 | 0 |
| (12) KENNETH MENDEZ<br>BOARD MEMBER | 1.00 | X | | | | | | 0 | 0 | 0 |
| (13) BILL BONK<br>BOARD MEMBER | 1.00 | X | | | | | | 0 | 0 | 0 |
| (14) ARNOLD MILSTEIN<br>BOARD MEMBER | 1.00 | X | | | | | | 0 | 0 | 0 |
| (15) JANET LUCAS-TAYLOR<br>DIRECTOR | 1.00 | X | | | | | | 0 | 0 | 0 |
| (16) SUE SHERIDAN<br>DIRECTOR | 1.00 | X | | | | | | 0 | 0 | 0 |
| (17) KAREN VAN CAULIL<br>DIRECTOR | 1.00 | X | | | | | | 0 | 0 | 0 |

Case 9:25-cv-80526-DMM Document 190-7 Entered on FLSD Docket 02/02/2026 Page 8 of 37
USCA11 Case: 26-11527 Document: 60-4 Date Filed: 11/20/2026 Page: 121 of 210

**Part VII** Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | (D) Reportable compensation from the organization (W-2/1099-MISC/1099-NEC) | (E) Reportable compensation from related organizations (W-2/1099-MISC/1099-NEC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| (18) LEAH BINDER<br>PRESIDENT & CEO | 40.00 | | | X | | | | 669,446 | 0 | 91,616 |
| (19) MELISSA DANFORTH<br>VP, HEALTH CARE RATINGS | 40.00 | | | | X | | | 376,743 | 0 | 69,997 |
| (20) PATRICE BROWN<br>CHIEF OPERATING OFFICER | 40.00 | | | | X | | | 206,603 | 0 | 18,164 |
| (21) RALPH JOHNSON<br>VP OF INFORMATICS AND TECH | 40.00 | | | | | X | | 275,145 | 0 | 65,983 |
| (22) JILL BERGER<br>DIRECTOR, EMPLOYER AND PAY | 40.00 | | | | | X | | 191,079 | 0 | 37,727 |
| (23) KAREN JUPITER<br>VP OF DEVELOPMENT | 40.00 | | | | | X | | 261,285 | 0 | 41,885 |
| (24) KAYLEE C SCARIM<br>SENIOR PROGRAM ANALYST | 40.00 | | | | | X | | 121,533 | 0 | 21,195 |
| (25) JEAN-LUC TILLY<br>PROGRAM MANAGER | 40.00 | | | | | X | | 125,050 | 0 | 15,854 |

| | (D) | (E) | (F) |
|---|---|---|---|
| **1b Sub-Total** | | | |
| **c Total from continuation sheets to Part VII, Section A** | | | |
| **d Total (add lines 1b and 1c)** | 2,226,884 | 0 | 362,421 |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization 12

| | | | Yes | No |
|---|---|---|---|---|
| **3** | Did the organization list any **former** officer, director or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* | 3 | | No |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* | 4 | Yes | |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization?*If "Yes," complete Schedule J for such person* | 5 | | No |

**Section B. Independent Contractors**

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization’s tax year.

| (A) Name and business address | (B) Description of services | (C) Compensation |
|---|---|---|
| SKVARE LLC<br>5900 BALCONES DRIVE STE 12032<br>AUSTIN, TX 78731 | CONSULTANTS | 361,225 |
| JOHNS HOPKINS UNIVERSITY<br>733 NORTH BROADWAY SUITE 117<br>BALTIMORE, MD 21205 | CONSULTANTS | 330,115 |
| TELEAFFECTS<br>195 INTERNATIONAL PKWY SSTE 211<br>LAKE MARY, FL 32746 | CONSULTANTS | 254,608 |
| NEXT LEVEL STRATEGIES<br>2 STARBRIDGE CT<br>SAVANNAH, GA 31411 | CONSULTANTS | 243,250 |
| CURA STRATEGIES LLC<br>2011 CRYSTAL DR 1005<br>ARLINGTON, VA 22202 | CONSULTANTS | 145,750 |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization 8

Case 9:25-cv-80526-DMM Document 190-7 Entered on FLSD Docket 02/02/2026 Page 9 of 37
USCA11 Case: 26-11527 Document: 60-4 Date Filed: 11/20/2026 Page: 122 of 210

**Part VIII Statement of Revenue**

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . . . ☐

| Section | Line | Description | Box / Business Code | Amount | (A) Total revenue | (B) Related or exempt function revenue | (C) Unrelated business revenue | (D) Revenue excluded from tax under sections 512 - 514 |
|---|---|---|---|---|---|---|---|---|
| Contributions, gifts, grants, and other similar amounts | 1a | Federated campaigns | 1a | | | | | |
| | b | Membership dues | 1b | 1,141,413 | | | | |
| | c | Fundraising events | 1c | | | | | |
| | d | Related organizations | 1d | | | | | |
| | e | Government grants (contributions) | 1e | | | | | |
| | f | All other contributions, gifts, grants, and similar amounts not included above | 1f | 1,354,923 | | | | |
| | g | Noncash contributions included in lines 1a - 1f:$ | 1g | | | | | |
| | h | **Total.** Add lines 1a-1f | | | 2,496,336 | | | |
| Program Service Revenue | | | Business Code | | | | | |
| | 2a | LICENSING REVENUE | 611430 | | 3,288,926 | 3,288,926 | | |
| | b | DATA LICENSURE | 611430 | | 2,174,816 | 2,174,816 | | |
| | c | DATA PRODUCTS AND REPO | 611430 | | 314,499 | 314,499 | | |
| | d | MEDIA PARTNERSHIP | 611430 | | 11,775 | 11,775 | | |
| | e | | | | | | | |
| | f | All other program service revenue. | | | | | | |
| | g | **Total.** Add lines 2a–2f. | | | 5,790,016 | | | |
| Other Revenue | 3 | Investment income (including dividends, interest, and other similar amounts) | | | 43,878 | | | 43,878 |
| | 4 | Income from investment of tax-exempt bond proceeds | | | | | | |
| | 5 | Royalties | | | | | | |
| | 6a | Gross rents | 6a | (i) Real: ; (ii) Personal: | | | | |
| | b | Less: rental expenses | 6b | (i) Real: ; (ii) Personal: | | | | |
| | c | Rental income or (loss) | 6c | (i) Real: ; (ii) Personal: | | | | |
| | d | Net rental income or (loss) | | | | | | |
| | 7a | Gross amount from sales of assets other than inventory | 7a | (i) Securities: ; (ii) Other: | | | | |
| | b | Less: cost or other basis and sales expenses | 7b | (i) Securities: ; (ii) Other: | | | | |
| | c | Gain or (loss) | 7c | (i) Securities: ; (ii) Other: | | | | |
| | d | Net gain or (loss) | | | | | | |
| | 8a | Gross income from fundraising events (not including $ ____ of contributions reported on line 1c). See Part IV, line 18 | 8a | | | | | |
| | b | Less: direct expenses | 8b | | | | | |
| | c | Net income or (loss) from fundraising events | | | | | | |
| | 9a | Gross income from gaming activities. See Part IV, line 19 | 9a | | | | | |
| | b | Less: direct expenses | 9b | | | | | |
| | c | Net income or (loss) from gaming activities | | | | | | |
| | 10a | Gross sales of inventory, less returns and allowances | 10a | | | | | |
| | b | Less: cost of goods sold | 10b | | | | | |
| | c | Net income or (loss) from sales of inventory | | | | | | |
| Miscellaneous Revenue | | | Business Code | | | | | |
| | 11a | MISCELLANEOUS INCOME | 900099 | | 26,637 | 26,637 | | |
| | b | | | | | | | |
| | c | | | | | | | |
| | d | All other revenue | | | | | | |
| | e | **Total.** Add lines 11a–11d | | | 26,637 | | | |
| | 12 | **Total revenue.** See instructions | | | 8,356,867 | 5,816,653 | 0 | 43,878 |



**SA 714**

PX-824.0, page 9 of 37

Case 9:25-cv-80525-DMM Document 190-7 Entered on FLSD Docket 02/02/2026 Page 10 of 37
USCA11 Case: 26-11527 Document: 60-4 Date Filed: 11/20/2026 Page: 123 of 210

**Part IX Statement of Functional Expenses**

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . . . . . ☑

| **Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.** | (A) Total expenses | (B) Program service expenses | (C) Management and general expenses | (D) Fundraising expenses |
|---|---|---|---|---|
| 1 Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 | | | | |
| 2 Grants and other assistance to domestic individuals. See Part IV, line 22 | | | | |
| 3 Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16. | | | | |
| 4 Benefits paid to or for members | | | | |
| 5 Compensation of current officers, directors, trustees, and key employees | 1,290,454 | 1,095,780 | 168,253 | 26,421 |
| 6 Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) | | | | |
| 7 Other salaries and wages | 2,102,415 | 1,619,707 | 276,857 | 205,851 |
| 8 Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) | 197,568 | 162,028 | 21,749 | 13,791 |
| 9 Other employee benefits | 234,412 | 197,324 | 20,378 | 16,710 |
| 10 Payroll taxes | 203,610 | 161,902 | 27,841 | 13,867 |
| 11 Fees for services (non-employees): | | | | |
| a Management | | | | |
| b Legal | | | | |
| c Accounting | | | | |
| d Lobbying | | | | |
| e Professional fundraising services. See Part IV, line 17 | | | | |
| f Investment management fees | | | | |
| g Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O) | 1,364,596 | 1,364,596 | | |
| 12 Advertising and promotion | 358,116 | 355,896 | | 2,220 |
| 13 Office expenses | | | | |
| 14 Information technology | 558,310 | 536,603 | 5,583 | 16,124 |
| 15 Royalties | | | | |
| 16 Occupancy | | | | |
| 17 Travel | 239,504 | 235,727 | 2,926 | 851 |
| 18 Payments of travel or entertainment expenses for any federal, state, or local public officials | | | | |
| 19 Conferences, conventions, and meetings | 337,157 | 324,071 | 12,987 | 99 |
| 20 Interest | | | | |
| 21 Payments to affiliates | | | | |
| 22 Depreciation, depletion, and amortization | 189,333 | 162,006 | 13,451 | 13,876 |
| 23 Insurance | | | | |
| 24 Other expenses. Itemize expenses not covered above (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| a OPERATIONS | 940,897 | 626,319 | 278,097 | 36,481 |
| b COMMUNICATIONS | 271,902 | 271,902 | | |
| c RECRUITING AND TRAINING | 42,368 | 40,460 | 1,500 | 408 |
| d DUES AND SUBSCRIPTIONS | 21,275 | 12,829 | 8,446 | |
| e All other expenses | 4,293 | | | 4,293 |
| 25 **Total functional expenses.** Add lines 1 through 24e | 8,356,210 | 7,167,150 | 838,068 | 350,992 |
| 26 **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ☐ if following SOP 98-2 (ASC 958-720). | | | | |

**Part X Balance Sheet**

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . . ☐

| | | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|---|
| Assets | 1 | Cash–non-interest-bearing | | 874,505 | 1 | 1,028,887 |
| | 2 | Savings and temporary cash investments | | 2,125,422 | 2 | 752,983 |
| | 3 | Pledges and grants receivable, net | | 4,950 | 3 | 2,450 |
| | 4 | Accounts receivable, net | | 615,765 | 4 | 697,530 |
| | 5 | Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | | 5 | |
| | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) | | | 6 | |
| | 7 | Notes and loans receivable, net | | | 7 | |
| | 8 | Inventories for sale or use | | | 8 | |
| | 9 | Prepaid expenses and deferred charges | | 156,242 | 9 | 308,181 |
| | 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D | 10a 1,968,130 | | | |
| | b | Less: accumulated depreciation | 10b 945,093 | 634,842 | 10c | 1,023,037 |
| | 11 | Investments—publicly traded securities | | | 11 | |
| | 12 | Investments—other securities. See Part IV, line 11 | | | 12 | |
| | 13 | Investments—program-related. See Part IV, line 11 | | | 13 | |
| | 14 | Intangible assets | | | 14 | |
| | 15 | Other assets. See Part IV, line 11 | | 3,141,038 | 15 | 2,758,559 |
| | 16 | **Total assets.** Add lines 1 through 15 (must equal line 33) | | 7,552,764 | 16 | 6,571,627 |
| Liabilities | 17 | Accounts payable and accrued expenses | | 475,069 | 17 | 701,453 |
| | 18 | Grants payable | | | 18 | |
| | 19 | Deferred revenue | | 1,059,737 | 19 | 881,398 |
| | 20 | Tax-exempt bond liabilities | | | 20 | |
| | 21 | Escrow or custodial account liability. Complete Part IV of Schedule D | | | 21 | |
| | 22 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | | 22 | |
| | 23 | Secured mortgages and notes payable to unrelated third parties | | | 23 | |
| | 24 | Unsecured notes and loans payable to unrelated third parties | | | 24 | |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17 - 24). Complete Part X of Schedule D | | 4,269,189 | 25 | 3,238,898 |
| | 26 | **Total liabilities.** Add lines 17 through 25 | | 5,803,995 | 26 | 4,821,749 |
| Net Assets or Fund Balances | | **Organizations that follow FASB ASC 958, check here ☑ and complete lines 27, 28, 32, and 33.** | | | | |
| | 27 | Net assets without donor restrictions | | 1,748,769 | 27 | 1,610,866 |
| | 28 | Net assets with donor restrictions | | | 28 | 139,012 |
| | | **Organizations that do not follow FASB ASC 958, check here ▶ ☐ and complete lines 29 through 33.** | | | | |
| | 29 | Capital stock or trust principal, or current funds | | | 29 | |
| | 30 | Paid-in or capital surplus, or land, building or equipment fund | | | 30 | |
| | 31 | Retained earnings, endowment, accumulated income, or other funds | | | 31 | |
| | 32 | Total net assets or fund balances | | 1,748,769 | 32 | 1,749,878 |
| | 33 | Total liabilities and net assets/fund balances | | 7,552,764 | 33 | 6,571,627 |

**Part XI Reconciliation of Net Assets**

Check if Schedule O contains a response or note to any line in this Part XI . . . ☐

| | | | |
|---|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) | 1 | 8,356,867 |
| 2 | Total expenses (must equal Part IX, column (A), line 25) | 2 | 8,356,210 |
| 3 | Revenue less expenses. Subtract line 2 from line 1 | 3 | 657 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) | 4 | 1,748,769 |
| 5 | Net unrealized gains (losses) on investments | 5 | 452 |
| 6 | Donated services and use of facilities | 6 | |
| 7 | Investment expenses | 7 | |
| 8 | Prior period adjustments | 8 | |
| 9 | Other changes in net assets or fund balances (explain in Schedule O) | 9 | 0 |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) | 10 | 1,749,878 |

**Part XII Financial Statements and Reporting**

Check if Schedule O contains a response or note to any line in this Part XII . . . ☑

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990: ☐ Cash ☑ Accrual ☐ Other ______<br>If the organization changed its method of accounting from a prior year or checked "Other," explain on Schedule O. | | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? | 2a | | No |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both:<br>☐ Separate basis ☐ Consolidated basis ☐ Both consolidated and separate basis | | | |
| b | Were the organization's financial statements audited by an independent accountant? | 2b | Yes | |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both:<br>☐ Separate basis ☑ Consolidated basis ☐ Both consolidated and separate basis | | | |
| c | If "Yes," to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | 2c | Yes | |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Uniform Guidance, 2 C.F.R. Part 200, Subpart F? | 3a | | No |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits. | 3b | | |

| efile GRAPHIC print | Submission Date - 2025-04-17 | DLN: 93493107011255 |
|---|---|---|



**SCHEDULE A (Form 990)**

Department of the Treasury Internal Revenue Service

# Public Charity Status and Public Support

**Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust.**
**▶ Attach to Form 990 or Form 990-EZ.**
**▶ Go to *www.irs.gov/Form990* for instructions and the latest information.**

OMB No. 1545-0047

**2023**

**Open to Public Inspection**

**Name of the organization**
THE LEAPFROG GROUP

**Employer identification number**
52-2359517

**Part I** **Reason for Public Charity Status** (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1 ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2 ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990).)

3 ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4 ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state:

5 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv).** (Complete Part II.)

6 ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7 ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

8 ☐ A community trust described in **section 170(b)(1)(A)(vi)**. (Complete Part II.)

9 ☐ An agricultural research organization described in **170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land grant college of agriculture. See instructions. Enter the name, city, and state of the college or university:

10 ☑ An organization that normally receives: (1) more than 33 1/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 33 1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

11 ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

12 ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box on lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

a ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

b ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

c ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

d ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

e ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

f Enter the number of supported organizations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ________

g Provide the following information about the supported organization(s).

| **(i)** Name of supported organization | **(ii)** EIN | **(iii)** Type of organization (described on lines 1- 10 above (see instructions)) | **(iv)** Is the organization listed in your governing document? Yes | No | **(v)** Amount of monetary support (see instructions) | **(vi)** Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| **Total** | | | | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.** Cat. No. 11285F **Schedule A (Form 990) 2023**

**Part II** **Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)**
(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III. If the organization failed to qualify under the tests listed below, please complete Part III.)

**Section A. Public Support**

| **Calendar year (or fiscal year beginning in)** ▶ | **(a)** 2019 | **(b)** 2020 | **(c)** 2021 | **(d)** 2022 | **(e)** 2023 | **(f)** Total |
|---|---|---|---|---|---|---|
| 1 Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grant.") | | | | | | |
| 2 Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| 3 The value of services or facilities furnished by a governmental unit to the organization without charge.. | | | | | | |
| 4 **Total.** Add lines 1 through 3 | | | | | | |
| 5 The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) | | | | | | |
| 6 **Public support.** Subtract line 5 from line 4. | | | | | | |

**Section B. Total Support**

| **Calendar year (or fiscal year beginning in)** ▶ | **(a)** 2019 | **(b)** 2020 | **(c)** 2021 | **(d)** 2022 | **(e)** 2023 | **(f)** Total |
|---|---|---|---|---|---|---|
| 7 Amounts from line 4. | | | | | | |
| 8 Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. | | | | | | |
| 9 Net income from unrelated business activities, whether or not the business is regularly carried on. | | | | | | |
| 10 Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.). | | | | | | |
| 11 **Total support.** Add lines 7 through 10 | | | | | | |

12 Gross receipts from related activities, etc. (see instructions) . . . . . . 12

13 **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** . . . . . ▶ ☐

**Section C. Computation of Public Support Percentage**

14 Public support percentage for 2023 (line 6, column (f) divided by line 11, column (f)) . . . . 14

15 Public support percentage for 2022 Schedule A, Part II, line 14 . . . . 15

16a **33 1/3% support test—2023.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . ▶ ☐

b **33 1/3% support test—2022.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . ▶ ☐

17a **10%-facts-and-circumstances test—2023.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . ▶ ☐

b **10%-facts-and-circumstances test—2022.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . ▶ ☐

18 **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions . . . . ▶ ☐

**Part III** **Support Schedule for Organizations Described in Section 509(a)(2)**

(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

## Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2019 | (b) 2020 | (c) 2021 | (d) 2022 | (e) 2023 | (f) Total |
|---|---|---|---|---|---|---|
| 1 Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") . | 435,427 | 1,419,432 | 1,365,819 | 1,837,788 | 2,496,336 | 7,554,802 |
| 2 Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | 5,446,926 | 5,560,125 | 5,883,131 | 5,669,065 | 5,816,653 | 28,375,900 |
| 3 Gross receipts from activities that are not an unrelated trade or business under section 513 . . . . . | | | | | | |
| 4 Tax revenues levied for the organization's benefit and either paid to or expended on its behalf . . . | | | | | | |
| 5 The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| 6 **Total.** Add lines 1 through 5 | 5,882,353 | 6,979,557 | 7,248,950 | 7,506,853 | 8,312,989 | 35,930,702 |
| 7a Amounts included on lines 1, 2, and 3 received from disqualified persons | 77,500 | 641,243 | 765,594 | 554,402 | 814,353 | 2,853,092 |
| b Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year. | 911,002 | 828,522 | 815,599 | 1,550,539 | 625,846 | 4,731,508 |
| c Add lines 7a and 7b. . | 988,502 | 1,469,765 | 1,581,193 | 2,104,941 | 1,440,199 | 7,584,600 |
| 8 **Public support.** (Subtract line 7c from line 6.) | | | | | | 28,346,102 |

## Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2019 | (b) 2020 | (c) 2021 | (d) 2022 | (e) 2023 | (f) Total |
|---|---|---|---|---|---|---|
| 9 Amounts from line 6. . . | 5,882,353 | 6,979,557 | 7,248,950 | 7,506,853 | 8,312,989 | 35,930,702 |
| 10a Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . | 1,293 | 181 | 449 | 49,402 | 43,878 | 95,203 |
| b Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975. | | | | | | |
| c Add lines 10a and 10b. | 1,293 | 181 | 449 | 49,402 | 43,878 | 95,203 |
| 11 Net income from unrelated business activities not included on line 10b, whether or not the business is regularly carried on. | | | | | | |
| 12 Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) . . | | | | | | |
| 13 **Total support.** (Add lines 9, 10c, 11, and 12.). . | 5,883,646 | 6,979,738 | 7,249,399 | 7,556,255 | 8,356,867 | 36,025,905 |

14 **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here**. . . . . . ▶ ☐

## Section C. Computation of Public Support Percentage

| | | | |
|---|---|---|---|
| 15 | Public support percentage for 2023 (line 8, column (f) divided by line 13, column (f)) . . . | 15 | 78.680 % |
| 16 | Public support percentage from 2022 Schedule A, Part III, line 15 . . . | 16 | 87.130 % |

## Section D. Computation of Investment Income Percentage

| | | | |
|---|---|---|---|
| 17 | Investment income percentage for **2023** (line 10c, column (f) divided by line 13, column (f)) . . . | 17 | 0.260 % |
| 18 | Investment income percentage from **2022** Schedule A, Part III, line 17 . . . | 18 | 0.030 % |

19a **33 1/3% support tests-2023.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . ▶ ☑

b **33 1/3% support tests—2022.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3% and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . ▶ ☐

20 **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions . . . ▶ ☐

**Part IV Supporting Organizations**

(Complete only if you checked a box on line 12 of Part I. If you checked box 12a, of Part I, complete Sections A and B. If you checked box 12b, of Part I, complete Sections A and C. If you checked box 12c, of Part I, complete Sections A, D, and E. If you checked box 12d, of Part I, complete Sections A and D, and complete Part V.)

**Section A. All Supporting Organizations**

| | | Line | Yes | No |
|---|---|---|---|---|
| **1** | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If "No," describe in **Part VI** how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain.* | **1** | | |
| **2** | Did the organization have any supported organization that does not have an IRS determination of status under section 509(a)(1) or (2)? *If "Yes," explain in **Part VI** how the organization determined that the supported organization was described in section 509(a)(1) or (2).* | **2** | | |
| **3a** | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If "Yes," answer lines 3b and 3c below.* | **3a** | | |
| **b** | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If "Yes," describe in **Part VI** when and how the organization made the determination.* | **3b** | | |
| **c** | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If "Yes," explain in **Part VI** what controls the organization put in place to ensure such use*. | **3c** | | |
| **4a** | Was any supported organization not organized in the United States ("foreign supported organization")? *If "Yes" and if you checked box 12a or 12b in Part I, answer lines 4b and 4c below.* | **4a** | | |
| **b** | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If "Yes," describe in **Part VI** how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations.* | **4b** | | |
| **c** | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If "Yes," explain in **Part VI** what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes.* | **4c** | | |
| **5a** | Did the organization add, substitute, or remove any supported organizations during the tax year? *If "Yes," answer lines 5b and 5c below (if applicable). Also, provide detail in **Part VI,** including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document).* | **5a** | | |
| **b** | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? | **5b** | | |
| **c** | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? | **5c** | | |
| **6** | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If "Yes," provide detail in **Part VI.*** | **6** | | |
| **7** | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If "Yes," complete Part I of Schedule L (Form 990)* . | **7** | | |
| **8** | Did the organization make a loan to a disqualified person (as defined in section 4958) not described on line 7? *If "Yes," complete Part I of Schedule L (Form 990).* | **8** | | |
| **9a** | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons, as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If "Yes," provide detail in **Part VI.*** | **9a** | | |
| **b** | Did one or more disqualified persons (as defined on line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If "Yes," provide detail in **Part VI.*** | **9b** | | |
| **c** | Did a disqualified person (as defined on line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If "Yes," provide detail in **Part VI.*** | **9c** | | |
| **10a** | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If "Yes," answer line 10b below.* | **10a** | | |
| **b** | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings).* | **10b** | | |

**Part IV** **Supporting Organizations** (continued)

| | | | Yes | No |
|---|---|---|---|---|
| **11** | Has the organization accepted a gift or contribution from any of the following persons? | | | |
| **a** | A person who directly or indirectly controls, either alone or together with persons described on lines 11b and 11c below, the governing body of a supported organization? | **11a** | | |
| **b** | A family member of a person described on 11a above? | **11b** | | |
| **c** | A 35% controlled entity of a person described on line 11a or 11b above? *If "Yes" to 11a, 11b, or 11c, provide detail in* ***Part VI****.* | **11c** | | |

**Section B. Type I Supporting Organizations**

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Did the officers, directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If "No," describe in* ***Part VI*** *how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* | **1** | | |
| **2** | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in* ***Part VI*** *how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised or controlled the supporting organization.* | **2** | | |

**Section C. Type II Supporting Organizations**

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in* ***Part VI*** *how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s).* | **1** | | |

**Section D. All Type III Supporting Organizations**

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? | **1** | | |
| **2** | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization(s) or (ii) serving on the governing body of a supported organization? *If "No," explain in* ***Part VI*** *how the organization maintained a close and continuous working relationship with the supported organization(s).* | **2** | | |
| **3** | By reason of the relationship described in line 2 above, did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in* ***Part VI*** *the role the organization's supported organizations played in this regard.* | **3** | | |

**Section E. Type III Functionally-Integrated Supporting Organizations**

**1** Check the box next to the method that the organization used to satisfy the Integral Part Test during the year **(see instructions)**:

- **a** ☐ The organization satisfied the Activities Test. Complete **line 2** below.
- **b** ☐ The organization is the parent of each of its supported organizations. Complete **line 3** below.
- **c** ☐ The organization supported a governmental entity. Describe in **Part VI** how you supported a government entity (see instructions)

| | | | Yes | No |
|---|---|---|---|---|
| **2** | Activities Test. **Answer lines 2a and 2b below.** | | | |
| **a** | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If "Yes," then in* ***Part VI identify those supported organizations and explain*** *how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities.* | **2a** | | |
| **b** | Did the activities described on line 2a, above constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in* ***Part VI*** *the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement.* | **2b** | | |
| **3** | Parent of Supported Organizations. **Answer lines 3a and 3b below.** | | | |
| **a** | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations?*If "Yes" or "No", provide details in* ***Part VI.*** | **3a** | | |
| **b** | Did the organization exercise a substantial degree of direction over the policies, programs and activities of each of its supported organizations? *If "Yes," describe in* ***Part VI.*** *the role played by the organization in this regard.* | **3b** | | |

**Part V** **Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations**

1 ☐ Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov. 20, 1970 *(explain in* ***Part VI****)*. **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E.

| | **Section A - Adjusted Net Income** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|---|
| 1 | Net short-term capital gain | 1 | | |
| 2 | Recoveries of prior-year distributions | 2 | | |
| 3 | Other gross income (see instructions) | 3 | | |
| 4 | Add lines 1 through 3 | 4 | | |
| 5 | Depreciation and depletion | 5 | | |
| 6 | Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | 6 | | |
| 7 | Other expenses (see instructions) | 7 | | |
| 8 | **Adjusted Net Income** (subtract lines 5, 6 and 7 from line 4) | 8 | | |

| | **Section B - Minimum Asset Amount** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|---|
| 1 | Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | 1 | | |
| a | Average monthly value of securities | 1a | | |
| b | Average monthly cash balances | 1b | | |
| c | Fair market value of other non-exempt-use assets | 1c | | |
| d | **Total** (add lines 1a, 1b, and 1c) | 1d | | |
| e | **Discount** claimed for blockage or other factors (*explain in detail in* ***Part VI***): | | | |
| 2 | Acquisition indebtedness applicable to non-exempt use assets | 2 | | |
| 3 | Subtract line 2 from line 1d | 3 | | |
| 4 | Cash deemed held for exempt use. Enter 0.015 of line 3 (for greater amount, see instructions). | 4 | | |
| 5 | Net value of non-exempt-use assets (subtract line 4 from line 3) | 5 | | |
| 6 | Multiply line 5 by 0.035 | 6 | | |
| 7 | Recoveries of prior-year distributions | 7 | | |
| 8 | **Minimum Asset Amount** (add line 7 to line 6) | 8 | | |

| | **Section C - Distributable Amount** | | | Current Year |
|---|---|---|---|---|
| 1 | Adjusted net income for prior year (from Section A, line 8, Column A) | 1 | | |
| 2 | Enter 85% of line 1 | 2 | | |
| 3 | Minimum asset amount for prior year (from Section B, line 8, Column A) | 3 | | |
| 4 | Enter greater of line 2 or line 3 | 4 | | |
| 5 | Income tax imposed in prior year | 5 | | |
| 6 | **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions) | 6 | | |

7 ☐ Check here if the current year is the organization's first as a non-functionally-integrated Type III supporting organization (see instructions)

**Part V** **Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations** (continued)

| **Section D - Distributions** | | **Current Year** |
|---|---|---|
| **1** Amounts paid to supported organizations to accomplish exempt purposes | **1** | |
| **2** Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | **2** | |
| **3** Administrative expenses paid to accomplish exempt purposes of supported organizations | **3** | |
| **4** Amounts paid to acquire exempt-use assets | **4** | |
| **5** Qualified set-aside amounts (*prior IRS approval required - provide details in* ***Part VI***) | **5** | |
| **6** Other distributions (*describe in* ***Part VI***). See instructions | **6** | |
| **7** **Total annual distributions.** Add lines 1 through 6. | **7** | |
| **8** Distributions to attentive supported organizations to which the organization is responsive (*provide details in* ***Part VI***). See instructions | **8** | |
| **9** Distributable amount for 2023 from Section C, line 6 | **9** | |
| **10** Line 8 amount divided by Line 9 amount | **10** | |

| **Section E - Distribution Allocations** (see instructions) | **(i)** **Excess Distributions** | **(ii)** **Underdistributions Pre-2023** | **(iii)** **Distributable Amount for 2023** |
|---|---|---|---|
| **1** Distributable amount for 2023 from Section C, line 6 | | | |
| **2** Underdistributions, if any, for years prior to 2023 (reasonable cause required-- *explain in* ***Part VI***). See instructions. | | | |
| **3** Excess distributions carryover, if any, to 2023: | | | |
| **a** From 2018. . . . . . . . | | | |
| **b** From 2019. . . . . . . . | | | |
| **c** From 2020. . . . . . . . | | | |
| **d** From 2021. . . . . . . . | | | |
| **e** From 2022. . . . . . . . | | | |
| **f** **Total** of lines 3a through e | | | |
| **g** Applied to underdistributions of prior years | | | |
| **h** Applied to 2023 distributable amount | | | |
| **i** Carryover from 2018 not applied (see instructions) | | | |
| **j** Remainder. Subtract lines 3g, 3h, and 3i from line 3f. | | | |
| **4** Distributions for 2023 from Section D, line 7: $ | | | |
| **a** Applied to underdistributions of prior years | | | |
| **b** Applied to 2023 distributable amount | | | |
| **c** Remainder. Subtract lines 4a and 4b from line 4. | | | |
| **5** Remaining underdistributions for years prior to 2023, if any. Subtract lines 3g and 4a from line 2. If the amount is greater than zero, *explain in* ***Part VI***. See instructions. | | | |
| **6** Remaining underdistributions for 2023. Subtract lines 3h and 4b from line 1. If the amount is greater than zero, *explain in* ***Part VI***. See instructions. | | | |
| **7** **Excess distributions carryover to 2024.** Add lines 3j and 4c. | | | |
| **8** Breakdown of line 7: | | | |
| **a** Excess from 2019. . . . . | | | |
| **b** Excess from 2020. . . . . | | | |
| **c** Excess from 2021. . . . . | | | |
| **d** Excess from 2022. . . . . | | | |
| **e** Excess from 2023. . . . . | | | |

**Part VI** **Supplemental Information.** Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a and 3b; Part V, line 1; Part V, Section B, line 1e; Part V Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions).

| Facts And Circumstances Test |
|---|
| |

| Return Reference | Explanation |
| --- | --- |

efile GRAPHIC print | Submission Date - 2025-04-17 | DLN: 93493107011255

**SCHEDULE C (Form 990)**

Department of the Treasury Internal Revenue Service

# Political Campaign and Lobbying Activities

**For Organizations Exempt From Income Tax Under section 501(c) and section 527**

**▶Complete if the organization is described below. ▶Attach to Form 990 or Form 990-EZ.**
**▶Go to *www.irs.gov/Form990* for instructions and the latest information.**

OMB No. 1545-0047

**2022**

**Open to Public Inspection**

**If the organization answered "Yes" on Form 990, Part IV, Line 3, or Form 990-EZ, Part V, line 46 (Political Campaign Activities), then**

- Section 501(c)(3) organizations: Complete Parts I-A and B. Do not complete Part I-C.
- Section 501(c) (other than section 501(c)(3)) organizations: Complete Parts I-A and C below. Do not complete Part I-B.
- Section 527 organizations: Complete Part I-A only.

**If the organization answered "Yes" on Form 990, Part IV, Line 4, or Form 990-EZ, Part VI, line 47 (Lobbying Activities), then**

- Section 501(c)(3) organizations that have filed Form 5768 (election under section 501(h)): Complete Part II-A. Do not complete Part II-B.
- Section 501(c)(3) organizations that have NOT filed Form 5768 (election under section 501(h)): Complete Part II-B. Do not complete Part II-A.

**If the organization answered "Yes" on Form 990, Part IV, Line 5 (Proxy Tax) (see separate instructions) or Form 990-EZ, Part V, line 35c (Proxy Tax) (see separate instructions), then**

- Section 501(c)(4), (5), or (6) organizations: Complete Part III.

| Name of the organization | Employer identification number |
|---|---|
| THE LEAPFROG GROUP | 52-2359517 |

## Part I-A Complete if the organization is exempt under section 501(c) or is a section 527 organization.

1 Provide a description of the organization's direct and indirect political campaign activities in Part IV. See instructions for definition of "political campaign activities."

2 Political campaign activity expenditures. See instructions ▶ $ ______

3 Volunteer hours for political campaign activities. See instructions ______

## Part I-B Complete if the organization is exempt under section 501(c)(3).

1 Enter the amount of any excise tax incurred by the organization under section 4955 ▶ $ ______

2 Enter the amount of any excise tax incurred by organization managers under section 4955 ▶ $ ______

3 If the organization incurred a section 4955 tax, did it file Form 4720 for this year? ☐ Yes ☐ No

4a Was a correction made? ☐ Yes ☐ No

b If "Yes," describe in Part IV.

## Part I-C Complete if the organization is exempt under section 501(c), except section 501(c)(3).

1 Enter the amount directly expended by the filing organization for section 527 exempt function activities ▶ $ ______

2 Enter the amount of the filing organization's funds contributed to other organizations for section 527 exempt function activities ▶ $ ______

3 Total exempt function expenditures. Add lines 1 and 2. Enter here and on Form 1120-POL, line 17b ▶ $ ______

4 Did the filing organization file **Form 1120-POL** for this year? ☐ Yes ☐ No

5 Enter the names, addresses and employer identification number (EIN) of all section 527 political organizations to which the filing organization made payments. For each organization listed, enter the amount paid from the filing organization's funds. Also enter the amount of political contributions received that were promptly and directly delivered to a separate political organization, such as a separate segregated fund or a political action committee (PAC). If additional space is needed, provide information in Part IV.

| **(a)** Name | **(b)** Address | **(c)** EIN | **(d)** Amount paid from filing organization's funds. If none, enter -0-. | **(e)** Amount of political contributions received and promptly and directly delivered to a separate political organization. If none, enter -0-. |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |

**Part II-A** **Complete if the organization is exempt under section 501(c)(3) and filed Form 5768 (election under section 501(h)).**

A Check ▶ ☐ if the filing organization belongs to an affiliated group (and list in Part IV each affiliated group member's name, address, EIN, expenses, and share of excess lobbying expenditures).

B Check ▶ ☐ if the filing organization checked box A and "limited control" provisions apply.

| **Limits on Lobbying Expenditures** (The term "expenditures" means amounts paid or incurred.) | **(a)** Filing organization's totals | **(b)** Affiliated group totals |
|---|---|---|
| **1a** Total lobbying expenditures to influence public opinion (grass roots lobbying) | | |
| **b** Total lobbying expenditures to influence a legislative body (direct lobbying) | | |
| **c** Total lobbying expenditures (add lines 1a and 1b) | | |
| **d** Other exempt purpose expenditures | 8,356,210 | |
| **e** Total exempt purpose expenditures (add lines 1c and 1d) | 8,356,210 | |
| **f** Lobbying nontaxable amount. Enter the amount from the following table in both columns. | 567,811 | |

| If the amount on line 1e, column (a) or (b) is: | The lobbying nontaxable amount is: |
|---|---|
| Not over $500,000 | 20% of the amount on line 1e. |
| Over $500,000 but not over $1,000,000 | $100,000 plus 15% of the excess over $500,000. |
| Over $1,000,000 but not over $1,500,000 | $175,000 plus 10% of the excess over $1,000,000. |
| Over $1,500,000 but not over $17,000,000 | $225,000 plus 5% of the excess over $1,500,000. |
| Over $17,000,000 | $1,000,000. |

| | (a) | (b) |
|---|---|---|
| **g** Grassroots nontaxable amount (enter 25% of line 1f) | 141,953 | |
| **h** Subtract line 1g from line 1a. If zero or less, enter -0-. | 0 | |
| **i** Subtract line 1f from line 1c. If zero or less, enter -0-. | 0 | |

**j** If there is an amount other than zero on either line 1h or line 1i, did the organization file Form 4720 reporting section 4911 tax for this year? ☐ **Yes** ☐ **No**

**4-Year Averaging Period Under Section 501(h)**
**(Some organizations that made a section 501(h) election do not have to complete all of the five columns below. See the separate instructions for lines 2a through 2f.)**

**Lobbying Expenditures During 4-Year Averaging Period**

| Calendar year (or fiscal year beginning in) | **(a)** 2019 | **(b)** 2020 | **(c)** 2021 | **(d)** 2022 | **(e)** Total |
|---|---|---|---|---|---|
| **2a** Lobbying nontaxable amount | 462,469 | 512,283 | 548,783 | 567,811 | 2,091,346 |
| **b** Lobbying ceiling amount (150% of line 2a, column(e)) | | | | | 3,137,019 |
| **c** Total lobbying expenditures | | | | | |
| **d** Grassroots nontaxable amount | 115,617 | 128,071 | 137,196 | 141,953 | 522,837 |
| **e** Grassroots ceiling amount (150% of line 2d, column (e)) | | | | | 784,256 |
| **f** Grassroots lobbying expenditures | | | | | |

**Part II-B** **Complete if the organization is exempt under section 501(c)(3) and has NOT filed Form 5768 (election under section 501(h)).**

| *For each "Yes" response on lines 1a through 1i below, provide in Part IV a detailed description of the lobbying activity.* | | (a) Yes | (a) No | (b) Amount |
|---|---|---|---|---|
| 1 | During the year, did the filing organization attempt to influence foreign, national, state or local legislation, including any attempt to influence public opinion on a legislative matter or referendum, through the use of: | | | |
| a | Volunteers? | | | |
| b | Paid staff or management (include compensation in expenses reported on lines 1c through 1i)? | | | |
| c | Media advertisements? | | | |
| d | Mailings to members, legislators, or the public? | | | |
| e | Publications, or published or broadcast statements? | | | |
| f | Grants to other organizations for lobbying purposes? | | | |
| g | Direct contact with legislators, their staffs, government officials, or a legislative body? | | | |
| h | Rallies, demonstrations, seminars, conventions, speeches, lectures, or any similar means? | | | |
| i | Other activities? | | | |
| j | Total. Add lines 1c through 1i | | | |
| 2a | Did the activities in line 1 cause the organization to be not described in section 501(c)(3)? | | | |
| b | If "Yes," enter the amount of any tax incurred under section 4912 | | | |
| c | If "Yes," enter the amount of any tax incurred by organization managers under section 4912 | | | |
| d | If the filing organization incurred a section 4912 tax, did it file Form 4720 for this year? | | | |

**Part III-A** **Complete if the organization is exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6).**

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Were substantially all (90% or more) dues received nondeductible by members? | 1 | | |
| 2 | Did the organization make only in-house lobbying expenditures of $2,000 or less? | 2 | | |
| 3 | Did the organization agree to carry over lobbying and political expenditures from the prior year? | 3 | | |

**Part III-B** **Complete if the organization is exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6) and if either (a) BOTH Part III-A, lines 1 and 2, are answered "No" OR (b) Part III-A, line 3, is answered "Yes."**

| | | | |
|---|---|---|---|
| 1 | Dues, assessments and similar amounts from members | 1 | |
| 2 | Section 162(e) nondeductible lobbying and political expenditures **(do not include amounts of political expenses for which the section 527(f) tax was paid).** | | |
| a | Current year | 2a | |
| b | Carryover from last year | 2b | |
| c | Total | 2c | |
| 3 | Aggregate amount reported in section 6033(e)(1)(A) notices of nondeductible section 162(e) dues | 3 | |
| 4 | If notices were sent and the amount on line 2c exceeds the amount on line 3, what portion of the excess does the organization agree to carryover to the reasonable estimate of nondeductible lobbying and political expenditure next year? | 4 | |
| 5 | Taxable amount of lobbying and political expenditures. See Instructions | 5 | |

**Part IV** **Supplemental Information**

Provide the descriptions required for Part I-A, line 1; Part I-B, line 4; Part I-C, line 5; Part II-A (affiliated group list); Part II-A, lines 1 and 2 (see instructions), and Part II-B, line 1. Also, complete this part for any additional information.

| Return Reference | Explanation |
|---|---|

**SCHEDULE D**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Supplemental Financial Statements

▶ Complete if the organization answered "Yes," on Form 990, Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.
▶ Attach to Form 990.
▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

**2022**

**Open to Public Inspection**

**Name of the organization**
THE LEAPFROG GROUP

**Employer identification number**
52-2359517

## Part I Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.
Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | (a) Donor advised funds | (b) Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year | | |
| 2 | Aggregate value of contributions to (during year) | | |
| 3 | Aggregate value of grants from (during year) | | |
| 4 | Aggregate value at end of year | | |

5 Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control? ☐ Yes ☐ No

6 Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible private benefit? ☐ Yes ☐ No

## Part II Conservation Easements.
Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

1 Purpose(s) of conservation easements held by the organization (check all that apply).
- ☐ Preservation of land for public use (e.g., recreation or education)
- ☐ Preservation of an historically important land area
- ☐ Protection of natural habitat
- ☐ Preservation of a certified historic structure
- ☐ Preservation of open space

2 Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year.

| | | | Held at the End of the Year |
|---|---|---|---|
| a | Total number of conservation easements | 2a | |
| b | Total acreage restricted by conservation easements | 2b | |
| c | Number of conservation easements on a certified historic structure included in (a) | 2c | |
| d | Number of conservation easements included in (c) acquired after July 25, 2006, and not on a historic structure listed in the National Register | 2d | |

3 Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax year ▶ ______

4 Number of states where property subject to conservation easement is located ▶ ______

5 Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations, and enforcement of the conservation easements it holds? ☐ Yes ☐ No

6 Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year ▶ ______

7 Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year ▶ $ ______

8 Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i) and section 170(h)(4)(B)(ii)? ☐ Yes ☐ No

9 In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements.

## Part III Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

1a If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide, in Part XIII, the text of the footnote to its financial statements that describes these items.

b If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items:

(i) Revenue included on Form 990, Part VIII, line 1 ▶ $ ______

(ii) Assets included in Form 990, Part X ▶ $ ______

2 If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under FASB ASC 958 relating to these items:

a Revenue included on Form 990, Part VIII, line 1 ▶ $ ______

b Assets included in Form 990, Part X ▶ $ ______

**Part III** **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets** *(continued)*

3 Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply):

a ☐ Public exhibition
b ☐ Scholarly research
c ☐ Preservation for future generations
d ☐ Loan or exchange programs
e ☐ Other ..........

4 Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

5 During the year, did the organization solicit or receive donations of art, historical treasures or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?. . . ☐ **Yes** ☐ **No**

**Part IV** **Escrow and Custodial Arrangements.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a** Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? . . . ☐ **Yes** ☐ **No**

**b** If "Yes," explain the arrangement in Part XIII and complete the following table:

| | | | Amount |
|---|---|---|---|
| c | Beginning balance | 1c | |
| d | Additions during the year | 1d | |
| e | Distributions during the year | 1e | |
| f | Ending balance | 1f | |

**2a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? . . . ☐ **Yes** ☐ **No**

**b** If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided in Part XIII . . . . ☐

**Part V** **Endowment Funds.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

| | **(a)** Current year | **(b)** Prior year | **(c)** Two years back | **(d)** Three years back | **(e)** Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance | | | | | |
| **b** Contributions | | | | | |
| **c** Net investment earnings, gains, and losses | | | | | |
| **d** Grants or scholarships | | | | | |
| **e** Other expenditures for facilities and programs | | | | | |
| **f** Administrative expenses | | | | | |
| **g** End of year balance | | | | | |

2 Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:
a Board designated or quasi-endowment ▶ ..........
b Permanent endowment ▶ ..........
c Term endowment ▶ ..........
The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

| | | | Yes | No |
|---|---|---|---|---|
| | **(i)** Unrelated organizations | **3a(i)** | | |
| | **(ii)** Related organizations | **3a(ii)** | | |
| **b** | If "Yes" on 3a(ii), are the related organizations listed as required on Schedule R? | **3b** | | |

4 Describe in Part XIII the intended uses of the organization's endowment funds.

**Part VI** **Land, Buildings, and Equipment.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | **(a)** Cost or other basis (investment) | **(b)** Cost or other basis (other) | **(c)** Accumulated depreciation | **(d)** Book value |
|---|---|---|---|---|
| **1a** Land | | | | |
| **b** Buildings | | | | |
| **c** Leasehold improvements | | 447,431 | 157,242 | 290,189 |
| **d** Equipment | | 122,243 | 95,917 | 26,326 |
| **e** Other | | 1,398,456 | 691,934 | 706,522 |
| **Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10(c).)* ▶ | | | | 1,023,037 |

Case 9:25-cv-80526-DMM Document 190-7 Entered on FLSD Docket 02/02/2026 Page 27 of 37
USCA11 Case: 26-11527 Document: 60-4 Date Filed: 11/20/2026 Page: 140 of 210

**Part VII** **Investments - Other Securities.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11b.See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) Financial derivatives | | |
| (2) Closely-held equity interests | | |
| (3)Other | | |
| (A) | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col. (B) line 12.)* ▶ | | |

**Part VIII** **Investments - Program Related.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 13.)* ▶ | | |

**Part IX** **Other Assets.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| (1)DEPOSIT | 39,253 |
| (2)OPERATING RIGHT OF USE ASSET | 2,719,306 |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 15.)* ▶ | 2,758,559 |

**Part X** **Other Liabilities.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11e or 11f.See Form 990, Part X, line 25.

| 1. (a) Description of liability | (b) Book value |
|---|---|
| (1) Federal income taxes | |
| CAPITAL LEASE | 3,412 |
| OPERATING LEASE | 3,057,608 |
| REFUNDABLE ADVANCE | 177,878 |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 25.)* ▶ | 3,238,898 |

**2.** Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740). Check here if the text of the footnote has been provided in Part XIII ☑

## Part XI Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.

Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Total revenue, gains, and other support per audited financial statements | | | 1 | |
| 2 | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | | | |
| a | Net unrealized gains (losses) on investments | 2a | | | |
| b | Donated services and use of facilities | 2b | | | |
| c | Recoveries of prior year grants | 2c | | | |
| d | Other (Describe in Part XIII.) | 2d | | | |
| e | Add lines **2a** through **2d** | | | 2e | |
| 3 | Subtract line **2e** from line **1** | | | 3 | |
| 4 | Amounts included on Form 990, Part VIII, line 12, but not on line **1**: | | | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b | 4a | | | |
| b | Other (Describe in Part XIII.) | 4b | | | |
| c | Add lines **4a** and **4b** | | | 4c | |
| 5 | Total revenue. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 12.) | | | 5 | |

## Part XII Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.

Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Total expenses and losses per audited financial statements | | | 1 | |
| 2 | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | | | |
| a | Donated services and use of facilities | 2a | | | |
| b | Prior year adjustments | 2b | | | |
| c | Other losses | 2c | | | |
| d | Other (Describe in Part XIII.) | 2d | | | |
| e | Add lines **2a** through **2d** | | | 2e | |
| 3 | Subtract line **2e** from line **1** | | | 3 | |
| 4 | Amounts included on Form 990, Part IX, line 25, but not on line **1:** | | | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b | 4a | | | |
| b | Other (Describe in Part XIII.) | 4b | | | |
| c | Add lines **4a** and **4b** | | | 4c | |
| 5 | Total expenses. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 18.) | | | 5 | |

## Part XIII Supplemental Information

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

| Return Reference | Explanation |
|---|---|
| PART X, LINE 2: | MANAGEMENT EVALUATED LEAPFROG'S TAX POSITIONS AND CONCLUDED THAT LEAPFROG HAS TAKEN NO UNCERTAIN TAX POSITIONS THAT REQUIRE ADJUSTMENT TO THE CONSOLIDATED FINANCIAL STATEMENTS TO COMPLY WITH THE PROVISIONS OF THIS GUIDANCE. GENERALLY, LEAPFROG IS NO LONGER SUBJECT TO INCOME TAX EXAMINATIONS BY THE U.S. FEDERAL, STATE OR LOCAL TAX AUTHORITIES FOR YEARS BEFORE 2020. |

efile GRAPHIC print | Submission Date - 2025-04-17 | DLN: 93493107011255



**Schedule J (Form 990)**

Department of the Treasury Internal Revenue Service

# Compensation Information

**For certain Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**
**► Complete if the organization answered "Yes" on Form 990, Part IV, line 23.**
**► Attach to Form 990.**
**► Go to *www.irs.gov/Form990* for instructions and the latest information.**

OMB No. 1545-0047

**2023**

**Open to Public Inspection**

Name of the organization
THE LEAPFROG GROUP

**Employer identification number**
52-2359517

## Part I Questions Regarding Compensation

1a Check the appropiate box(es) if the organization provided any of the following to or for a person listed on Form 990, Part VII, Section A, line 1a. Complete Part III to provide any relevant information regarding these items.

- ☐ First-class or charter travel
- ☐ Travel for companions
- ☐ Tax idemnification and gross-up payments
- ☐ Discretionary spending account
- ☐ Housing allowance or residence for personal use
- ☐ Payments for business use of personal residence
- ☐ Health or social club dues or initiation fees
- ☐ Personal services (e.g., maid, chauffeur, chef)

| | | | Yes | No |
|---|---|---|---|---|
| b | If any of the boxes on Line 1a are checked, did the organization follow a written policy regarding payment or reimbursement or provision of all of the expenses described above? If "No," complete Part III to explain . . . . . | 1b | | |
| 2 | Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all directors, trustees, officers, including the CEO/Executive Director, regarding the items checked on Line 1a? . . . . | 2 | | |

3 Indicate which, if any, of the following the filing organization used to establish the compensation of the organization's CEO/Executive Director. Check all that apply. Do not check any boxes for methods used by a related organization to establish compensation of the CEO/Executive Director, but explain in Part III.

- ☐ Compensation committee
- ☑ Independent compensation consultant
- ☑ Form 990 of other organizations
- ☑ Written employment contract
- ☑ Compensation survey or study
- ☑ Approval by the board or compensation committee

4 During the year, did any person listed on Form 990, Part VII, Section A, line 1a, with respect to the filing organization or a related organization:

| | | | Yes | No |
|---|---|---|---|---|
| a | Receive a severance payment or change-of-control payment? . . . . . . . . . . . . . . . . . | 4a | | No |
| b | Participate in, or receive payment from, a supplemental nonqualified retirement plan? . . . . . . . . . . | 4b | | No |
| c | Participate in, or receive payment from, an equity-based compensation arrangement? . . . . . . . . . . | 4c | | No |
| | If "Yes" to any of lines 4a-c, list the persons and provide the applicable amounts for each item in Part III. | | | |
| | **Only 501(c)(3), 501(c)(4), and 501(c)(29) organizations must complete lines 5-9.** | | | |
| 5 | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of: | | | |
| a | The organization? . . . . . . . . . . . . . . . . . . . . | 5a | | No |
| b | Any related organization? . . . . . . . . . . . . . . . . . . . . . . . . | 5b | | No |
| | If "Yes," on line 5a or 5b, describe in Part III. | | | |
| 6 | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of: | | | |
| a | The organization? . . . . . . . . . . . . . . . . . . . . | 6a | | No |
| b | Any related organization? . . . . . . . . . . . . . . . . . . . . . . . . | 6b | | No |
| | If "Yes," on line 6a or 6b, describe in Part III. | | | |
| 7 | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization provide any nonfixed payments not described in lines 5 and 6? If "Yes," describe in Part III . . . . . . . . . . . . . | 7 | | No |
| 8 | Were any amounts reported on Form 990, Part VII, paid or accured pursuant to a contract that was subject to the initial contract exception described in Regulations section 53.4958-4(a)(3)? If "Yes," describe in Part III . . . . . . . . . . . . . . . . . . . . . . . . | 8 | | No |
| 9 | If "Yes" on line 8, did the organization also follow the rebuttable presumption procedure described in Regulations section 53.4958-6(c)? . . . . . . . . . . . . . . . . . . . . . . . . | 9 | | |

**Part II** **Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees.** Use duplicate copies if additional space is needed.

For each individual whose compensation must be reported on Schedule J, report compensation from the organization on row (i) and from related organizations, described in the instructions, on row (ii). Do not list any individuals that are not listed on Form 990, Part VII.

**Note.** The sum of columns (B)(i)-(iii) for each listed individual must equal the total amount of Form 990, Part VII, Section A, line 1a, applicable column (D) and (E) amounts for that individual.

| **(A)** Name and Title | | **(B)** Breakdown of W-2, 1099-MISC compensation, and/or 1099-NEC | | | **(C)** Retirement and other deferred compensation | **(D)** Nontaxable benefits | **(E)** Total of columns (B)(i)-(D) | **(F)** Compensation in column (B) reported as deferred on prior Form 990 |
|---|---|---|---|---|---|---|---|---|
| | | **(i)** Base compensation | **(ii)** Bonus & incentive compensation | **(iii)** Other reportable compensation | | | | |
| **1** LEAH BINDER<br>PRESIDENT & CEO | **(i)** | 569,446 | 100,000 | 0 | 33,000 | 58,616 | 761,062 | 0 |
| | **(ii)** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **2** MELISSA DANFORTH<br>VP, HEALTH CARE RATINGS | **(i)** | 341,743 | 35,000 | 0 | 33,000 | 36,997 | 446,740 | 0 |
| | **(ii)** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **3** RALPH JOHNSON<br>VP OF INFORMATICS AND TECH | **(i)** | 245,145 | 30,000 | 0 | 28,164 | 37,819 | 341,128 | 0 |
| | **(ii)** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **4** KAREN JUPITER<br>VP OF DEVELOPMENT | **(i)** | 236,285 | 25,000 | 0 | 26,513 | 15,372 | 303,170 | 0 |
| | **(ii)** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **5** JILL BERGER<br>DIRECTOR, EMPLOYER AND PAY | **(i)** | 191,079 | 0 | 0 | 19,294 | 18,433 | 228,806 | 0 |
| | **(ii)** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **6** PATRICE BROWN<br>CHIEF OPERATING OFFICER | **(i)** | 206,603 | 0 | 0 | 987 | 17,177 | 224,767 | 0 |
| | **(ii)** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Part III Supplemental Information**

Provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II. Also complete this part for any additional information.

| Return Reference | Explanation |
|---|---|

efile GRAPHIC print | Submission Date - 2025-04-17 | DLN: 93493107011255

**SCHEDULE O (Form 990)**

Department of the Treasury Internal Revenue Service

# Supplemental Information to Form 990 or 990-EZ

**Complete to provide information for responses to specific questions on Form 990 or 990-EZ or to provide any additional information.**
**Attach to Form 990 or 990-EZ.**
**Go to *www.irs.gov/Form990* for the latest information.**

OMB No. 1545-0047

**2023**

**Open to Public Inspection**

Name of the organization
THE LEAPFROG GROUP

**Employer identification number**
52-2359517

| Return Reference | Explanation |
|---|---|
| FORM 990, PART VI, SECTION B, LINE 11B | FORM 990 IS REVIEWED BY MANAGEMENT THEN FORWARDED TO THE BOARD FOR REVIEW PRIOR TO SUBMISSION. |
| FORM 990, PART VI, SECTION B, LINE 12C | THE AUDIT COMMITTEE CHAIR ADVISES THE BOARD THAT BYLAWS REQUIRE COMPLIANCE WITH THE CONFLICT OF INTEREST POLICY. BOARD MEMBERS ARE ASKED TO RECUSE THEMSELVES IF THEY HAVE ANY PERCEIVED OR ACTUAL CONFLICTS ON THE MATTER UNDER DISCUSSION. THE CONFLICT OF INTEREST POLICY ALSO APPLIES TO SENIOR MANAGEMENT AND VOLUNTEER EXPERT PANELS. |
| FORM 990, PART VI, SECTION B, LINE 15 | THE EXECUTIVE COMMITTEE UTILIZED A COMPENSATION STUDY TO ESTABLISH THE COMPENSATION OF THE CEO. |
| FORM 990, PART VI, SECTION C, LINE 19 | THE LEAPFROG GROUP WILL PROVIDE A COPY OF THEIR FORM 1023 AND FORM 990 UPON REQUEST. |
| FORM 990, PART IX, LINE 11G | CONSULTING FEES: PROGRAM SERVICE EXPENSES 1,364,596. MANAGEMENT AND GENERAL EXPENSES 0. FUNDRAISING EXPENSES 0. TOTAL EXPENSES 1,364,596. |
| FORM 990, PART XII, LINE 2C | THE PROCESS HAS NOT CHANGED FROM THE PREVIOUS YEAR. |

**For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.** Cat. No. 51056K **Schedule O (Form 990) 2023**

efile GRAPHIC print | Submission Date - 2025-04-17 | DLN: 93493107011255

# SCHEDULE R (Form 990)

# Related Organizations and Unrelated Partnerships

**Complete if the organization answered "Yes" on Form 990, Part IV, line 33, 34, 35b, 36, or 37.**
**Attach to Form 990.**
**Go to *www.irs.gov/Form990* for instructions and the latest information.**

OMB No. 1545-0047

**2023**

**Open to Public Inspection**

Department of the Treasury
Internal Revenue Service

Name of the organization
THE LEAPFROG GROUP

**Employer identification number**
52-2359517

**Part I** **Identification of Disregarded Entities.** Complete if the organization answered "Yes" on Form 990, Part IV, line 33.

| (a) Name, address, and EIN (if applicable) of disregarded entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Total income | (e) End-of-year assets | (f) Direct controlling entity |
|---|---|---|---|---|---|
| **(1)** THE LEAPFROG GROUP DUE DILLIGENCE COOPERATIVE LLC<br>1660 L STREET NW SUITE 308<br>WASHINGTON, DC 20036<br>45-2397143 | TO COLLECT, EVALUATE, AND SUMMARIZE INFORMATION ABOUT COMPANIES | DC | -298 | 3,310 | THE LEAPFROG GROUP |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Part II** **Identification of Related Tax-Exempt Organizations.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34 because it had one or more related tax-exempt organizations during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Exempt Code section | (e) Public charity status (if section 501(c)(3)) | (f) Direct controlling entity | (g) Section 512(b)(13) controlled entity? Yes | No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Part III Identification of Related Organizations Taxable as a Partnership.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related organizations treated as a partnership during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Predominant income(related, unrelated, excluded from tax under sections 512-514) | (f) Share of total income | (g) Share of end-of-year assets | (h) Disproprtionate allocations? Yes | (h) No | (i) Code V-UBI amount in box 20 of Schedule K-1 (Form 1065) | (j) General or managing partner? Yes | (j) No | (k) Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

**Part IV Identification of Related Organizations Taxable as a Corporation or Trust.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34 because it had one or more related organizations treated as a corporation or trust during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Type of entity (C corp, S corp, or trust) | (f) Share of total income | (g) Share of end-of-year assets | (h) Percentage ownership | (i) Section 512(b)(13) controlled entity? Yes | (i) No |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**Part V Transactions With Related Organizations.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, 35b, or 36.

**Note.** Complete line 1 if any entity is listed in Parts II, III, or IV of this schedule.

| | | | Yes | No |
|---|---|---|---|---|
| **1** | During the tax year, did the orgranization engage in any of the following transactions with one or more related organizations listed in Parts II-IV? | | | |
| **a** | Receipt of **(i)** interest, **(ii)**annuities, **(iii)** royalties, or **(iv)** rent from a controlled entity | **1a** | | |
| **b** | Gift, grant, or capital contribution to related organization(s) | **1b** | | |
| **c** | Gift, grant, or capital contribution from related organization(s) | **1c** | | |
| **d** | Loans or loan guarantees to or for related organization(s) | **1d** | | |
| **e** | Loans or loan guarantees by related organization(s) | **1e** | | |
| **f** | Dividends from related organization(s) | **1f** | | |
| **g** | Sale of assets to related organization(s) | **1g** | | |
| **h** | Purchase of assets from related organization(s) | **1h** | | |
| **i** | Exchange of assets with related organization(s) | **1i** | | |
| **j** | Lease of facilities, equipment, or other assets to related organization(s) | **1j** | | |
| **k** | Lease of facilities, equipment, or other assets from related organization(s) | **1k** | | |
| **l** | Performance of services or membership or fundraising solicitations for related organization(s) | **1l** | | |
| **m** | Performance of services or membership or fundraising solicitations by related organization(s) | **1m** | | |
| **n** | Sharing of facilities, equipment, mailing lists, or other assets with related organization(s) | **1n** | | |
| **o** | Sharing of paid employees with related organization(s) | **1o** | | |
| **p** | Reimbursement paid to related organization(s) for expenses | **1p** | | |
| **q** | Reimbursement paid by related organization(s) for expenses | **1q** | | |
| **r** | Other transfer of cash or property to related organization(s) | **1r** | | |
| **s** | Other transfer of cash or property from related organization(s) | **1s** | | |

**2** If the answer to any of the above is "Yes," see the instructions for information on who must complete this line, including covered relationships and transaction thresholds.

| **(a)** Name of related organization | **(b)** Transaction type (a-s) | **(c)** Amount involved | **(d)** Method of determining amount involved |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Part VI** **Unrelated Organizations Taxable as a Partnership.** Complete if the organization answered "Yes" on Form 990, Part IV, line 37.

Provide the following information for each entity taxed as a partnership through which the organization conducted more than five percent of its activities (measured by total assets or gross revenue) that was not a related organization. See instructions regarding exclusion for certain investment partnerships.

| (a) Name, address, and EIN of entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Predominant income (related, unrelated, excluded from tax under sections 512-514) | (e) Are all partners section 501(c)(3) organizations? | | (f) Share of total income | (g) Share of end-of-year assets | (h) Disproprtionate allocations? | | (i) Code V-UBI amount in box 20 of Schedule K-1 (Form 1065) | (j) General or managing partner? | | (k) Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Yes | No | | | Yes | No | | Yes | No | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

**Part VII Supplemental Information**

Provide additional information for responses to questions on Schedule R. See instructions.

| Return Reference | Explanation |
|---|---|
| PART I (B) | PROVIDING HEALTHCARE-RELATED SERVICES TO EMPLOYERS. |

# TAB 194-59

## Short Message Report

| | |
|---|---|
| Conversations: 1<br>Total Messages: 27 | Participants: 3<br>Date Range: 10/4/2023 |

### Outline of Conversations

**D034LDW7W79** • 27 messages on 10/4/2023 • Alex Campione <acampione@leapfrog-group.org> • Paige <plipscomb@leapfrog-group.org> • Slackbot (Bot)

PX-238.1

EXHIBIT
CAMPIONE
25
cn 9/12/25
PENGAD 800-631-6989

LEAPFROG00540360

**Messages in chronological order** (times are shown in GMT -04:00)

**D034LDW7W79**

P **Paige <plipscomb@leapfrog-group.org>** 10/4/2023, 11:30 AM
are they a d? "for the grades?" for what else would she be referring to

P **Paige <plipscomb@leapfrog-group.org>** 10/4/2023, 11:30 AM
why are convos always so bizarre

A **Alex Campione <acampione@leapfrog-group.org>** 10/4/2023, 11:31 AM
this was the last meeting in a nutshell

A **Alex Campione <acampione@leapfrog-group.org>** 10/4/2023, 11:31 AM
we were talking about changing scoring methodology to penalize HCA

P **Paige <plipscomb@leapfrog-group.org>** 10/4/2023, 11:31 AM
waht in the world

P **Paige <plipscomb@leapfrog-group.org>** 10/4/2023, 11:31 AM
i hate that we dont just do our thing, like we manipulate everything

A **Alex Campione <acampione@leapfrog-group.org>** 10/4/2023, 11:32 AM
banana land
‼ 1 • Paige <plipscomb@leapfrog-group.org>

A **Alex Campione <acampione@leapfrog-group.org>** 10/4/2023, 11:32 AM
leah keeps grudges

A **Alex Campione <acampione@leapfrog-group.org>** 10/4/2023, 11:32 AM
she says all this on the RL meetings too

P **Paige <plipscomb@leapfrog-group.org>** 10/4/2023, 11:33 AM
oof

P **Paige <plipscomb@leapfrog-group.org>** 10/4/2023, 11:51 AM
oh my god how is this still going on

A **Alex Campione <acampione@leapfrog-group.org>** 10/4/2023, 11:51 AM
if i was kaylee and rena i would be so annoyed

A **Alex Campione <acampione@leapfrog-group.org>** 10/4/2023, 11:51 AM
but they're probably working on stuff right now like i am

P **Paige <plipscomb@leapfrog-group.org>** 10/4/2023, 11:52 AM
yea this is exactly why peopel dont pay attention in meetings

P **Paige <plipscomb@leapfrog-group.org>** 10/4/2023, 11:52 AM
lol

A **Alex Campione <acampione@leapfrog-group.org>** 10/4/2023, 12:09 PM
i am slammed right now, so I sent you back a ticket that missy commented on. do you mind taking it back?

P **Paige <plipscomb@leapfrog-group.org>** 10/4/2023, 12:11 PM
nope totally fine!

A **Alex Campione <acampione@leapfrog-group.org>** 10/4/2023, 12:11 PM
ty!

P **Paige <plipscomb@leapfrog-group.org>** 10/4/2023, 12:11 PM
no porblem

A **Alex Campione <acampione@leapfrog-group.org>** 10/4/2023, 1:55 PM
same

P **Paige <plipscomb@leapfrog-group.org>** 10/4/2023, 1:56 PM
ilke ok this is great changes but at the same time we are just changing stuff for kateies convenience

A **Alex Campione <acampione@leapfrog-group.org>** 10/4/2023, 1:59 PM
her input has been comical

P **Paige <plipscomb@leapfrog-group.org>** 10/4/2023, 1:59 PM
yes

P **Paige <plipscomb@leapfrog-group.org>** 10/4/2023, 2:01 PM
i literalyl want to laugh out loud

P **Paige <plipscomb@leapfrog-group.org>** 10/4/2023, 2:01 PM
when she said the wrod trust

P **Paige <plipscomb@leapfrog-group.org>** 10/4/2023, 2:01 PM
i lost it inside

A **Alex Campione <acampione@leapfrog-group.org>** 10/4/2023, 2:03 PM
hahaha i know

# TAB 194-122

Message

**From:** Ben Choi [bchoi@ro3.com]
**Sent:** 4/25/2024 9:34:08 AM
**To:** Missy Danforth [mdanforth@leapfrog-group.org]
**Subject:** FW: [Caution External Sender] Revised FY24 Forecast
**Attachments:** FY24 Forecast and Historical Financial Analysis[13].xlsx

External Email - Use Caution

FYI

EXHIBIT BINDER 28 CH 9/22/25

..................
**Ben Choi**
bchoi@ro3.com
917.703.4193 mobile
Book a meeting: https://app.onecal.io/b/benchoi/50-minute-meeting

CONFIDENTIALITY NOTICE: The information transmitted in this email, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please immediately notify the sender via return e-mail or contact info@ro3.com and delete the material from your computer.

**From:** Leah Binder <lbinder@leapfrog-group.org>
**Date:** Wednesday, April 24, 2024 at 17:39
**To:** Ben Choi <bchoi@ro3.com>
**Cc:** Josh Berlin <jberlin@ro3.com>
**Subject:** RE: [Caution External Sender] Revised FY24 Forecast

Thanks this is a good summary.
If we move toward cost reduction as the primary strategy it will be much more severe than this, but I'm not going there for now. We can address incremental spending issues, but let's not lose focus on what managers should be thinking about 24/7, which is revenues. It is likely we will need to spend more money not less to harness the revenue opportunities, especially because we are maxed on staff capacity. But truly that's where the $$ are if we are ever going to improve this bottom line.

What I want managers focused on are areas where they can generate bookable revenues. That is a different side of the brain than cost-cutting, so let's keep them there. Here's some of my thinking:

- We should look closely at our archival reports on the Safety Grade as an opportunity, and maybe have one of your marketing folks at RO3 help us with that quickly before we launch the grade May 1.
- I have a nuclear strategy for the CPOE reports sales which I will tell you about tomorrow.
- Paul could work on sales of reports on CPOE and/or another report. Maybe we develop a report on technology and patient safety which is a hot topic.
- We should offer a special deal for some form of AM sponsorship if booked before June 30
- We should plan for special discounts/sales pushes around accolade sales to get more in late May and June.
- Expand marketing around the certified coach program.
- There's a lot of attention to us around the Hospital Safety Grade release, how do we harness that more for marketing?

I'd also like detail on the expenses you will capitalize for NetSuite. You probably looked at this as well, but Ralph is working on the project to build a data delivery tool for licensees which will be capitalized, and we should capitalize the internal labor for that as well. We should continue look at opportunities like that to reduce P&L expense.

Thanks, Leah

**PX-275.4**

LEAPFROG00198278

**Leah F. Binder, MA, MGA**
President & CEO
The Leapfrog Group
202-292-6713




LeapfrogGroup.org | HospitalSafetyGrade.org | Twitter | **Donate**

*Confidentiality Notice: This email is intended only for the individual(s) named above. It may contain information that is privileged, confidential, or otherwise protected from use. If you are not the intended recipient, you are hereby informed that any review, disclosure, copying, or dissemination of this transmission, or taking of any action in reliance on its contents, is strictly prohibited. If you have received this transmission in error, please reply to the sender listed above immediately and permanently delete this message. Thank you for your cooperation.*

---

**From:** Ben Choi <bchoi@ro3.com>
**Sent:** Wednesday, April 24, 2024 5:00 PM
**To:** Leah Binder <lbinder@leapfrog-group.org>
**Cc:** Josh Berlin <jberlin@ro3.com>
**Subject:** Revised FY24 Forecast

External Email - Use Caution

Hi Leah - As you requested, I wanted to send you over the latest forecast (attached) with the additional levers factored-in: the capitalization of NetSuite costs and recognition of this December's Annual Meeting revenues in FY24. There's some optimistic news, realistic views, and some recommendations.

***Optimistic News***

- We are forecasting to end this FY at or ahead of budget in all but 3 revenue categories
- Our year-over-year growth is projecting to be 10-11% revenue growth from last year
- Membership continues to be a star with 58% forecasted growth from FY23, 6%+ over budget target set for FY24
- We believe that we can pull-forward at least $120k in revenue (potentially even more) for Annual Meeting Revenue
- We can capitalize about $200k of NetSuite implementation costs between software cost and labor/consulting

***Realistic Views***

- We're forecasting to fall short on topline revenue by ~$540k. For reasons we've known all year (DHA contract, no media partnership, slow movement on new data products), the deficit we had to make-up was more than $900k relative to what was budgeted, and it's a very steep hole to climb out of
- Forecasts of expenses that we're either contractually obligated to or will be difficult to avoid have us overspending on expenses by about $75k in the aggregate across all categories – but specifically stemming from overages in *Marketing & Communications*, *Travel & Meetings*, and *Consulting*. It may be difficult to make major cutbacks on expenses at this point
- Unfortunately, similar to the forecast we originally discussed in January/February, we're forecasting a $340k net loss for the year as of now

***Recommendations***

- Push really hard on high-yield revenue opportunities that are already "on the truck" – Membership, Accolades, Annual Meeting Sponsorships to see if we can accelerate pipeline and pull through more topline revenue with bigger ticket items with immediate rev rec

- Pull-back on all discretionary spending and conduct a more granular cost cutting exercise to reduce expenses from now through the end of the FY.
- Based on feedback from the Senior Leadership Team, here are some possible immediate, low-hanging cost cutting measures with a potential impact of between $15k to $20k depending on how aggressively we enact
  - Pause staff meals thru end of FY
  - Pause any/all in-person meetings with consultants/constituents through FY except for essentials (e.g., for Board Meeting)
  - Specifically in Marketing/Comms
    - Cut out paid ad spending in Communications account (e.g., Taboola, LinkedIn, Facebook)
    - Pause Krista Hughes videos for remainder of FY24
    - Skip plaques or special article links for HSG this year

I'm more than happy to cancel my scheduled travel to DC next week and the rest of the FY as part of the efforts.

I know this is a lot and would be happy to discuss on our call tomorrow morning.

Thanks,
Ben

rule of three.

Ben Choi
bchoi@ro3.com
Chief Operating & Financial Officer
rule of three, LLC
917.703.4193 mobile
https://ro3.com/

Book a meeting: https://app.onecal.io/b/benchoi/

CONFIDENTIALITY NOTICE: The information transmitted in this email, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please immediately notify the sender via return e-mail or contact info@ro3.com and delete the material from your computer.

# TAB 195-23

LEAPFROG HOSPITAL SAFETY GRADE

A program of THELEAPFROGGROUP

# Frequently Asked Questions About The Leapfrog Hospital Safety Grade

**What is The Leapfrog Hospital Safety Grade?**

The Leapfrog Hospital Safety Grade is an "A," "B," "C," "D," or "F" assigned to general hospitals in the U.S., the only such rating program focused exclusively on how safe they are for their patients. The grade uses over 30 measures including rates of preventable errors, injuries and infections, and whether hospitals have systems in place to prevent them. Grades are updated twice annually, in the fall and spring, and are freely available to the public at www.hospitalsafetygrade.org. The Hospital Safety Grade uses a public, peer-reviewed methodology, calculated by top patient safety experts under the guidance of a National Expert Panel, and is 100% transparent and free to the public.

**Why should people worry about a hospital's patient safety? Aren't all hospitals the same?**

It is critical to monitor safety before choosing a hospital. Preventable medical errors, accidents, injuries and infections in hospitals kill upwards of 200,000 people every year, the third leading cause of death in the United States. One in four people admitted to a hospital suffers some form of avoidable harm. And all hospitals are not the same; some hospitals are much safer than others. Johns Hopkins Medicine researchers estimate that patients are twice as likely to die of a preventable problem at a "C," "D," or "F" hospital than an "A" hospital, and over 50,000 lives would be saved if all hospitals performed the way A hospitals did.

**What is the difference between the Leapfrog Hospital Survey and the Leapfrog Hospital Safety Grade?**

PX-021.0

The Leapfrog Hospital Survey is an annual voluntary survey in which Leapfrog asks hospitals to report quality and safety data and then publicly reports that information by hospital. The Leapfrog Hospital Safety Grade is a letter grade Leapfrog bi-annually assigns to general hospitals in the United States, whether they voluntarily report data to Leapfrog or not. If a hospital does not report to the Leapfrog Hospital Survey, other sources of data are used to calculate a Grade. The majority of data used to calculate the Safety Grade comes from the Centers for Medicare and Medicaid Services (CMS).

**Does a hospital get a better Safety Grade if it reports to the Leapfrog Hospital Survey?**

The Hospital Safety Grade reflects how well a hospital does on safety, not whether they complete the Leapfrog Hospital Survey. The more information Leapfrog has about a hospital's safety, the more opportunity hospitals have to tell their story. Participation in the Leapfrog Hospital Survey gives hospitals the opportunity to report additional information about their safety measures. If a hospital performs well on certain measures on the Leapfrog Hospital Survey, they have the opportunity to earn more points in their Hospital Safety Grade for those certain measures than they would if they did not report to the Leapfrog Hospital Survey. This is because the data hospitals report to Leapfrog is more comprehensive than data available from other publicly available sources. On the other hand, hospitals that perform poorly on Leapfrog Hospital Survey measures that are included in the Safety Grade will also feel the impact of that performance on their grade.

See the full methodology for spring 2025 here.

**Why don't I see my hospital?**

Unfortunately, not all hospitals have enough data publicly available to be eligible for a grade. As per the National Expert Panel guidance, The Leapfrog Group has requirements for the minimum amount of data we need to issue an accurate grade. Most of the data Leapfrog uses comes from the federal agency Centers for Medicare and Medicaid Services (CMS), and in some cases, CMS does not publish adequate safety data on an individual hospital. Sometimes the hospital is too

small to issue reliable numbers, and sometimes the hospital does not offer services relevant to the safety data. For instance, a hospital without an Intensive Care Unit (ICU) cannot report ICU safety measures. The absence of a grade does not mean a hospital is unsafe; it means Leapfrog does not have enough data to assign a grade.

**How does Leapfrog determine the Grades?**

Leapfrog experts and advisors at the Johns Hopkins Armstrong Institute for Patient Safety and Quality regularly review all publicly available measures of safety and the methodology to determine a hospital's letter grade. The National Expert Panel regularly convenes to review the methodology for validity and reliability. The scoring methodology is published in detail, and hospitals are given tools to analyze how their own grade was derived.

**What is a "Straight A" hospital?**

For the first time, Leapfrog is spotlighting 346 hospitals nationwide that not only achieved an "A" for spring 2025 but have sustained the grade for five or more grading rounds, designating them "Straight A" hospitals. This select group, representing 12% of all eligible hospitals, is now highlighted on www.hospitalsafetygrade.org.

**Should patients avoid a "C," "D," or "F" hospital? What should people do if the only hospital in their community is a "C," "D," or "F?"**

When they have a choice, the Hospital Safety Grade is the first tool patients should use to select a hospital, because safety should come first. The Hospital Safety Grade is the only public rating exclusively focused on safety—how well the hospital protects patients from medical errors, accidents, injuries and infections that kill more than 200,000 people a year in the United States. Once satisfied with the hospital's record on safety, then people should consider other aspects of hospital performance in the decision-making process, such as whether the hospital delivers a high level of care for the health concern the patient has, i.e., if the hospital has high-quality obstetrics or orthopedics.

In some cases, the only hospitals available in a community are not highly rated. Leapfrog offers guidance and resources on our website for patients and family members to protect themselves during a hospital stay, which is important no matter the hospital's grade. It can be difficult, but patients and families must take an assertive role in managing bedside care in order to avoid many of the most common errors that routinely occur in hospitals at all grade levels.

**Employers founded The Leapfrog Group in 2000 to improve patient safety. How can they use the Leapfrog Hospital Safety Grade?**

Employers use the Hospital Safety Grade in two ways. First, employers can educate and inform their employees about the Hospital Safety Grade and the importance of considering patient safety when choosing a hospital. Second, employers can structure the way they pay for health care to reward excellence in safety. For instance, higher graded hospitals might earn contract incentives. Visit Leapfrog's free Employer Value Toolkit website for resources and more information on where to start.

**Who is The Leapfrog Group?**

The Leapfrog Group is a national nonprofit organization driving a movement for giant leaps forward in the quality and safety of American health care. For over 20 years, we have served as the nation's leading independent advocate of health care transparency to drive major improvement in patient safety, rating health care facilities to help people make informed, lifesaving decisions about where to seek services, and giving purchasers tools to tie their purchasing strategy to excellence in safety and quality.

and transparency in the U.S. health system.

By viewing this website you are agreeing to our TERMS OF USE. The information viewed on this site is not intended to be the only or primary means for evaluating hospital quality nor is it intended to be relied upon as advice or a recommendation or an endorsement about which hospitals to use or the quality of the medical treatment that you receive from a hospital or other health care provider. You are solely responsible for any and all decisions with respect to your medical treatment. Neither Leapfrog nor its affiliates are responsible for any damages or costs you might incur with respect to your use of this site. Never disregard, avoid or delay in obtaining medical advice from your doctor or other health care professional because of something that you have read on this site as the site is not intended to be a substitute for professional medical advice.
© Copyright 2025, The Leapfrog Group. Updated May 1, 2025.

# TAB 195-31

LEAPFROG HOSPITAL SAFETY GRADE

A program of THELEAPFROGGROUP

# How to Use the Grade

Many hospitals have world-renowned doctors and equipment, but not all hospitals prioritize their patient's safety above all else. You deserve to know which hospitals do the best at protecting their patients from harm. That's why we developed the Leapfrog Hospital Safety Grade. This tool can help guide your decision in a number of situations:

- Has your doctor referred you or a family member to a hospital for surgery?
- Are you preparing to have a baby?
- Is someone in your family suffering from chronic illness that could require immediate or consistent hospital care?
- Is your choice of hospital solely based on location or word-of-mouth?

PX-023.0

The Safety Grade rates hospitals on the very basics of medical care, such as handwashing, entering prescriptions through a computer, and the availability of highly-trained nurses. So no matter the reason for a hospital visit, safety should be your number one concern.

## Which hospital do I pick?

Choosing your hospital is a matter of personal preference, but we know "A" hospitals do a better job at preventing errors. If your local hospital rates below an "A," talk with your doctor at that hospital and urge them to improve their safety. If all your local hospitals score poorly, use these Safety Grades to start a conversation with hospital leadership and local policymakers about improving hospital safety.

A small number of hospitals have consistently achieved "A" grades--an impressive feat. These hospitals are denoted with the "Straight A's" logo in recognition of their achievement of the highest standards of patient safety year after year. We hope all hospitals will strive to offer this level of dependable care.

You should never refuse care in an emergency because of a hospital's Safety Grade, but use this website as a guide for planned events and a research tool for potential emergencies.

## What measures are most important?

Every person will have different ideas about what is most important to them, but we suggest checking out whether your hospital scores well on:

- ***Handwashing*** Does your hospital have a handwashing policy to ensure all staff members are washing their hands before and after patient contact?
- ***Infection in the blood*** Hospital patients may be given a central line (a tube inserted into the body to deliver medication and other treatments). Patients with a central line are at high risk for developing a dangerous infection in the blood. Is your hospital showing a low number on this measure?
- ***Patient falls*** What is your hospital doing to ensure you don't suffer an added injury

from a fall while in the hospital?

## What about past grades?

Since 2012, Leapfrog has released Safety Grades twice per year for nearly 3,000 hospitals across the U.S. To be as transparent as possible, we make those past grades available, just by clicking on "Show Recent Past Grades" underneath a hospital's current grade.

Displaying past grades makes it clear which hospitals consistently achieve high standards of patient safety and which have demonstrated a steady path of improvement. Patients should always decide on where to receive care based on a hospital's current Safety Grade. However, past grades can tell you a lot about that hospital's track record in keeping its patients safe from errors, injuries, accidents and infections. Keeping an eye on your local hospital's Safety Grades over time also makes it easier to spot patterns—whether a hospital is working to improve or has allowed its focus on safety to slip.

If you're concerned about past grades, ask your doctor what your

hospital is doing to keep its patients safe. Remember, **you have a choice of where to receive care**. And you deserve to be in the safest hospital possible.

## We don't have Safety Grades for every hospital. Here's why:

Certain hospitals are not required to publicly report their safety record, which means that our experts don't have enough information to issue them a Leapfrog Hospital Safety Grade. These hospitals include:

- Specialty hospitals, such as children's hospitals and surgical centers
- Critical access hospitals
- Hospitals in Guam and Puerto Rico

Additionally, many hospitals are not able to provide data to the federal government because they are too small, or lack the necessary data—like military and veteran's hospitals. Leapfrog experts are studying ways to rate them in the future.

THELEAPFROGGROUP

## The Leapfrog Hospital Safety Grade

The Leapfrog Hospital Safety Grade is a public service provided by The Leapfrog Group, an independent nonprofit organization committed to driving quality, safety, and transparency in the U.S. health system.

By viewing this website you are agreeing to our TERMS OF USE. The information viewed on this site is not intended to be the only or primary means for evaluating hospital quality nor is it intended to be relied upon as advice or a recommendation or an endorsement about which hospitals to use or the quality of the medical treatment that you receive from a hospital or other health care provider. You are solely responsible for any and all decisions with respect to your medical treatment. Neither Leapfrog nor its affiliates are responsible for any damages or costs you might incur with respect to your use of this site. Never disregard, avoid or delay in obtaining medical advice from your doctor or other health care professional because of something that you have read on this site as the site is not intended to be a substitute for professional medical advice.
© Copyright 2025, The Leapfrog Group. Updated May 1, 2025.

# TAB 195-53

LEAPFROG HOSPITAL SAFETY GRADE

A program of THELEAPFROGGROUP

# Delray Medical Center

5352 Linton Boulevard
Delray Beach, FL 33484-6580

View this hospital's Leapfrog Hospital Survey Results

**This Hospital's Grade**

F

FALL 2025

▶ Show Recent Past Grades

Detailed table view

NEW Order 2½ years of detailed scoring for this hospital for $2.95

Learn how to use the Leapfrog Hospital Safety Grade



PX-034.5

| Infections | Problems with Surgery | Safety Problems | Practices to Prevent Errors | Doctors, Nurses & Hospital Staff |
|---|---|---|---|---|

- Doctors order medications through a computer
- Safe medication administratio
- Handwashing
- Communicati about Medicines
- Communicati about Discharge
- Declined to Report[1] Staff work together to prevent errors

**Hospital Performs:**

Worse Than Average — Better Than Average

**This Hospital's Score:**

15 *

**Best Hospital's Score:**

100

**Average Hospital's Score:**

82.22

**Worst Hospital's Score:**

15

**Doctors order medications through a computer**

Hospitals can use Computerized Physician Order Entry (CPOE) systems to order medications for patients in the hospital, instead of writing out prescriptions by hand. Good CPOE systems alert the doctor if they try to order a medication that could cause harm, such as prescribing an adult dosage for a child. CPOE systems help to reduce medication errors in the hospital.

*Hospitals can earn up to 100 points for using a well-functioning CPOE system in most areas of the hospital. For details on sources, click here.*

**What safer hospitals do:**

Hospitals use CPOE systems in all areas of the hospital and regularly test those systems to ensure they are alerting doctors to potential ordering errors.

## Notes and Definitions

**1. Declined to Report: The hospital was asked to provide this information to the public, but did not.**

**2. Not Available:** "Not Available" means that the hospital does not have data for this measure. This could be because the measure is related to a service the hospital does not provide. For example, a hospital that does not have an ICU would not be able to report data about ICUs. It could also be because the hospital had too few patients or cases to report data for a particular condition or procedure. A "Not Available" result does not mean that the hospital withheld information from the public.

**3. Straight A:** The hospital has earned an 'A' Grade for five consecutive grading rounds or more, qualifying it for recognition as a "Straight A" hospital.

**4. * The hospital declined to report their performance on this measure, so a score was assigned to reflect the lack of information available.**

LEGAL DISCLAIMER: The Leapfrog Hospital Safety Grade scores hospitals on their overall performance in keeping patients safe from preventable harm and medical errors. The grades are derived from expert analysis of publicly available data using up to 31 evidence-based, national measures of hospital safety. No specific representation is made, nor shall be implied, nor shall The Leapfrog Group be liable with respect to any individual patient's potential or actual outcome as a result of receiving services performed at any of these hospitals. Leapfrog Hospital Safety Grades cannot be republished without expressed written permission from The Leapfrog Group.

The Leapfrog Hospital Safety Grade

THE LEAPFROG GROUP

The Leapfrog Hospital Safety Grade is a public service provided by The Leapfrog Group, an independent nonprofit organization committed to driving quality, safety, and transparency in the U.S. health system.

By viewing this website you are agreeing to our TERMS OF USE. The information viewed on this site is not intended to be the only or primary means for evaluating hospital quality nor is it intended to be relied upon as advice or a recommendation or an endorsement about which hospitals to use or the quality of the medical treatment that you receive from a hospital or other health care provider. You are solely responsible for any and all decisions with respect to your medical treatment. Neither Leapfrog nor its affiliates are responsible for any damages or costs you might incur with respect to your use of this site. Never disregard, avoid or delay in obtaining medical advice from your doctor or other health care professional because of something that you have read on this site as the site is not intended to be a substitute for professional medical advice.
© Copyright 2025, The Leapfrog Group. Updated November 13, 2025.

LEAPFROG HOSPITAL SAFETY GRADE

A program of THELEAPFROGGROUP

# Delray Medical Center

5352 Linton Boulevard
Delray Beach, FL 33484-6580

View this hospital's Leapfrog Hospital Survey Results

**This Hospital's Grade**

F

FALL 2025

▶ Show Recent Past Grades

Detailed table view

NEW Order 2½ years of detailed scoring for this hospital for $2.95

Learn how to use the Leapfrog Hospital Safety Grade



Infections | Problems with Surgery | Safety Problems | **Practices to Prevent Errors** | Doctors, Nurses & Hospital Staff

- Doctors order medications through a computer
- Safe medication administratio
- Handwashing
- Communicati about Medicines
- Communicati about Discharge
- Declined to Report Staff work together to prevent errors

**Hospital Performs:**

Worse Than Average — Better Than Average

**This Hospital's Score:**

25 *

**Best Hospital's Score:**

100

**Average Hospital's Score:**

85.20

**Worst Hospital's Score:**

25

**Safe medication administration**

Using barcodes on medications, nurses can scan the medication and then the patient's ID bracelet to make sure the patient is receiving the right medications. If the bar codes do not match, this signals there is an error, giving nurses and doctors the chance to confirm they have the right patient, right medication, and right dose. Bar code medication administration (BCMA) systems are proven to reduce the risk that a hospital accidentally gives the wrong medication to a patient.

*Hospitals earn up to 100 points for using a well-functioning bar coding system for all medication orders, and making sure it is used properly to keep patients safe.* *For details on sources, click here.*

**What safer hospitals do:**

When hospitals use bar coding technology effectively for all orders, medication errors happen far less frequently.

## Notes and Definitions

**1. Declined to Report: The hospital was asked to provide this information to the public, but did not.**

**2. Not Available:** "Not Available" means that the hospital does not have data for this measure. This could be because the measure is related to a service the hospital does not provide. For example, a hospital that does not have an ICU would not be able to report data about ICUs. It could also be because the hospital had too few patients or cases to report data for a particular condition or procedure. A "Not Available" result does not mean that the hospital withheld information from the public.

**3. Straight A:** The hospital has earned an 'A' Grade for five consecutive grading rounds or more, qualifying it for recognition as a "Straight A" hospital.

**4. * The hospital declined to report their performance on this measure, so a score was assigned to reflect the lack of information available.**

LEGAL DISCLAIMER: The Leapfrog Hospital Safety Grade scores hospitals on their overall performance in keeping patients safe from preventable harm and medical errors. The grades are derived from expert analysis of publicly available data using up to 31 evidence-based, national measures of hospital safety. No specific representation is made, nor shall be implied, nor shall The Leapfrog Group be liable with respect to any individual patient's potential or actual outcome as a result of receiving services performed at any of these hospitals. Leapfrog Hospital Safety Grades cannot be republished without expressed written permission from The Leapfrog Group.

THE LEAPFROG GROUP

## The Leapfrog Hospital Safety Grade

The Leapfrog Hospital Safety Grade is a public service provided by The Leapfrog Group, an independent nonprofit organization committed to driving quality, safety, and transparency in the U.S. health system.

By viewing this website you are agreeing to our TERMS OF USE. The information viewed on this site is not intended to be the only or primary means for evaluating hospital quality nor is it intended to be relied upon as advice or a recommendation or an endorsement about which hospitals to use or the quality of the medical treatment that you receive from a hospital or other health care provider. You are solely responsible for any and all decisions with respect to your medical treatment. Neither Leapfrog nor its affiliates are responsible for any damages or costs you might incur with respect to your use of this site. Never disregard, avoid or delay in obtaining medical advice from your doctor or other health care professional because of something that you have read on this site as the site is not intended to be a substitute for professional medical advice.
© Copyright 2025, The Leapfrog Group. Updated November 13, 2025.

LEAPFROG HOSPITAL SAFETY GRADE

A program of THELEAPFROGGROUP

# Delray Medical Center

5352 Linton Boulevard
Delray Beach, FL 33484-6580

View this hospital's Leapfrog Hospital Survey Results

**This Hospital's Grade**

F

FALL 2025

▶ Show Recent Past Grades

Detailed table view

NEW Order 2½ years of detailed scoring for this hospital for $2.95

Learn how to use the Leapfrog Hospital Safety Grade



Infections | Problems with Surgery | Safety Problems | **Practices to Prevent Errors** | Doctors, Nurses & Hospital Staff

- Doctors order medications through a computer
- Safe medication administratio
- Handwashing
- Communicati about Medicines
- Communicati about Discharge
- Declined to Report — Staff work together to prevent errors

**Hospital Performs:**

Worse Than Average — Better Than Average

**This Hospital's Score:**

15 *

**Best Hospital's Score:**

100

**Average Hospital's Score:**

76.81

**Worst Hospital's Score:**

15

**Handwashing**

Healthcare workers can help stop infection and illness by carefully cleaning their hands. When hospital staff does not carefully wash their hands, they can spread germs from one patient to another and cause someone to become seriously ill.

*Hospitals can earn up to 100 points for having a handwashing policy and evaluating how hospital workers follow that policy. For details on sources, click here.*

**What safer hospitals do:**

Hospitals provide training and implement policies to make sure that all hospital staff cleans their hands before touching a patient.

## Notes and Definitions

1. **Declined to Report: The hospital was asked to provide this information to the public, but did not.**

2. **Not Available:** "Not Available" means that the hospital does not have data for this measure. This could be because the measure is related to a service the hospital does not provide. For example, a hospital that does not have an ICU would not be able to report data about ICUs. It could also be because the hospital had too few patients or cases to report data for a particular condition or procedure. A "Not Available" result does not mean that the hospital withheld information from the public.

3. **Straight A:** The hospital has earned an 'A' Grade for five consecutive grading rounds or more, qualifying it for recognition as a "Straight A" hospital.

4. *** The hospital declined to report their performance on this measure, so a score was assigned to reflect the lack of information available.**

LEGAL DISCLAIMER: The Leapfrog Hospital Safety Grade scores hospitals on their overall performance in keeping patients safe from preventable harm and medical errors. The grades are derived from expert analysis of publicly available data using up to 31 evidence-based, national measures of hospital safety. No specific representation is made, nor shall be implied, nor shall The Leapfrog Group be liable with respect to any individual patient's potential or actual outcome as a result of receiving services performed at any of these hospitals. Leapfrog Hospital Safety Grades cannot be republished without expressed written permission from The Leapfrog Group.

THELEAPFROGGROUP

**The Leapfrog Hospital Safety Grade**

The Leapfrog Hospital Safety Grade is a public service provided by The Leapfrog Group, an

independent nonprofit organization committed to driving quality, safety, and transparency in the U.S. health system.

By viewing this website you are agreeing to our TERMS OF USE. The information viewed on this site is not intended to be the only or primary means for evaluating hospital quality nor is it intended to be relied upon as advice or a recommendation or an endorsement about which hospitals to use or the quality of the medical treatment that you receive from a hospital or other health care provider. You are solely responsible for any and all decisions with respect to your medical treatment. Neither Leapfrog nor its affiliates are responsible for any damages or costs you might incur with respect to your use of this site. Never disregard, avoid or delay in obtaining medical advice from your doctor or other health care professional because of something that you have read on this site as the site is not intended to be a substitute for professional medical advice.

© Copyright 2025, The Leapfrog Group. Updated November 13, 2025.

LEAPFROG HOSPITAL SAFETY GRADE

A program of THE LEAPFROG GROUP

# Delray Medical Center

5352 Linton Boulevard
Delray Beach, FL 33484-6580

View this hospital's Leapfrog Hospital Survey Results

**This Hospital's Grade**

F

FALL 2025

▶ Show Recent Past Grades

Detailed table view

NEW Order 2½ years of detailed scoring for this hospital for $2.95

Learn how to use the Leapfrog Hospital Safety Grade



Infections | Problems with Surgery | Safety Problems | **Practices to Prevent Errors** | Doctors, Nurses & Hospital Staff

- Doctors order medications through a computer
- Safe medication administratio
- Handwashing
- Communicati about Medicines
- Communicati about Discharge
- Declined to Report[1] Staff work together to prevent errors

**Hospital Performs:**

Worse Than Average — Better Than Average

**This Hospital's Score:**

62

**Best Hospital's Score:**

88

**Average Hospital's Score:**

74.64

**Worst Hospital's Score:**

59

**Communication about medicines**

Patients' perspectives of care are an important part of patient safety. The Communication about Medicines measure reflects patients' feedback on how often hospital staff explained the purpose of any new medicine and what side effects that medicine might have. Effective communication about medicine prevents misunderstandings that could lead to serious problems for a patient.

*Based on a scale of zero-100, this number represents a comparison of patients' perspectives of how effectively this hospital communicated with patients about their medications relative to patients' perspectives of how effectively other hospitals communicated with their patients. Higher scores indicate more effective communication than lower scores.* For details on sources, click here.

**What safer hospitals do:**

Hospitals that score well on this measure take time to speak with every patient to ensure that the patient understands the purpose of any new medication they are given, how to take the medication, and the risk of any possible side effects.

## Notes and Definitions

1. **Declined to Report: The hospital was asked to provide this information to the public, but did not.**

2. **Not Available:** "Not Available" means that the hospital does not have data for this measure. This could be because the measure is related to a service the hospital does not provide. For example, a hospital that does not have an ICU would not be able to report data about ICUs. It could also be because the hospital had too few patients or cases to report data for a particular condition or procedure. A "Not Available" result does not mean that the hospital withheld information from the public.

3. **Straight A:** The hospital has earned an 'A' Grade for five consecutive grading rounds or more, qualifying it for recognition as a "Straight A" hospital.

LEGAL DISCLAIMER: The Leapfrog Hospital Safety Grade scores hospitals on their overall performance in keeping patients safe from preventable harm and medical errors. The grades are derived from expert analysis of publicly available data using up to 31 evidence-based, national measures of hospital safety. No specific representation is made, nor shall be implied, nor shall The Leapfrog Group be liable with respect to any individual patient's potential or actual outcome as a result of receiving services performed at any of these hospitals. Leapfrog Hospital Safety Grades cannot be republished without expressed written permission from The Leapfrog Group.

THELEAPFROGGROUP

## The Leapfrog Hospital Safety Grade

The Leapfrog Hospital Safety Grade is a public service provided by The Leapfrog Group, an independent nonprofit organization committed to driving quality, safety, and transparency in the U.S. health system.

By viewing this website you are agreeing to our TERMS OF USE. The information viewed on this site is not intended to be the only or primary means for evaluating hospital quality nor is it intended to be relied upon as advice or a recommendation or an endorsement about which hospitals to use or the quality of the medical treatment that you receive from a hospital or other health care provider. You are solely responsible for any and all decisions with respect to your medical treatment. Neither Leapfrog nor its affiliates are responsible for any damages or costs you might incur with respect to your use of this site. Never disregard, avoid or delay in obtaining medical advice from your doctor or other health care professional because of something that you have read on this site as the site is not intended to be a substitute for professional medical advice.
© Copyright 2025, The Leapfrog Group. Updated November 13, 2025.

LEAPFROG HOSPITAL SAFETY GRADE

A program of THE LEAPFROG GROUP

# Delray Medical Center

5352 Linton Boulevard
Delray Beach, FL 33484-6580

View this hospital's Leapfrog Hospital Survey Results

This Hospital's Grade

F

FALL 2025

▶ Show Recent Past Grades

Detailed table view

NEW Order 2½ years of detailed scoring for this hospital for $2.95

Learn how to use the Leapfrog Hospital Safety Grade



Infections | Problems with Surgery | Safety Problems | **Practices to Prevent Errors** | Doctors, Nurses & Hospital Staff

- Doctors order medications through a computer
- Safe medication administratio
- Handwashing
- Communicati about Medicines
- Communicati about Discharge
- Declined to Report[1] — Staff work together to prevent errors

**Hospital Performs:**

Worse Than Average — Better Than Average

**This Hospital's Score:**

74

**Best Hospital's Score:**

94

**Average Hospital's Score:**

85.48

**Worst Hospital's Score:**

67

**Communication about discharge**

Patients' perspectives of care are an important part of patient safety. The Communication about Discharge measure summarizes how well the hospital staff communicated with patients about the help they would need at home after leaving the hospital. The measure also summarizes how often patients reported that they were given written information about symptoms or health problems to watch for during their recovery. Educating patients on the steps they need to take during their recovery at home reduces the chances that a patient will need to be readmitted to the hospital.

*Based on a scale of zero-100, this number represents a comparison of patients' perspectives of how effectively this hospital communicated with patients about the help they would need after discharge relative to patients' perspectives of how effectively other hospitals communicated with their patients. Higher scores indicate more effective communication than lower scores.*

*For details on sources, click here.*

**What safer hospitals do:**

Hospitals that score well on this measure take time with every patient to clarify the patient's responsibilities during her recovery at home, clarify the responsibilities of caregivers at home, and educate the patient on any symptoms that could point to problems in the recovery process.

## Notes and Definitions

**1. Declined to Report: The hospital was asked to provide this information to the public, but did not.**

**2. Not Available:** "Not Available" means that the hospital does not have data for this measure. This could be because the measure is related to a service the hospital does not provide. For example, a hospital that does not have an ICU would not be

able to report data about ICUs. It could also be because the hospital had too few patients or cases to report data for a particular condition or procedure. A "Not Available" result does not mean that the hospital withheld information from the public.

**3. Straight A:** The hospital has earned an 'A' Grade for five consecutive grading rounds or more, qualifying it for recognition as a "Straight A" hospital.

LEGAL DISCLAIMER: The Leapfrog Hospital Safety Grade scores hospitals on their overall performance in keeping patients safe from preventable harm and medical errors. The grades are derived from expert analysis of publicly available data using up to 31 evidence-based, national measures of hospital safety. No specific representation is made, nor shall be implied, nor shall The Leapfrog Group be liable with respect to any individual patient's potential or actual outcome as a result of receiving services performed at any of these hospitals. Leapfrog Hospital Safety Grades cannot be republished without expressed written permission from The Leapfrog Group.

THE LEAPFROG GROUP

## The Leapfrog Hospital Safety Grade

The Leapfrog Hospital Safety Grade is a public service provided by The Leapfrog Group, an independent nonprofit organization committed to driving quality, safety, and transparency in the U.S. health system.

By viewing this website you are agreeing to our TERMS OF USE. The information viewed on this site is not intended to be the only or primary means for evaluating hospital quality nor is it intended to be relied upon as advice or a recommendation or an endorsement about which hospitals to use or the quality of the medical treatment that you receive from a hospital or other health care provider. You are solely responsible for any and all decisions with respect to your medical treatment. Neither Leapfrog nor its affiliates are responsible for any damages or costs you might incur with respect to your use of this site. Never disregard, avoid or delay in obtaining medical advice from your doctor or other health care professional because of something that you have read on this site as the site is not intended to be a substitute for professional medical advice.
© Copyright 2025, The Leapfrog Group. Updated November 13, 2025.

LEAPFROG HOSPITAL SAFETY GRADE

A program of THE LEAPFROG GROUP

# Delray Medical Center

5352 Linton Boulevard
Delray Beach, FL 33484-6580

View this hospital's Leapfrog Hospital Survey Results

**This Hospital's Grade**

F

FALL 2025

▶ Show Recent Past Grades

Detailed table view

NEW Order 2½ years of detailed scoring for this hospital for $2.95

Learn how to use the Leapfrog Hospital Safety Grade



Infections | Problems with Surgery | Safety Problems | Practices to Prevent Errors | Doctors, Nurses & Hospital Staff

Doctors order medications through a computer

Safe medication administratio

Handwashing

Communicati about Medicines

Communicati about Discharge

Declined to Report[1]
Staff work together to prevent errors

**Hospital Performs:**

Worse Than Average — Better Than Average

**This Hospital's Score:**

Declined to Report

**Best Hospital's Score:**

120.00

**Average Hospital's Score:**

117.27

**Worst Hospital's Score:**

0.00

**Staff work together to prevent errors**

A hospital that has a strong culture of safety has a well-functioning team with good leaders who catch errors before they can harm a patient. Patients are less likely to experience mistakes if hospital staff works together. Staff should also be comfortable speaking up when they sense an error might happen.

*Hospitals can earn up to 120 points for measuring culture of safety, providing feedback to staff, and creating new plans to prevent errors.* For details on sources, click here.

**What safer hospitals do:**

Hospitals regularly survey their physicians, nurses, and other staff on the culture of safety to measure how well staff works together to keep patients safe. Then, hospitals provide feedback on the results to leaders and hospital staff and create plans to improve.

## Notes and Definitions

1. **Declined to Report: The hospital was asked to provide this information to the public, but did not.**

2. **Not Available:** "Not Available" means that the hospital does not have data for this measure. This could be because the measure is related to a service the hospital does not provide. For example, a hospital that does not have an ICU would not be able to report data about ICUs. It could also be because the hospital had too few patients or cases to report data for a particular condition or procedure. A "Not Available" result does not mean that the hospital withheld information from the public.

3. **Straight A:** The hospital has earned an 'A' Grade for five consecutive grading rounds or more, qualifying it for recognition as a "Straight A" hospital.

LEGAL DISCLAIMER: The Leapfrog Hospital Safety Grade scores hospitals on their overall performance in keeping patients safe from preventable harm and medical errors. The grades are derived from expert analysis of publicly available data using up to 31 evidence-based, national measures of hospital safety. No specific representation is made, nor shall be implied, nor shall The Leapfrog Group be liable with respect to any individual patient's potential or actual outcome as a result of receiving services performed at any of these hospitals. Leapfrog Hospital Safety Grades cannot be republished without expressed written permission from The Leapfrog Group.

The Leapfrog Hospital Safety Grade

THE LEAPFROG GROUP

The Leapfrog Hospital Safety Grade is a public service provided by The Leapfrog Group, an independent nonprofit organization committed to driving quality, safety, and transparency in the U.S. health system.

By viewing this website you are agreeing to our TERMS OF USE. The information viewed on this site is not intended to be the only or primary means for evaluating hospital quality nor is it intended to be relied upon as advice or a recommendation or an endorsement about which hospitals to use or the quality of the medical treatment that you receive from a hospital or other health care provider. You are solely responsible for any and all decisions with respect to your medical treatment. Neither Leapfrog nor its affiliates are responsible for any damages or costs you might incur with respect to your use of this site. Never disregard, avoid or delay in obtaining medical advice from your doctor or other health care professional because of something that you have read on this site as the site is not intended to be a substitute for professional medical advice.
© Copyright 2025, The Leapfrog Group. Updated November 13, 2025.

# Tab 195-54

LEAPFROG HOSPITAL SAFETY GRADE

A program of THELEAPFROGGROUP

# Delray Medical Center

5352 Linton Boulevard
Delray Beach, FL 33484-6580

View this hospital's Leapfrog Hospital Survey Results

**This Hospital's Grade**

F

FALL 2025

▶ Show Recent Past Grades

Detailed table view

NEW Order 2½ years of detailed scoring for this hospital for $2.95

Learn how to use the Leapfrog Hospital Safety Grade



**PX-034.6**

Infections | Problems with Surgery | Safety Problems | Practices to Prevent Errors | **Doctors, Nurses & Hospital Staff**

- Declined to Report[1] — Effective leadership to prevent errors
- Declined to Report[1] — Nursing and Bedside Care for Patients
- Specially trained doctors care for ICU patients
- Communicati with Doctors
- Communicati with Nurses
- Responsiveness of Hospital Staff

**Hospital Performs:**

Worse Than Average — Better Than Average

**This Hospital's Score:**

Declined to Report

**Best Hospital's Score:**

120.00

**Average Hospital's Score:**

117.60

**Worst Hospital's Score:**

46.15

**Effective leadership to prevent errors**

Errors are much more common if hospital leaders don't make patient safety a priority. Leaders must make sure that all hospital staff knows what they need to work on and that they are held accountable for improvements. The hospital should also budget money towards improving safety.

*Hospitals can earn up to 120 points for having leadership structures that increase awareness of patient safety issues and holding leadership accountable for improvements.* For details on sources, click here.

**What safer hospitals do:**

Hospital leaders are aware of the hospital's patient safety problems, work with hospital staff to fix them, and share their efforts with the larger community. Leaders also make it a priority to learn about and use the best methods to prevent errors and are held accountable for identifying and reducing unsafe practices.

## Notes and Definitions

1. **Declined to Report: The hospital was asked to provide this information to the public, but did not.**

2. **Not Available:** "Not Available" means that the hospital does not have data for this measure. This could be because the measure is related to a service the hospital does not provide. For example, a hospital that does not have an ICU would not be able to report data about ICUs. It could also be because the hospital had too few patients or cases to report data for a particular condition or procedure. A "Not Available" result does not mean that the hospital withheld information from the public.

3. **Straight A:** The hospital has earned an 'A' Grade for five consecutive grading rounds or more, qualifying it for recognition as a "Straight A" hospital.

LEGAL DISCLAIMER: The Leapfrog Hospital Safety Grade scores hospitals on their overall performance in keeping patients safe from preventable harm and medical errors. The grades are derived from expert analysis of publicly available data using up to 31 evidence-based, national measures of hospital safety. No specific representation is made, nor shall be implied, nor shall The Leapfrog Group be liable with respect to any individual patient's potential or actual outcome as a result of receiving services performed at any of these hospitals. Leapfrog Hospital Safety Grades cannot be republished without expressed written permission from The Leapfrog Group.

THELEAPFROGGROUP

## The Leapfrog Hospital Safety Grade

The Leapfrog Hospital Safety Grade is a public service provided by The Leapfrog Group, an independent nonprofit organization committed to driving quality, safety, and transparency in the U.S. health system.

By viewing this website you are agreeing to our TERMS OF USE. The information viewed on this site is not intended to be the only or primary means for evaluating hospital quality nor is it intended to be relied upon as advice or a recommendation or an endorsement about which hospitals to use or the quality of the medical treatment that you receive from a hospital or other health care provider. You are solely responsible for any and all decisions with respect to your medical treatment. Neither Leapfrog nor its affiliates are responsible for any damages or costs you might incur with respect to your use of this site. Never disregard, avoid or delay in obtaining medical advice from your doctor or other health care professional because of something that you have read on this site as the site is not intended to be a substitute for professional medical advice.
© Copyright 2025, The Leapfrog Group. Updated November 13, 2025.

LEAPFROG HOSPITAL SAFETY GRADE

A program of THE LEAPFROG GROUP

# Delray Medical Center

5352 Linton Boulevard
Delray Beach, FL 33484-6580

View this hospital's Leapfrog Hospital Survey Results

**This Hospital's Grade**

F

FALL 2025

▶ Show Recent Past Grades

Detailed table view

NEW Order 2½ years of detailed scoring for this hospital for $2.95

Learn how to use the Leapfrog Hospital Safety Grade



Infections | Problems with Surgery | Safety Problems | Practices to Prevent Errors | **Doctors, Nurses & Hospital Staff**

- Declined to Report[1] — Effective leadership to prevent errors
- Declined to Report[1] — Nursing and Bedside Care for Patients
- Specially trained doctors care for ICU patients
- Communication with Doctors
- Communication with Nurses
- Responsiveness of Hospital Staff

**Hospital Performs:**

Worse Than Average — Better Than Average

**This Hospital's Score:**

Declined to Report

**Best Hospital's Score:**

100

**Average Hospital's Score:**

79.09

**Worst Hospital's Score:**

15

**Nursing and Bedside Care for Patients**

Studies show better staffing practices have a meaningful impact on the quality and safety of patient care. When hospitals have more nurses and assistive personnel, patients are more likely to have better experiences and improved health outcomes. Without enough nurses, patients might face complications, longer hospital stays, and even death.

*Hospitals can earn up to 100 points for this measure for staffing their hospitals with enough nurses (RNs), licensed practical nurses (LPNs), and unlicensed assistive personnel (UAPs). For details on sources, click here.*

**What safer hospitals do:**

Hospitals should ensure they have enough nurses trained to provide direct patient care like patient monitoring, symptom assessment, and medication administration in medical, surgical, and med-surg units.

## Notes and Definitions

**1. Declined to Report: The hospital was asked to provide this information to the public, but did not.**

**2. Not Available:** "Not Available" means that the hospital does not have data for this measure. This could be because the measure is related to a service the hospital does not provide. For example, a hospital that does not have an ICU would not be able to report data about ICUs. It could also be because the hospital had too few patients or cases to report data for a particular condition or procedure. A "Not Available" result does not mean that the hospital withheld information from the public.

**3. Straight A:** The hospital has earned an 'A' Grade for five consecutive grading rounds or more, qualifying it for recognition as a "Straight A" hospital.

LEGAL DISCLAIMER: The Leapfrog Hospital Safety Grade scores hospitals on their overall performance in keeping patients safe from preventable harm and medical errors. The grades are derived from expert analysis of publicly available data using up to 31 evidence-based, national measures of hospital safety. No specific representation is made, nor shall be implied, nor shall The Leapfrog Group be liable with respect to any individual patient's potential or actual outcome as a result of receiving services performed at any of these hospitals. Leapfrog Hospital Safety Grades cannot be republished without expressed written permission from The Leapfrog Group.

THE LEAPFROG GROUP

## The Leapfrog Hospital Safety Grade

The Leapfrog Hospital Safety Grade is a public service provided by The Leapfrog Group, an independent nonprofit organization committed to driving quality, safety, and transparency in the U.S. health system.

By viewing this website you are agreeing to our TERMS OF USE. The information viewed on this site is not intended to be the only or primary means for evaluating hospital quality nor is it intended to be relied upon as advice or a recommendation or an endorsement about which hospitals to use or the quality of the medical treatment that you receive from a hospital or other health care provider. You are solely responsible for any and all decisions with respect to your medical treatment. Neither Leapfrog nor its affiliates are responsible for any damages or costs you might incur with respect to your use of this site. Never disregard, avoid or delay in obtaining medical advice from your doctor or other health care professional because of something that you have read on this site as the site is not intended to be a substitute for professional medical advice.
© Copyright 2025, The Leapfrog Group. Updated November 13, 2025.

LEAPFROG HOSPITAL SAFETY GRADE

A program of THELEAPFROGGROUP

# Delray Medical Center

5352 Linton Boulevard
Delray Beach, FL 33484-6580

View this hospital's Leapfrog Hospital Survey Results

**This Hospital's Grade**

F

FALL 2025

▶ Show Recent Past Grades

Detailed table view

NEW Order 2½ years of detailed scoring for this hospital for $2.95

Learn how to use the Leapfrog Hospital Safety Grade



Infections | Problems with Surgery | Safety Problems | Practices to Prevent Errors | **Doctors, Nurses & Hospital Staff**

- Declined to Report[1] — Effective leadership to prevent errors
- Declined to Report[1] — Nursing and Bedside Care for Patients
- Specially trained doctors care for ICU patients
- Communicati with Doctors
- Communicati with Nurses
- Responsiveness of Hospital Staff

**Hospital Performs:**

Worse Than Average — Better Than Average

**This Hospital's Score:**

5 *

**Best Hospital's Score:**

100

**Average Hospital's Score:**

67.86

**Worst Hospital's Score:**

5

**Specially trained doctors care for ICU patients**

A critical care unit or Intensive Care Unit (ICU) is a special part of the hospital that provides care for extremely ill patients. Hospitals should have special doctors called intensivists working in the ICU. Intensivists are physicians with advanced training in intensive or critical care. They learn to manage problems in the ICU and help to reduce errors. There are higher death rates in hospitals where ICU patients are not cared for by intensivists.

*Hospitals can earn up to 100 points for staffing their ICUs with intensivists.* For details on sources, click here.

**What safer hospitals do:**

Hospitals staff ICUs with physicians who have training in critical care medicine.

## Notes and Definitions

**1. Declined to Report: The hospital was asked to provide this information to the public, but did not.**

**2. Not Available:** "Not Available" means that the hospital does not have data for this measure. This could be because the measure is related to a service the hospital does not provide. For example, a hospital that does not have an ICU would not be able to report data about ICUs. It could also be because the hospital had too few patients or cases to report data for a particular condition or procedure. A "Not Available" result does not mean that the hospital withheld information from the public.

**3. Straight A:** The hospital has earned an 'A' Grade for five consecutive grading rounds or more, qualifying it for recognition as a "Straight A" hospital.

**4. * The hospital declined to report their performance on this measure, so a score was assigned to reflect the lack of information available.**

LEGAL DISCLAIMER: The Leapfrog Hospital Safety Grade scores hospitals on their overall performance in keeping patients safe from preventable harm and medical errors. The grades are derived from expert analysis of publicly available data using up to 31 evidence-based, national measures of hospital safety. No specific representation is made, nor shall be implied, nor shall The Leapfrog Group be liable with respect to any individual patient's potential or actual outcome as a result of receiving services performed at any of these hospitals. Leapfrog Hospital Safety Grades cannot be republished without expressed written permission from The Leapfrog Group.

The Leapfrog Hospital Safety Grade

THE LEAPFROG GROUP

The Leapfrog Hospital Safety Grade is a public service provided by The Leapfrog Group, an independent nonprofit organization committed to driving quality, safety, and transparency in the U.S. health system.

By viewing this website you are agreeing to our TERMS OF USE. The information viewed on this site is not intended to be the only or primary means for evaluating hospital quality nor is it intended to be relied upon as advice or a recommendation or an endorsement about which hospitals to use or the quality of the medical treatment that you receive from a hospital or other health care provider. You are solely responsible for any and all decisions with respect to your medical treatment. Neither Leapfrog nor its affiliates are responsible for any damages or costs you might incur with respect to your use of this site. Never disregard, avoid or delay in obtaining medical advice from your doctor or other health care professional because of something that you have read on this site as the site is not intended to be a substitute for professional medical advice.
© Copyright 2025, The Leapfrog Group. Updated November 13, 2025.

LEAPFROG HOSPITAL SAFETY GRADE

A program of THELEAPFROGGROUP

# Delray Medical Center

5352 Linton Boulevard
Delray Beach, FL 33484-6580

View this hospital's Leapfrog Hospital Survey Results

**This Hospital's Grade**

F

FALL 2025

▶ Show Recent Past Grades

Detailed table view

NEW Order 2½ years of detailed scoring for this hospital for $2.95

Learn how to use the Leapfrog Hospital Safety Grade



Infections | Problems with Surgery | Safety Problems | Practices to Prevent Errors | **Doctors, Nurses & Hospital Staff**

- Declined to Report[1] — Effective leadership to prevent errors
- Declined to Report[1] — Nursing and Bedside Care for Patients
- Specially trained doctors care for ICU patients
- Communicati with Doctors
- Communicati with Nurses
- Responsiveness of Hospital Staff

**Hospital Performs:**

Worse Than Average — Better Than Average

**This Hospital's Score:**

82

**Best Hospital's Score:**

97

**Average Hospital's Score:**

89.99

**Worst Hospital's Score:**

75

**Communication with doctors**

Patients' perspectives of care are an important part of patient safety. The Communication with Doctors measure summarizes how well patients feel their doctors explained things clearly, listened carefully to them, and treated them with courtesy and respect. Effective communication between doctors and patients can be reassuring to patients and can help prevent errors like medication mix-ups or misdiagnoses.

*Based on a scale of zero-100, this number represents a comparison of patients' perspectives of how effectively physicians at this hospital communicated with patients relative to patients' perspectives of how effectively physicians at other hospitals communicated with their patients. Higher scores indicate more effective communication than lower scores. For details on sources, click here.*

**What safer hospitals do:**

Hospitals that score well on this measure encourage their doctors to take time with every patient to communicate effectively by listening well, answering questions, treating patients with courtesy and respect, and explaining diagnoses and treatment plans in ways that patients understand.

## Notes and Definitions

1. **Declined to Report: The hospital was asked to provide this information to the public, but did not.**

2. **Not Available:** "Not Available" means that the hospital does not have data for this measure. This could be because the measure is related to a service the hospital does not provide. For example, a hospital that does not have an ICU would not be able to report data about ICUs. It could also be because the hospital had too few patients or cases to report data for a particular condition or procedure. A "Not Available" result does not mean that the hospital withheld information from the public.

3. **Straight A:** The hospital has earned an 'A' Grade for five consecutive grading rounds or more, qualifying it for recognition as a "Straight A" hospital.

LEGAL DISCLAIMER: The Leapfrog Hospital Safety Grade scores hospitals on their overall performance in keeping patients safe from preventable harm and medical errors. The grades are derived from expert analysis of publicly available data using up to 31 evidence-

based, national measures of hospital safety. No specific representation is made, nor shall be implied, nor shall The Leapfrog Group be liable with respect to any individual patient's potential or actual outcome as a result of receiving services performed at any of these hospitals. Leapfrog Hospital Safety Grades cannot be republished without expressed written permission from The Leapfrog Group.

THE LEAPFROG GROUP

## The Leapfrog Hospital Safety Grade

The Leapfrog Hospital Safety Grade is a public service provided by The Leapfrog Group, an independent nonprofit organization committed to driving quality, safety, and transparency in the U.S. health system.

By viewing this website you are agreeing to our TERMS OF USE. The information viewed on this site is not intended to be the only or primary means for evaluating hospital quality nor is it intended to be relied upon as advice or a recommendation or an endorsement about which hospitals to use or the quality of the medical treatment that you receive from a hospital or other health care provider. You are solely responsible for any and all decisions with respect to your medical treatment. Neither Leapfrog nor its affiliates are responsible for any damages or costs you might incur with respect to your use of this site. Never disregard, avoid or delay in obtaining medical advice from your doctor or other health care professional because of something that you have read on this site as the site is not intended to be a substitute for professional medical advice.

© Copyright 2025, The Leapfrog Group. Updated November 13, 2025.

LEAPFROG HOSPITAL SAFETY GRADE

A program of THELEAPFROGGROUP

# Delray Medical Center

5352 Linton Boulevard
Delray Beach, FL 33484-6580

View this hospital's Leapfrog Hospital Survey Results

**This Hospital's Grade**

F

FALL 2025

▶ Show Recent Past Grades

Detailed table view

NEW Order 2½ years of detailed scoring for this hospital for $2.95

Learn how to use the Leapfrog Hospital Safety Grade



Infections | Problems with Surgery | Safety Problems | Practices to Prevent Errors | **Doctors, Nurses & Hospital Staff**

- Declined to Report[1] — Effective leadership to prevent errors
- Declined to Report[1] — Nursing and Bedside Care for Patients
- Specially trained doctors care for ICU patients
- Communicati with Doctors
- Communicati with Nurses
- Responsiveness of Hospital Staff

**Hospital Performs:**

Worse Than Average — Better Than Average

**This Hospital's Score:**

80

**Best Hospital's Score:**

97

**Average Hospital's Score:**

90.37

**Worst Hospital's Score:**

76

**Communication with nurses**

Patients' perspectives of care are an important part of patient safety. The Communication with Nurses measure summarizes how well patients feel that their nurses explained things clearly, listened carefully to them, and treated them with courtesy and respect. Effective communication between nurses and patients can be reassuring to patients and can prevent errors like medication mix-ups or misdiagnoses.

*Based on a scale of zero-100, this number represents a comparison of patients' perspectives of how effectively nurses at this hospital communicated with patients relative to patients' perspectives of how effectively nurses at other hospitals communicated with their patients. Higher scores indicate more effective communication than lower scores. For details on sources, click here.*

**What safer hospitals do:**

Hospitals that score well on this measure encourage their nurses to take time with every patient to communicate effectively by listening well, answering questions, treating patients with courtesy and respect, and explaining diagnosis and treatment plans in ways that patients understand.

## Notes and Definitions

1. **Declined to Report: The hospital was asked to provide this information to the public, but did not.**

2. **Not Available:** "Not Available" means that the hospital does not have data for this measure. This could be because the measure is related to a service the hospital does not provide. For example, a hospital that does not have an ICU would not be able to report data about ICUs. It could also be because the hospital had too few patients or cases to report data for a particular condition or procedure. A "Not Available" result does not mean that the hospital withheld information from the public.

3. **Straight A:** The hospital has earned an 'A' Grade for five consecutive grading rounds or more, qualifying it for recognition as a "Straight A" hospital.

LEGAL DISCLAIMER: The Leapfrog Hospital Safety Grade scores hospitals on their overall performance in keeping patients safe from preventable harm and medical errors. The grades are derived from expert analysis of publicly available data using up to 31 evidence-

based, national measures of hospital safety. No specific representation is intended, nor shall be implied, nor shall The Leapfrog Group be liable with respect to any individual patient's potential or actual outcome as a result of receiving services performed at any of these hospitals. Leapfrog Hospital Safety Grades cannot be republished without expressed written permission from The Leapfrog Group.

THELEAPFROGGROUP

## The Leapfrog Hospital Safety Grade

The Leapfrog Hospital Safety Grade is a public service provided by The Leapfrog Group, an independent nonprofit organization committed to driving quality, safety, and transparency in the U.S. health system.

By viewing this website you are agreeing to our TERMS OF USE. The information viewed on this site is not intended to be the only or primary means for evaluating hospital quality nor is it intended to be relied upon as advice or a recommendation or an endorsement about which hospitals to use or the quality of the medical treatment that you receive from a hospital or other health care provider. You are solely responsible for any and all decisions with respect to your medical treatment. Neither Leapfrog nor its affiliates are responsible for any damages or costs you might incur with respect to your use of this site. Never disregard, avoid or delay in obtaining medical advice from your doctor or other health care professional because of something that you have read on this site as the site is not intended to be a substitute for professional medical advice.
© Copyright 2025, The Leapfrog Group. Updated November 13, 2025.

LEAPFROG HOSPITAL SAFETY GRADE

A program of THELEAPFROGGROUP

# Delray Medical Center

5352 Linton Boulevard
Delray Beach, FL 33484-6580

View this hospital's Leapfrog Hospital Survey Results

**This Hospital's Grade**

F

FALL 2025

▶ Show Recent Past Grades

Detailed table view

NEW Order 2½ years of detailed scoring for this hospital for $2.95

Learn how to use the Leapfrog Hospital Safety Grade



**Infections** | **Problems with Surgery** | **Safety Problems** | **Practices to Prevent Errors** | **Doctors, Nurses & Hospital Staff**

- Declined to Report[1] — Effective leadership to prevent errors
- Declined to Report[1] — Nursing and Bedside Care for Patients
- Specially trained doctors care for ICU patients
- Communicati with Doctors
- Communicati with Nurses
- Responsiveness of Hospital Staff

**Hospital Performs:**

Worse Than Average ▬▬▬ Better Than Average

**This Hospital's Score:**

67

**Best Hospital's Score:**

96

**Average Hospital's Score:**

81.81

**Worst Hospital's Score:**

62

**Responsiveness of hospital staff**

Patients' perspectives of care are an important part of patient safety. The Responsiveness of Hospital Staff measure looks at patients' feedback on how long it takes for a staff member to respond when they request help. If a patient is in pain, experiencing new symptoms, or cannot reach the bathroom himself, it is important that hospital staff respond quickly to address the situation.

*Based on a scale of zero-100, this number represents a comparison of patients' perspectives of how quickly the staff at this hospital typically responds to patients' requests for help relative to patients' perspectives of how quickly the staff at other hospitals typically respond to their patients' requests. Higher scores indicate a faster response time than lower scores.* *For details on sources, click here.*

**What safer hospitals do:**

Hospitals that score well on this measure are well-staffed and have systems in place to make sure that all patients receive the care they need quickly.

## Notes and Definitions

**1. Declined to Report: The hospital was asked to provide this information to the public, but did not.**

**2. Not Available:** "Not Available" means that the hospital does not have data for this measure. This could be because the measure is related to a service the hospital does not provide. For example, a hospital that does not have an ICU would not be able to report data about ICUs. It could also be because the hospital had too few patients or cases to report data for a particular condition or procedure. A "Not Available" result does not mean that the hospital withheld information from the public.

**3. Straight A:** The hospital has earned an 'A' Grade for five consecutive grading rounds or more, qualifying it for recognition as a "Straight A" hospital.

LEGAL DISCLAIMER: The Leapfrog Hospital Safety Grade scores hospitals on their overall performance in keeping patients safe from preventable harm and medical errors. The grades are derived from expert analysis of publicly available data using up to 31 evidence-based, national measures of hospital safety. No specific representation is made, nor shall be implied, nor shall The Leapfrog Group be liable with respect to any individual patient's potential or actual outcome as a result of receiving services performed at any of these hospitals. Leapfrog Hospital Safety Grades cannot be republished without expressed written permission from The Leapfrog Group.

THELEAPFROGGROUP

## The Leapfrog Hospital Safety Grade

The Leapfrog Hospital Safety Grade is a public service provided by The Leapfrog Group, an independent nonprofit organization committed to driving quality, safety, and transparency in the U.S. health system.

By viewing this website you are agreeing to our TERMS OF USE. The information viewed on this site is not intended to be the only or primary means for evaluating hospital quality nor is it intended to be relied upon as advice or a recommendation or an endorsement about which hospitals to use or the quality of the medical treatment that you receive from a hospital or other health care provider. You are solely responsible for any and all decisions with respect to your medical treatment. Neither Leapfrog nor its affiliates are responsible for any damages or costs you might incur with respect to your use of this site. Never disregard, avoid or delay in obtaining medical advice from your doctor or other health care professional because of something that you have read on this site as the site is not intended to be a substitute for professional medical advice.
© Copyright 2025, The Leapfrog Group. Updated November 13, 2025.

## CERTIFICATE OF SERVICE

I certify that on November 20, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit using the appellate CM/ECF system. All participants in the case are registered CM/ECF users and will be served by that system.

Dated: November 20, 2026

GIBSON, DUNN & CRUTCHER LLP

By: *_/s/ Jeffrey B. Wall_*
Jeffrey B. Wall

*Counsel for Plaintiffs-Appellees*
*The Community Hospitals*